KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Attorneys for    Plaintiff Chrome Hearts, Inc.

FILED
DISTRICT COURT OF GUAM
APR 1 5 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br> EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER, SEIZURE ORDER, PRELIMINARY INJUNCTION AND EXPEDITED DISCOVERY ORDER |

Plaintiff, **CHROME HEARTS, INC.**, hereby moves this Court for an issuance of an ex parte temporary restraining order, seizure

order, preliminary injunction and expedited discovery order. This is a case for, inter alia, trademark counterfeiting and infringement, and trade name infringement against Defendants who are manufacturing and selling counterfeit jewelry and accessories in violation of federal, state and common law. Plaintiff hereby requests the entry of a temporary restraining order without notice, as well as an order directing the U.S. Marshal or other federal or local law enforcement officer, together with counsel for Plaintiff, to seize the counterfeit Chrome Hearts merchandise and all records relating thereto from Defendants' premises.

Plaintiff does not lightly make this request. Experience in other cases has shown that, unless orders such as the one requested herein are issued ex parte, the Defendants will simply dispose of or hide their counterfeit merchandise and all pertinent documents.

Plaintiff contents that in reviewing Plaintiff's request, the Court will find that:

(a) The entry of any order other than a seizure order without notice will not serve to adequately achieve the objectives underlying the Trademark Counterfeiting Act of 1984;

(b) Plaintiff has not publicized its proposed seizure order;

//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

(c) Plaintiff has served the United States Attorney for this District, with appropriate notice of its application for a seizure order without notice pursuant to 15 U.S.C. 1116(d)(2);

(d) Plaintiff has provided the Court with substantial evidence that Defendants have infringed and are continuing to infringe Chrome Hearts' registered trademarks and copyrights, and Plaintiff is likely to succeed in showing that Defendants have used a counterfeit marks and copyrights in connection with the sale, offering for sale or distribution of goods or services;

(e) Plaintiff will incur immediate and irreparable injury if this Court declines to grant a seizure order without notice;

(f) The matters subject to said seizure order will be located at the premises of Defendants;

(g) The harm to Plaintiff should this Court decline to grant Plaintiff's motion for a seizure order without notice outweighs any harm which Defendants may incur in the event this Court grants Plaintiff's motion for a seizure order; and,

(h) Defendants, or persons acting in concert with them, would likely destroy, move, hide or otherwise make

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

inaccessible to the Court the matters which are subject to the proposed seizure order if Plaintiff is required to proceed on notice.

As set forth in Plaintiff's memorandum of law, the relief requested herein is authorized by law and has been granted by this court and other courts in similar cases.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATE: APRIL 15, 2003        BY: _____
                            **JEHAN'AD G. MARTINEZ**
                            *Attorneys for Plaintiff Chrome Hearts, Inc.*

A62\09810-01
\\PNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\107-EX PARTE MTN 4 TRO RE CHROME HEARTS.doc