1

2

3

4

5

6

7

**DISTRICT COURT OF GUAM**

8

9    CHROME HEARTS, INC.,                    )    CIVIL CASE NO. **03-00012**
                                            )
10            Plaintiff,                     )
                                            )
11        vs.                               )
                                            )
12   OLD TOWN, INC., dba GALLOP USA INDIAN  )
     ART & JEWELRY, THE BLACK BOX, and      )
13   HIDY; EUN SOON AN; MYONG KI AN; YEO    )
14   HOE KOO; WOOHYUN CORPORATION, dba      )
     MAUI DIVERS JEWELRY CENTER OF GUAM;    )
15   DAVID K. PAK; KYONG MI PAK; WON KI     )
     PAK; GUAM PALM CORPORATION, dba        )
16   HAWAIIAN SILVER; JOYEN RHEE; TAK KUN   )
     RHEE; YOUNG MI HWANG; P & J            )    **DECLARATION OF JEHAN'AD G.**
17   CORPORATION, dba ALOHA JEWELRY 3;      )    **MARTINEZ**
18   JOUNG SOO SOH and SON SIM dba SILVER   )
     DECO; SUN HUI PAK dba NEW YORK         )
19   COLLECTION; KUEN KYUNG NO dba THE      )
     BEAD LOVER'S; KYOUNG OK PARK dba       )
20   I COLLECTION; JUNG WOO NAM dba ALMA    )
     SHOP; BONG SUN AHN dba HAPPY HAPPY     )
21   GIFT SHOP; AESTHETIC APPAREL           )
     CORPORATION; WAI WAH CHAN; MAN LAM     )
22   YAM; MAN YIN YAM; MI JA KIM            )
23   dba ACCESSORY WORLD; SPAIN             )
     CORPORATION, dba DISCOUNT SHOP;  HYUG  )
24   CHANG KWON; MI OK PARK; MI EUN PARK;   )
     and, JOHN DOES 1 THROUGH 30,          )
25                                          )
26            Defendants.                   )

27   //

28   //

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

# KLEMM, BLAIR, STERLING & JOHNSON

*A Professional Corporation*

*Suite 1008, Pacific News Building*
*238 Archbishop F. C. Flores Street*
*Hagåtña, Guam 96910*

*Telephone Number: (671) 477-7857*
*Facsimile Number: (671) 472-4290*
*E-mail: kbsj@ite.net*

## FACSIMILE INFORMATION PAGE

PLEASE DELIVER TO:  FREDERICK A. BLACK
ACTING UNITED STATES ATTORNEY
OFFICE OF THE UNITED STATES ATTORNEY
108 HERNAN CORTEZ AVENUE
SUITE 500
HAGÅTÑA, GUAM 96910

FACSIMILE NUMBER:  (671) 472-7229

FROM:  JEHAN'AD G. MARTINEZ, ESQ.

TOTAL PAGES INCLUDING THIS PAGE:  *4*

## RE:  PROSPECTIVE LANHAM ACT ENFORCEMENT

TRANSMITTAL:

1.  Letter dated April 11, 2003, to Mr. Black, from Mr. Martinez *(3 pp.)*.

COMMENTS:

| | | | |
|---|---|---|---|
| SENT BY:  BMC *FOR* ARS | DATE:  APRIL 11, 2003 | TIME SENT: |
| CLIENT:  CHROME HEARTS | FILE NO:  09810-01 | |

**CONFIDENTIALITY NOTICE**: *The information in this facsimile is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this facsimile in error, or if there is a transmission error, please notify us immediately by collect telephone call and return the original to sender by mail. We will reimburse you for postage. Do not disclose the contents to anyone. Thank you.*



## KLEMM, BLAIR, STERLING & JOHNSON
### A PROFESSIONAL CORPORATION

WILLIAM J. BLAIR
THOMAS C. STERLING
RICHARD L. JOHNSON
THOMAS C. MOODY, III
JEHAN'AD G. MARTINEZ
VINCENT E. LEON GUERRERO

Suite 1008 Pacific News Building
238 Archbishop F.C. Flores Street
HAGÅTÑA, GUAM 96910-5205

TELEPHONE: (671) 477-7857; FACSIMILE (671) 472-4290
E-MAIL: kbsj@ite.net

JAMES F. BALDWIN
PETER J. SABLAN
Counsel
JEFFREY L. BEATTIE
Of Counsel
J. BRADLEY KLEMM

April 11, 2003

**VIA FACSIMILE**
**(671) 472-7229**

Frederick A. Black
Acting United States Attorney
OFFICE OF THE UNITED
    STATES ATTORNEY
108 Hernan Cortez Avenue
Suite 500
Hagåtña, Guam  96910

RE:  **PROSPECTIVE LANHAM ACT ENFORCEMENT**

Dear Mr. Black:

As required by 15 USC §1116(d)(2), please take note that on behalf of Chrome Hearts, Inc., our office will commence an action for trademark counterfeiting and infringement, copyright infringement, unfair competition, and related claims against the following defendants:

Old Town, Inc. dba Gallop USA Indian Art & Jewelry, The Black Box, and Hidy, together with the following principals:  Eun Soon An; Myong Ki An; and Yeo Hoe Koo;

Woohyun Corporation dba Maui Divers Jewelry Center of Guam, together with the following principals:  David K. Pak; Kyong Mi Pak; and Won Ki Pak;

EXHIBIT "A"

Guam Palm Corporation dba Hawaiian Silver;
together with the following principals:  Joyen
Rhee; Tak Kun Rhee; and Young Mi Hwang;

P & J Corporation dba Aloha Jewelry 3;
together with the following principals:  David K.
Pak; Kyong Mi Pak; and Tak Kun Rhee;

Joung Soo Soh and Son Sim dba Silver Deco;

Sun Hui Pak dba New York Collection;

Kuen Kyung No dba The Bead Lover's;

Kyoung Ok Park dba I Collection;

Jung Woo Nam dba Alma Shop;

Bong Sun Ahn dba Happy Happy Gift Shop;

Aesthetic Apparel Corporation, together with the
following principals:  Wai Wah Chan; Man Lam
Yam; and Man Yin Yam;

Mi Ja Kim dba Accessory World;

Spain Corporation dba Discount Shop; together
with the following principals:  Hyug Chang Kwon;
Mi Ok Park; and Mi Eun Park; and

John Does 1 through 30;

This notice is made pursuant to the requirements of
the Lanham Act, as previously cited, to insure that our
proceedings do not affect the evidence of any offense
against the United States, for which your office may be
currently investigating or prosecuting.  We anticipate
filing the Complaint in the afternoon of Monday, April 14,
2003.  Soon thereafter, if not contemporaneously with the
filing of the Complaint, we will file an ex parte
application for temporary restraining order, seizure order,
preliminary injunction and expedited discovery order

against said defendants. Please let me know if the commencement of action against these entities and individuals will interfere with your own investigations so that the appropriate corrective measures can be taken prior to our request for the seizure order. Additionally, we will inform you of the time at which the Court wishes to entertain our ex parte application in case you wish to be present and be heard. I will proceed to Court with the understanding that there are no pending investigations unless otherwise informed.

If you have any questions or concerns about this matter, please feel free to contact me.

Very truly yours,

KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation

JEHAN'AD G. MARTINEZ

A62\09810-01
G:\WORD97\OFFICE\WORDDOC\LTR\JGM\573-F A BLACK (FAX) RE CHROME HEARTS ACTION.DOC

```
                              *********************
                         ***    TX REPORT    ***
                              *********************


         TRANSMISSION OK

         TX/RX NO                3802
         CONNECTION TEL                           4727229
         CONNECTION ID
         ST. TIME                04/11 15:49
         USAGE T                 01'37
         PGS. SENT               4
         RESULT                  OK
```

# KLEMM, BLAIR, STERLING & JOHNSON

*A Professional Corporation*

*Suite 1008, Pacific News Building*          *Telephone Number:  (671) 477-7857*
*238 Archbishop F. C. Flores Street*         *Facsimile Number:  (671) 472-4290*
*Hagåtña, Guam  96910*                       *E-mail:  kbsj@ite.net*

## FACSIMILE INFORMATION PAGE

PLEASE DELIVER TO:     FREDERICK A. BLACK
                       ACTING UNITED STATES ATTORNEY
                       OFFICE OF THE UNITED STATES ATTORNEY
                       108 HERNAN CORTEZ AVENUE
                       SUITE 500
                       HAGÅTÑA, GUAM  96910

FACSIMILE NUMBER:     (671) 472-7229

FROM:     JEHAN'AD G. MARTINEZ, ESQ.

TOTAL PAGES INCLUDING THIS PAGE:     *4*

## RE:   PROSPECTIVE LANHAM ACT ENFORCEMENT

TRANSMITTAL:

    1.     Letter dated April 11, 2003, to Mr. Black, from Mr. Martinez *(3 pp.)*.

COMMENTS: