FILED
DISTRICT COURT OF GUAM

APR 1 5 2003

MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

CHROME HEARTS, INC., )  CIVIL CASE NO. **03-00012**
 )
       Plaintiff, )
 )
       vs. )
 )
OLD TOWN, INC., dba GALLOP USA INDIAN )
ART & JEWELRY; THE BLACK BOX, and )
HIDY; EUN SOON AN; MYONG KI AN; YEO )
HOE KOO; WOOHYUN CORPORATION, dba )
MAUI DIVERS JEWELRY CENTER OF GUAM; )
DAVID K. PAK; KYONG MI PAK; WON KI )
PAK; GUAM PALM CORPORATION, dba )
HAWAIIAN SILVER; JOYEN RHEE; TAK KUN )
RHEE; YOUNG MI HWANG; P & J )  **DECLARATION OF GREG HALL**
CORPORATION, dba ALOHA JEWELRY 3; )
JOUNG SOO SOH and SON SIM dba SILVER )
DECO; SUN HUI PAK dba NEW YORK )
COLLECTION; KUEN KYUNG NO dab THE )
BEAD LOVER'S; KYOUNG OK PARK dba I )
COLLECTION; JUNG WOO NAM dba ALMA )
SHOP; BONG SUN AHN dba HAPPY HAPPY )
GIFT SHOP; AESTHETIC APPAREL )
CORPORATION; WAI WAH CHAN; MAN LAM )
YAM; MAN YIN YAM; MI JA KIM dba )
ACCESSORY WORLD; SPAIN CORPORATION, )
dba DISCOUNT SHOP; HYUG CHANG KWON; )
MI OK PARK; MI EUN PARK; and, JOHN DOES )
1 THROUGH 30, )
 )
       Defendants. )

//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

I, **GREG HALL**, declare:

1.    I have personal knowledge of all matters set forth in this Declaration and if called to testify as to said matters I could and would competently do so.

2.    I am a private investigator and was hired by the law firm of Klemm, Blair, Sterling & Johnson, P.C. to conduct an investigation of businesses selling counterfeit Chrome Hearts, Inc. (hereinafter "Chrome Hearts") merchandise.

3.    On October 4, 2002, I entered **GALLOP USA INDIAN ART & JEWELRY** on the second floor of the Micronesia Mall (above ABC) and asked the counterclerk if they sold Chrome Hearts jewelry.    The clerk pointed me towards glass display on left side of store. The clerk took out one ring priced at $800.00.    I then asked for something less expensive, whereupon the clerk took me to another display located closer to the register and stated that these Chrome Hearts rings were cheaper because they were machine-made. She stated that more expensive Chrome Hearts rings and other Chrome Hearts jewelry were hand-made.    She stated both hand-made and machine-made are authentic Chrome Hearts.    I purchased the Chrome Hearts machine-made ring for $125.00.    The clerk also provided a Chrome Hearts pouch for the ring.

Upon information and belief, the store display contained approximately 75 pieces of machine-made counterfeit Chrome Hearts. On October 4, 2002, I photographed the counterfeit Chrome

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG.
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 2 -

Hearts ring and receipt purchased at Gallop USA. (Ex. 1.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028,

4. Upon information and belief: **GALLOP USA INDIAN ART & JEWELRY** is located on Lot 5047, Micronesia Mall, C-206A and is owned by Old Town, Inc; Gallop USA's mailing address is P.O. Box 24754, GMF, Guam 96921; Old Town, Inc. was incorporated on April 15, 1999; and, Old Town Inc.'s original directors are Eun Soon An (President/Treasurer, 138 N. Hasmin Ct., Dededo, Guam); Myong Ki An (Vice-President, 138 N. Hasmin Ct., Dededo, Guam); and Yeo Hoe Koo (Secretary, F-31 Guahan Condo, Toto, Guam).

5. On October 4, 2002, I entered **MAUI JEWELRY** at the Guam Premium Outlet (next to Vitamin World) and asked for Chrome Hearts jewelry. I was shown two displays located on the right side of the store next to the entrance. The sales clerk immediately said that the first display was machine-made and the next display was hand-made. She said the machine-made version was cheaper, but they were Chrome Hearts. The hand-made rings ranged in price from $600.00 to $800.00. I purchased a Chrome Hearts machine-made ring for $160.00. The clerk also provided me with a Chrome Hearts pouch. Upon information and belief, this store had over 200 pieces of machine-made counterfeit Chrome Hearts on display. Attorney Afschineh Latifi ("Latifi") observed

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG.
238 ARCHBISHOP
F.C. FLORES ST.
HAGÁTÑA, GUAM 96910

several cabinets behind the counter that contained counterfeit Chrome Hearts.

On October 4, 2002, I photographed the counterfeit Chrome Hearts ring and receipt purchased at Maui Jewelry. (Ex. 2.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

6. Upon information and belief: **MAUI JEWELRY** is registered as Maui Divers Jewelry Center of Guam is owned by Woohyun Corporation and is located on Lot 5096-1-3-RB, Upper Tumon, Guam; Maui Jewelry's mailing address is P.O. Box 11414, Tamuning, Guam 96931; Woohyun Corporation was incorporated on January 12, 1995; and Woohyun Corporation's original directors are David K. Pak (President, Standard Condo C-102, Tamuning, Guam 96911); Kyong MI Pak (Vice-President, Standard Condo C-102, Tamuning, Guam 96911); and Won Ki Pak (Secretary, Standard Condo C-102, Tamuning, Guam 96911).

7. On October 4, 2002, I entered **HAWAIIAN SILVER** on the first floor of the Plaza (next to the Outrigger Hotel). I asked for Chrome Hearts jewelry. The clerk immediately took me to a display of machine-made rings priced below $200.00. I then asked to look at another display. A male clerk told me the rings were hand-made and more expensive. The Chrome Hearts hand-made rings were priced from $600.00. I purchased one Chrome Hearts machine-

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÁTÑA, GUAM 96910
TELEPHONE 477-7857

- 4 -

made ring for $60.00. The clerk provided a Chrome Hearts pouch with my purchase. Upon information and belief, the store had over 100 pieces of machine-made, counterfeit Chrome Hearts on display.

On October 4, 2002, I photographed the counterfeit Chrome Hearts ring and receipt purchased at Hawaiian Jewelry. (Ex. 3.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

8. Upon information and belief: **HAWAIIAN SILVER** is owned by Guam Palm Corporation and is located on Lot 5076-3-2-R2-NEW-R1, Tamuning, at The Plaza; Hawaiian Silver's mailing address is P.O. Box 10706, Tamuning, Guam 96931; Guam Palm Corporation was incorporated on May 23, 2000; and, Guam Palm Corporation's original directors are Joyen Rhee (Treasurer, Benson Apt. #B-4, Harmon, Guam); Tak Kun Rhee (Benson Apt. #B-4, Harmon, Guam); and Young Mi Hwang (123 Chalan Estudia, Wusstig Rd., Yigo, Guam 96929).

9. On October 4, 2002, I entered **HIDY** located on the second floor of the Micronesia Mall (next to Macy's) and asked for Chrome Hearts merchandise. The clerk had a small display of Chrome Hearts and stated that all Chrome Hearts merchandise in the store was machine-made. I asked for the Chrome Hearts hand-made merchandise. The clerk said I should go to a shop called **THE**

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 5 -

**BLACK BOX** for hand-made Chrome Hearts merchandise. I purchased one Chrome Hearts machine-made pendant for $125.00. The clerk provided a Chrome Hearts pouch with my purchase. Upon information and belief, the store had a small display containing less than 50 pieces of machine-made counterfeit Chrome Hearts.

On October 4, 2002, I photographed the counterfeit Chrome Hearts pendant and receipt purchased at Hidy. (Ex. 4.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

10. Upon information and belief: **HIDY** is owned by Old Town, Inc. and is located on Lot Micronesia Mall S2168; Hidy's mailing address is P.O. Box 24754, GMF, Guam 96921; Old Town, Inc. was incorporated on April 15, 1999; and Old Town, Inc.'s original directors are Eun Soon An (President/Treasurer, 138 N. Hasmin Ct., Dededo, Guam 96929); Myong Ki An (Vice-President, 138 N. Hasmin Ct., Dededo, Guam 96929); and Yeo Hoe Koo (Secretary, F-31 Guahan Condo, Toto, Guam 96910).

11. On October 7, 2002, I entered **ALOHA JEWELRY II** located on the second floor of The Plaza (next to the Outrigger Hotel) and asked for Chrome Hearts merchandise. The clerk first attempted to sell a hand-made Chrome Hearts ring for $800.00. I asked for cheaper Chrome Hearts rings. The clerk then spoke to another clerk in Korean. She then took me to another display and said

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

that the Chrome Hearts rings were machine-made and cheaper. The clerk first tried to sell for $180.00, but I negotiated a price of $150.00. The clerk provided a Chrome Hearts pouch with my purchase. Upon information and belief, the store had over 200 pieces of counterfeit Chrome Hearts on display, with about 100 pieces of them machine-made.

On October 7, 2002, I photographed the counterfeit Chrome Hearts ring and receipt purchased at Aloha Jewerly II. (Ex. 5.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028

12. Upon information and belief: **ALOHA JEWELRY II** is officially known as Aloha Jewelry 3, is owned by P & J Corporation and is located on Lot 5076-3-2-R2 NEW-R1NEW-2 at The Plaza; Aloha Jewelry II's mailing address is P.O. Box 11414, Tamuning, Guam 96931; P & J Corporation was incorporated on May 21, 1999; P & J Corporation's corporate address is 485 S. Marine Dr., Northwest Plaza #209, Tamuning, Guam 96913; and, P & J Corporation's original directors are David K. Pak (President, Standard Condo C-102, Tamuning, Guam 96911); Kyong Mi Pak (Treasurer, Standard Condo C-102, Tamuning, Guam 96911); and Tak Kun Rhee (Vice-President, Sasata Apt A-5).

13. On October 7, 2002, I entered **SILVER DECO** at the Tumon Grand Plaza Hotel. I asked for Chrome Hearts merchandise,

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

whereupon the clerk took me to a Chrome Hearts display. I purchased one Chrome Hearts machine-made ring for $125.00. The store contained only machine-made Chrome Hearts merchandise. Upon information and belief, the display contained about 50 pieces of machine-made, counterfeit Chrome Hearts merchandise. On October 7, 2002, I photographed the counterfeit Chrome Hearts ring and receipt purchased at Silver Deco. (Ex. 6.)

On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

14. Upon information and belief: **SILVER DECO** is located at Lot 5114-1-I-NEW at the New Grand Plaza, Tumon, Guam and is listed at the Guam Department of Revenue and Taxation as a sole proprietorship; and, Silver Deco's business license is issued to Joung Soo Soh and Son Sim, whose address is 851 1270 N. Marine Dr., Ste. 101, Tamuning, Guam 96911.

15. Upon information and belief, on October 6, 2002, Latifi made a purchase (Latifi Decl. ¶12.) at **NEW YORK COLLECTION**; New York Collection is listed at the Guam Department of Revenue and Taxation as a sole proprietorship, which is located at Lot 5078-R5-NEW-1, Unit 101 at the Park Arcade (across from the Hyatt Hotel) in Tumon, Guam; and, New York Collection's business license is issued to Sun Hui Pak, whose address is P.O. Box 11751, Tamuning, Guam 96911.

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG.
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 8 -

On October 7, 2002, I photographed the counterfeit Chrome Hearts pendant and receipt purchased at New York Collection by Attorney Latifi (Ex. 7.). On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

16. Upon information and belief, on October 5, 2002, Latifi made a purchase (Latifi Decl. ¶8.) at **THE BEAD LOVER'S**; The Bead Lover's is listed at the Guam Department of Revenue and Taxation as a sole proprietorship, which is located at Lot 5047-1-2-NEW, Micronesia Mall, first floor (across from the Footlocker for Kids); and, The Bead Lover's business license is issued to Kuen Kyung No, whose address is 1088 W. Marine Dr., Ste. 118 Dededo, Guam 96929.

On October 7, 2002, I photographed the counterfeit Chrome Hearts ring and receipt purchased at The Bead Lovers by Attorney Latifi. (Ex. 8.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

17. Upon information and belief, on October 4, 2002, Latifi made a purchase (Latifi Decl. ¶6.) at **THE BLACK BOX**; The Black Box is owned by Old Town, Inc.; The Black Box is located on Lot 5047 & 5013 Ste. 125, Micronesia Mall, first floor (across from the Men's Footlocker); The Black Box's mailing address is P.O. Box 24754, GMF, Guam 96921; Old Town, Inc. was incorporated on April

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

15, 1999; and, Old Town, Inc.'s original directors are Eun Soon An (President/Treasurer, 138 N. Hasmin Ct., Dededo, Guam; Myong Ki An (Vice-President, 138 N. Hasmin Ct., Dededo, Guam; and Yeo Hoe Koo (Secretary,F-31 Guahan Condo, Toto, Guam.

On October 7, 2002, I photographed the counterfeit Chrome Hearts chain and pendants and receipt purchased at The Black Box by Attorney Latifi. (Ex. 9.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028

18. Upon information and belief, On October 6, 2002, Latifi made a purchase (Latifi Decl. ¶7.) **I COLLECTION**; I Collection is listed at the Guam Department of Revenue and Taxation as a sole proprietorship; I Collection is located on Lot 5047-1-2NEW #1088 W. Marine Dr., Micronesia Mall, second floor (next to Payless Shoes) in Dededo, Guam; and, I Collection's business license is issued to Kyoung Ok Park whose address is P.O. Box 26367 GMF, Guam 96921.

On October 7, 2002, I photographed the counterfeit Chrome Hearts ring and receipt purchased at the I Collection by Attorney Latifi. (Ex. 10.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

19. Upon information and belief, On October 5, 2002, Latifi made a purchase (Latifi Decl. ¶9.) at **ALMA**; Alma is officially

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 10 -

known as Alma Shop and is listed at the Guam Department of Revenue and Taxation as a sole proprietorship; Alma is located at the Tumon Market Place (next to GameWorks) in Tumon, Guam [Lot 5076-3-2-R2-NEW-R1, Tumon Market Place, Tumon, Guam]; and, Alma's business license is issued to Jung Woo Nam whose mailing address is P.O. Box 8959, Tamuning, Guam 96931.

On October 7, 2002, I photographed the counterfeit Chrome Hearts pendant and receipt purchased at the I Collection by Attorney Latifi. On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

20. Upon information and belief, On October 6, 2002, Latifi make a purchase (Latifi Decl. ¶11.) at **HAPPY HAPPY GIFT SHOP**; Happy Happy Gift Shop is listed at the Guam Department of Revenue and Taxation as a sole proprietorship; Happy Happy Gift Shop is located at Lot 5076-3-4-1-R1, Ste. A2, in Tumon (across the street from the Market Place, next to Galleria); and Happy Happy Gift Shop's business license is issued to Bong Sun Ahn whose address is P.O. Box 10876, Tamuning, Guam 96931.

On October 7, 2002, I photographed the counterfeit Chrome Hearts chain braclet and receipt purchased at the Happy Happy Gift Shop by Attorney Latifi. (Ex. 11.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 11 -

Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

21. Upon information and belief, On October 4, 2002, Latifi made a purchase (Latifi Decl. ¶5.) at **AESTHETIC APPAREL**; Aesthetic Apparel is officially known as Aesthetic Apparel Corporation; Aesthetic Apparel is located on Lot 5068, Japan Plaza Tumon (inside JR Superstore, Japan Plaza); Aesthetic Apparel's mailing address is 472 Rt. 8, Ste. 1B, PMB 108, Maite, Guam 96910; Aesthetic Apparel Corporation was incorporated on December 10, 1999; and its original directors are Wai Wah Chan (President, 10 Pulan St., Toto Guam); Man Lam Yam (Vice-President, 358 N. Saban Dr., Barrigada Heights, Guam); and Man Yin Yam (Secretary/Treasurer, 358 N. Saban Dr., Barrigada Heights, Guam.

On October 7, 2002, I photographed the counterfeit Chrome Hearts ring and receipt purchased at Aesthetic Apparel by Attorney Latifi. (Ex. 12.) On October 15, 2002, I delivered through DHL these same items to the Law Offices of Tucker & Latifi, LLP at 160 East 84th Street New York, New York 10028.

22. On January 11, 2003, I checked this store and discovered that it is no longer in business. I spoke with a person who works at JR Superstore and was told that **AESTHETIC APPAREL** was completely destroyed as a result of the Typhoon on December 8, 2002.

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1006 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

23. On January 14, 2003, I entered **ACCESSORY WORLD** on the second floor, Micronesia Mall (North Wing) and purchased one Chrome Hearts machine-made chain and pendant. Upon information and belief, the store contained approximately 30 pieces of machine-made, counterfeit Chrome Hearts.

On January 14, 2003 I photographed the Chrome Hearts Counterfeit Chain and Pendant. (Ex. 13.) This item is currently located in my office in Chalan Pago, Guam.

24. Upon information and belief: **ACCESSORY WORLD** is listed at the Guam Department of Revenue and Taxation as a sole proprietorship and is located on Lot 5047-1-2-NEW, Suite N-210, Micronesia Mall; and, Accessory World's business license is issued to Mi Ja Kim whose mailing address is P.O. Box 9345, Tamuning, Guam 96931.

25. On January 14, 2003, I entered the **DISCOUNT SHOP** at the Carl Rose Building (across the PIC, Tumon). I purchased a Chrome Hearts counterfeit Dagger Bracelet for $90.00. Upon information and belief, the store contained over 50 pieces of machine-made, counterfeit Chrome Hearts.

I photographed this Counterfeit Chrome Hearts Bracelet on January 14, 2003. (Ex. 14.) This item is currently located in my office in Chalan Pago, Guam.

26. Upon information and belief: **DISCOUNT SHOP** is owned by Spain Corporation and is located on Lot 5142-1-1-R1, Carl Rose

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 13 -

Plaza, Tumon; Discount Shop's mailing address is P.O. Box 26342, GMF, Guam 96921; Spain Corporation was incorporated on April 5, 1999; and, Spain Corporation's original directors are Hyug Chang Kwon (President, 422-18, Kokang-Dong, Ojung-Ku, Boochun City, Kyungki-Do, Korea); Mi Ok Park (Vice-President, 422-18, Kokang-Dong, Ojung-Ku, Boochun City, Kyungki-Do, Korea); and Mi Eun Park (Secretary, 171 Chilenko St., Chalan Pago, Guam 96924).

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATED: APRIL _14_, 2003

GREG HALL

**ATTACHMENTS: EXHIBITS 1 - 14**

A62\C5810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\106-DECL OF G HALL RE CHROME HEARTS.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST
HAGÁTÑA, GUAM 96910
TELEPHONE 477-7857

- 14 -

# EX. 1



# EX. 2



Purchased by
Wessenaar Gros
from Mavi
Mavi Treasures
at Guam Prem-
outlets on
10/4/01



```
        GUAM PREMIUM
          OUTLETS
        MAUI DIVERS
         OF HAWAII
        649-7723/44

            TO      10/04/02
          9:24PM
 0000000000000
 ETC          $160.00
 CASH         $160.00
```

# EX. 3



# EX. 4



# EX. 5



Purchased by
Hank Neram Glass
Hank Neram
Ahandi N/Gowan
on 10/24/02

10/07/02 13:19
060000 #1076
OPT.02
***TOTAL  $150.00
CASH      $200.00
CHANGE    $50.00
THANK YOU.                    02

# EX. 6



# EX. 7



Purchased by a
Lynn from
NY Collection
DS 10/6/02

NEW YORK COLLECTION
UNIT 161 PARK ARCADE BLDG.
TUMON, GUAM 96911
(671) 647-4408
NO REFUND
EXCHANGE ONLY

MERCHANT : 2868 0880130306655 001
REF NO. : 279001 001 7552191B
DATE : 10/06/02 13:04
ACCT NO. : 3703734779601012
CUSTOMER : A LMIII
TYPE : AMER EXP
AUTH NO. : 597604

SALE       $ 150.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

_____
SIGNATURE

THANK YOU
PLEASE COME AGAIN

TOP COPY:MERCHANT BOTTOM COPY:CUSTOMER

# EX. 8



PURCHASED BY
A. LATIFI BY
THE BEARD
LOVE'S 2.23.00
(GUAM) on
12/5/01

THE BEAUTY LOVER'S
1900 W MARINE DR C-110
DEDEDO, GU 96912

TIME  21:32 PM    DATE 10/09/02
TERM# 0001358    MER# 6400072107459977
TRAN TYPE SALE
#3732437991012
CARD TYPE-VISA
EXP DATE 11/05    SUB # 1/002
TICKET # 0909401045
AUTH CODE 563035.6

TOTAL                         1.47

SIGN X_____
       A. LATIFI

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT

# EX. 9



# EX. 10



PURCHASED BY
"A LATIN MAN"
I COLLECTION
G3 10/15/02

# EX. 11



PURCHASED FROM
HAPPY HAPPY
By A. LATIK
ON 10/6/02
(GUAM)

HAPPY HAPPY GIFT SHP
PO BOX 10876
TAMUNING, GU 96931

UTSA

SALE

DATE OCT 06 02 TIME: 12:04

TOTAL $200.00

# EX. 12





Aesthetic Apparel

Tel: 671-646-9898
Fax: 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
Email: aesthetic8980hotmail.com

Sales Invoice

Invoice : 000-1014978   10/04/2002   14:

| Description | Amount |
|---|---|
| CHROME RING BOX | 152. |
| Discount | -45. |

1 Item        Total : 106.
VISA : 106.40   Net : 106.

41217413509414
CASHIER : ROSE   SALES
PLEASE SAVE THIS RECEIPT FOR EXCHANGE IF
NECESSARY WITHIN 5 DAYS.SORRY,NO REFUND
WE ARE AN INDIVIDUAL STORE; NOT RELATED
TO JP STORE.ANY COMPLAINTS,CALL 646-23

# EX. 13



# EX. 14

