KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

FILED
DISTRICT COURT OF GUAM
APR 1 5 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. 03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY; THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dab THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **DECLARATION OF ROBERT L. TUCKER** |
| Defendants. | |

//

ROBERT L. TUCKER declares that:

1. I am a partner in the law of firm of Tucker & Latifi, LLP of New York, New York, which has been representing plaintiff, Chrome Hearts, Inc. ("Plaintiff"), in connection with the protection and prosecution of its intellectual property rights worldwide since as early as 1996. This firm also handles all litigation matters involving the infringement of Plaintiff's trademarks and its copyrighted designs by third parties in New York and California and oversees such litigation in other states and worldwide.

2. As such, I am fully familiar with Plaintiff's CHROME HEARTS-family of trade and service marks (the "CHROME HEARTS Trademarks"), its copyrighted designs and the diverse product lines in connection with which the CHROME HEARTS Trademarks are used. I am also familiar with all facts and circumstances surrounding this case.

3. Plaintiff is the owner of numerous registration in the United States, including but not limited to Registration No. 1,665,791 for the CHROME HEARTS mark in International Classes 14, 18, 25, and 26; Registration No. 2,216,570 for the CHROME HEARTS plus the Scroll Design mark in International Class 14; Registration No. 2,216,575 for the CHROME HEARTS plus the Horseshoe Design mark in International Class 25; Registration No. 2,118,026 for the CHROME HEARTS plus the Scroll Design mark in

International Classes 18 and 25; Registration No. 2,214,642 for the CHROME HEARTS plus the Dagger Design mark in International Class 18 and Registration No. 2,214,641 for the CHROME HEARTS plus the Dagger Design mark in International Class 25 (hereinafter collectively referred to as the "CHROME HEARTS Marks"). Copies of these Registrations are annexed to the Memorandum of Law in support of Plaintiff's motion and identified as Exhibit A.

4. In addition, plaintiff is the owner of and has the exclusive right to use the designs covered under the following Copyright Registrations:

| **Name of Design** | **Copyright Registration No.** | **Date** |
|---|---|---|
| **Pendants & Necklaces** | | |
| Celtic Chain Necklace | VA 642-742 | 3/28/95 |
| Celtic Pendant | VA 642-743 | 3/28/95 |
| Fancy Chain Link | VA 642-746 | 3/28/95 |
| CH Cross | VA 705-193 | 3/28/95 |
| Filigree Cross | VA 705-194 | 3/28/95 |
| Star | VA 705-195 | 3/28/95 |
| CH Fleur | VA 705-196 | 3/28/95 |
| Dagger | VA 705-197 | 3/28/95 |
| Floral # 1 | VA 705-198 | 3/28/95 |
| Roller | VA 705-199 | 3/28/95 |
| Barrel | VA 705-231 | 3/28/95 |
| Cross Ball | VA 705-232 | 3/28/95 |
| Filigree Pull Pendant w/Bolo Tips | VA 912-283 | 3/13/98 |
| Filigree Pull Fancy Pendant w/Bolo | VA 912-284 | 3/13/98 |
| Star Charm | VA 946-986 | 11/6/98 |
| Cross Crimpt | VA 946-987 | 11/6/98 |
| Campana Pendant | VA 946-988 | 11/6/98 |
| Cross Band Pendant | VA 946-991 | 11/6/98 |
| Scroll Band Pendant | VA 946-992 | 11/6/98 |
| Campana Cross | VA 946-994 | 11/6/98 |
| Dagger Heart | VA 952-071 | 2/26/99 |
| Vulcan Cross | VA 954-730 | 11/6/98 |

| | | |
|---|---|---|
| Cemetary, CH Cross & Dagger Tags | VA 967-376 | 5/25/99 |
| Celtic Cross | VA 967-378 | 5/25/99 |
| Hairy Dagger | VA 967-384 | 5/25/99 |
| Framed Charms (BS Fleur Star, Claw) | VA 967-385 | 5/25/99 |
| Cross, Dagger Dog Tag Pendants | VA 1-045-308 | 7/7/00 |
| Fleur Dagger Dog Tag Pendant | VA 1-045-309 | 7/7/00 |
| X-Small Celtic Cross Pendant | VA 1-045-324 | 7/7/00 |
| Cemetery | VA 1-128-316 | 4/26/02 |

**Bracelets**

| | | |
|---|---|---|
| Three Cross Bracelet | VA 642-736 | 3/28/95 |
| Dagger Bracelet | VA 642-737 | 3/28/95 |
| Cuff Bracelet | VA 642-744 | 3/28/95 |
| Floral Cross Bracelet | VA 689-392 | 3/28/95 |
| Claw Link | VA 705-200 | 3/28/95 |
| Celtic ID Bracelet | VA 912-280 | 3/13/98 |
| Narrow V Band Celtic | VA 912-281 | 3/13/98 |
| Classic Keeper Bracelet | VA 912-282 | 3/13/98 |
| Floral Cross Cuff Bracelet | VA 912-285 | 3/13/98 |
| Filigree I Link Bracelet | VA 912-286 | 3/13/98 |
| Filigree ID Bracelet | VA 912-287 | 3/13/98 |
| Filigree Teardrop Cuff | VA 912-288 | 3/13/98 |
| Star Link Bracelet | VA 946-985 | 11/6/98 |
| Spider Link Bracelet | VA 946-990 | 11/6/98 |
| Keeper Link Bracelet | VA 946-993 | 11/6/98 |
| BS Fleur H Link Bracelet | VA 964-910 | 3/13/98 |
| BS Fleur Bracelet | VA 964-911 | 3/13/98 |
| H Link Cross Bracelet | VA 964-913 | 3/13/98 |
| I – Link Claw Bracelet | VA 967-379 | 5/25/99 |
| I – Link Cross Bracelet | VA 967-380 | 5/25/99 |
| I – Link Floral Bracelet | VA 967-381 | 5/25/99 |
| Narrow V Band Bracelet | VA 967-382 | 5/25/99 |
| #1 Celticball Bracelet | VA 1-045-306 | 7/7/00 |
| #1 Multi Ball Bracelet w/BS Fleur | VA 1-045-307 | 7/7/00 |

**Rings**

| | | |
|---|---|---|
| Floral Ring | VA 642-738 | 3/28/95 |
| K & T Ring | VA 642-745 | 3/28/95 |
| Dagger Ring | VA 642-747 | 3/28/95 |
| Floral Cross | VA 705-230 | 3/28/95 |
| SBT Band Ring | VA 946-989 | 11/6/98 |
| BS Fleur Wide V Band Ring | VA 964-912 | 3/13/98 |
| CH X-Narrow V Band Ring | VA 964-914 | 3/13/98 |
| Dog in Band Ring | VA 1-045-310 | 7/7/00 |
| Wide Spider Band | VA 1-128-314 | 4/26/02 |

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

| | | |
|---|---|---|
| Eternity Vine Band | VA 1-128-315 | 4/26/02 |
| Big Claw | VA 1-128-317 | 4/26/02 |
| Single Wide Vine Band | VA 1-128-318 | 4/26/02 |
| Double Narrow Vine Band | VA 1-128-320 | 4/26/02 |
| Spider In Band | VA 1-128-321 | 4/26/02 |

**Buttons**

| | | |
|---|---|---|
| Celtic Button | VA 705-191 | 3/28/95 |
| Cross #4 | VA 705-233 | 3/28/95 |
| Horseshoe Button | VA 967-377 | 5/25/99 |

**Key Rings**

| | | |
|---|---|---|
| Roller Key Ring | VA 705-201 | 3/28/95 |

**Buckles**

| | | |
|---|---|---|
| 1 ½ Celtic Belt | VA 642-739 | 3/28/95 |
| 1 ½ Celtic Roller | VA 642-740 | 3/28/95 |
| Celtic Center Bar | VA 642-741 | 3/28/95 |
| 1 Celtic Roller | VA 705-192 | 3/28/95 |
| 3 Roller Buckle | VA 705-202 | 3/28/95 |
| Classic Oval | VA 705-234 | 3/28/95 |
| Four Corner Claw | VA 705-235 | 3/28/95 |
| 2 ½ Classic | VA 705-236 | 3/28/95 |
| 1 ½ Classic Center Bar | VA 705-237 | 3/28/95 |
| 1 ½ Classic | VA 705-238 | 3/28/95 |
| 1 Classic | VA 705-239 | 3/28/95 |
| 1 Classic Center Bar | VA 705-240 | 3/28/95 |
| ¾ Classic | VA 705-241 | 3/28/95 |
| ¾ Classic Center Bar | VA 705-242 | 3/28/95 |
| 1 ½ Claw | VA 705-243 | 3/28/95 |
| 2 Roller | VA 705-244 | 3/28/95 |
| 1 ½ Roller | VA 705-245 | 3/28/95 |
| 2 Center Bar Talon | VA 705-246 | 3/28/95 |
| 3 Talon | VA 705-247 | 3/28/95 |
| 2 Talon | VA 705-248 | 3/28/95 |
| 1 ½ Talon | VA 705-249 | 3/28/95 |
| OTJ Buckle | VA 967-383 | 5/25/99 |

These works are collectively referred to herein as the "Copyrighted Designs".

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

5. Since the commencement of its business over a decade ago, Plaintiff Chrome Hearts has been continuously promoting and selling its line of diverse products under its family of famous CHROME HEARTS Marks. In fact, Chrome Hearts has made extensive, international use in commerce of its CHROME HEARTS Marks and its Copyrighted Designs, has expended and continues to spend large sums of money each year in promoting these marks and the goods and services associated therewith, and has received worldwide publicity with respect to its business operations and brand names.

6. Chrome Hearts has pioneered the idea of combining the look of rugged looking apparel and jewelry with fashion attire to make a uniquely-styled line of fashion apparel and accessories. All of Chrome Hearts' leather products are adorned with custom-made sterling silver hardware, including all of the buttons, snaps and ornamental pieces. Chrome Hearts further pioneered the look of suede inlay designs in connection with leather clothing. Once thought of as only a look for outlaw motorcyclists, Chrome Hearts has created a fashion niche that is now coveted in the upper most fashion circles. Plaintiff continues to and has been using its CHROME HEARTS Marks in connection with a wide range of products, including clothing, footwear, jewelry, bags, eyewear, cutlery, furniture and home appliance, just to name a few of the products.

7. All of Chrome Hearts products are hand made in Los Angeles by Chrome Hearts' craftsman. The level of expert workmanship exercised by these individuals is superior and conforms to the strict standards established by Chrome Hearts. Works designed by Chrome Hearts have been praised and recognized in numerous articles appearing in both trade publications and publications directed to the general public around the world, including articles in the United States, Germany, the United Kingdom, Japan, Hong Kong and France. These articles have acclaimed the high artistry, fashion and style of Chrome Hearts' designs and the uniqueness of the designs.

8. Chrome Hearts has achieved a prominent position in the fashion industry, attributable to the high quality of its products sold under its CHROME HEARTS Marks and in fact in 1993, it was presented with an unsolicited award in New York City as designer of the year for its innovated accessories and jewelry designs by the Council of Fashion Designers of America. Entertainers, such as Cher, Billy Idol, Aerosmith, Lenny Kravitz, Guns 'N Roses, Seal, Madonna, Keith Richards, Danny Glover, Sting, Gloria Estefan, Christy Turlington, Naomi Cambell and Sharon Stone can all be seen in Chrome Hearts' fashions. Chrome Hearts products are sold in only the most prestigious stores, such as the Chrome Hearts-named boutiques in New York, Los Angeles, Tokyo and Osaka and in Maxfield of Los Angeles, Browns

- 7 -

of London and the United Arrows and Intellectual Galleries boutiques in Japan.

9. At the outset, it should be noted that none of the defendants are licensees of the Plaintiff nor are they in any way authorized to use the CHROME HEARTS Marks.

10. Sometime in September 2002 it was brought to our attention that defendants were distributing and selling counterfeit CHROME HEARTS jewelry. My partner, Afschineh Latifi (hereinafter "Latifi"), who is intimately familiar with Plaintiff's product line, and investigator, Greg Hall ("Hall") in Guam, visited the stores of the various defendants in Guam and made buys from each store (Latifi Decl. ¶¶4-12; Hall Decl.) Upon their visits to each of these stores, it was ascertained that all of the defendants were in fact selling counterfeit CHROME HEARTS-branded jewelry.

11. I have thoroughly inspected in detail the items purchased by Latifi and Hall from the defendants and, based upon my personal knowledge, I can state with certainty that each of the items purchased from the various defendants is counterfeit. My determination was based on the following facts:

**ALMA SILVER COLLECTION**

I inspected the silver pendant purchased from this location and determined that it was counterfeit because: (1) the font for the markings "NYC" and "CHROME HEARTS" is incorrect; (2) the writing on the

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

side is stamped rather than engraved as it is with a genuine piece; (3) the Star design on the front of the pendant is wrong (Latifi Decl. Ex. 5.)

**HAWAIIAN SILVER**

I inspected a ring purchased from this location bearing Plaintiff's copyrighted Dagger design and determined that it was counterfeit because: (1) the engraving inside the ring is the wrong font; (2) the genuine ring has greater curve in its design; (3) the outside edges of the ring are not as sharp as the genuine ring; (4) the sides of the ring are shaved off (Latifi Decl. Ex. 6.)

**HAPPY HAPPY GIFT SHOP**

I inspected a bracelet bearing Plaintiff's Dagger design purchased from this location and determined that it was counterfeit because: (1) the fancy link detail has an extra ball on top of the elongated cross; (2) the casting lines are wrong on the Dagger design; (3) the wrong copyright notice is stamped on the back of the bracelet; (4) the closure tongue is too thick; (5) the sides of the plain link are too sharp (Latifi Decl. Ex. 7.)

**ALOHA JEWELRY**

I inspected the ring purchased from Aloha Jewelry and determined that it was counterfeit because: (1) the

- 9 -

font on the engraving is wrong; (2) it has the incorrect copyright notice; (3) the edge of the ring is incorrectly beveled; (4) the thickness of ring is wrong; (5) the outside design of the ring is not as sharp as the genuine ring (Hall Decl. Ex. 5.)

**MAUI JEWELERS**

I inspected a ring purchased from this location and determined that it was counterfeit because: (1) the font on the inside of the ring is wrong; (2) the repeating design on the outside of the ring are separated rather than touching; (3) the curvature beveled edge on the side of the ring is wrong (Hall Decl. Ex. 2.)

**GALLOP USA**

I inspected the ring purchased from Gallop USA and determined that it was counterfeit because: (1) the Fleur de Lis design and size are wrong; (2) the Fleur de Lis on the genuine ring does not flow underneath the ring as does the ring purchased form Gallop USA; (3) the ring is too square (Hall Decl. Ex. 1.)

**SILVER DECO**

I inspected a ring purchased from this location and determined that it is counterfeit because: (1) the font on the inside is wrong; (2) the outside design of the ring is wrong; (3) the center ball is shaped wrong; (4)

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

the shoulders of the ring are too straight. (Hall Decl. Ex. 6.)

12. I have also inspected several other jewelry pieces purchased by Latifi and investigator Hall from the defendants and determined that they are counterfeit for one or more of the following reasons:

    a.    The dimensions of the jewelry are either too big or too small;

    a.    The quality of the jewelry is substandard;

    b.    The details of the jewelry designs are wrong;

    c.    The trademark engraving and markings on the jewelry are incorrect and in some cases blurred denoting a second or third generation copy;

    d.    The weight of the jewelry is too light;

    e.    The trademark is stamped rather than engraved;

    f.    The copyright date is incorrect;

    g.    The font used in connection with affixing the CHROME HEARTS trademark is wrong;

    h.    The design of the piece is not sharp, denoting that it is a second, third or greater generation copy;

    i.    The stone settings are incorrect;

    j.    The stones used are not genuine gem stones but cheap imitations; and,

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

k. The configuration of the design is inaccurate.

13. I have further confirmed with our investigator that defendants have been continuously selling the counterfeit CHROME HEARTS-branded pieces from October, 2002, the earliest date of the background investigation he conducted, through January 14, 2003, the last date on which he purchased counterfeit jewelry from the defendants.

14. Defendants' counterfeiting activities and unfair competition have not only caused sales of Plaintiff's products to be lost and/or diverted to defendants, but have caused substantial and irreparable damage and injury to Plaintiff's name, goodwill and reputation.

Pursuant to 28 U.S.C. § 1746, I declare under penalties of perjury that all of the foregoing is true and correct.

DATED: APRIL 15, 2003

ROBERT L. TUCKER

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\105-DECL OF R L TUCKER RE CHROME HEARTS.doc