KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Attorneys for   *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
APR 16 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | [PROPOSED] ORDER SEALING CASE |
| Defendants. | |

//

ORIGINAL

[PROPOSED] ORDER SEALING CASE
CIVIL CASE NO. CV03-00012

Plaintiff, **CHROME HEARTS, INC.** (hereinafter "Plaintiff"), having applied <u>ex parte</u> for a temporary restraining and seizure order; order to show cause for preliminary injunction, under the Lanham Act (15 U.S.C. §1051, <u>et seq.</u>), as amended by the Trademark Counterfeiting Act of 1984, Public Law 98-473; order sealing file and order accelerating discovery, for the reason that Defendants appear to be, among other things, selling goods bearing a counterfeit of Plaintiff's Chrome Hearts registered trademarks, and the Court continuing to review the complaint, pleadings, moving papers, exhibits and affidavits submitted by Plaintiff,.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pending the Court's decision on Plaintiff's ex parte motion to confirm the seizure authorized herein, the Clerk of this Court is to keep and maintain under seal all papers filed herein, and that public scrutiny of such papers shall not be permitted, subject to Defendants' right to access such papers upon presenting the Clerk of this Court with proper identification after the seizure authorized herein has been carried out.

HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

PRESENTED BY:

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Plaintiff Chrome Hearts, Inc.*

A62\09620-01\\\\FNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\110-ORDER FOR FILING UNDER SEAL RE CHROMEHEARTS, INC.doc

RECEIVED APR 16 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP F.C. FLORES ST.
HAGÁTÑA, GUAM 96910