KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Attorneys for   Plaintiff Chrome Hearts, Inc.

FILED
DISTRICT COURT OF GUAM
APR 1 6 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br> APPLICATION FOR PERMISSION TO FILE FACSIMILE COPY OF DECLARATION OF AFSCHINEH LATIFI IN SUPPORT OF EX PARTE APPLICATION FOR SEIZURE, *ET SEQ.* |

//

ORIGINAL

COMES NOW Plaintiff **CHROME HEARTS, INC.** (hereinafter "Chrome Hearts") and through its counsel, seek permission to file a facsimile reproduction of the original Declaration made by Afschineh Latifi (hereinafter "Ms. Latifi") in support of the ex parte application for seizure, and other preliminary relief.

Chrome Hearts' application is made pursuant to the local rules of practice for the District Court of Guam, General Rule 5.1(a), and is based upon the instant application, and contemporaneously filed Declaration of Jehan'Ad G. Martinez.

## APPLICATION

This action arises under the Federal Trademark Act of 1946, 15 U.S.C. §1051, *et seq.*, the copyright laws of the United States, 17 U.S.C. §101, *et seq.*, and other federal and local laws protecting Chrome Hearts' registered trademarks and service marks, and registered copyrights. In connection with the filing of the Complaint in this action, Plaintiff has filed an ex parte motion for a temporary restraining order, seizure order, preliminary injunction and expedited discovery order to effect the protections granted under the Federal Trademark Act.

As a requisite of this filing, the facts which give support to Plaintiff's ex parte request are laid by the Declarations of Robert Tucker, Greg Hall, Ms. Latifi, and counsel, Jehan'Ad G. Martinez. The Tucker, Hall and Martinez Declarations have been filed as original documents. Because of logistics issues, the original Latifi Declaration is still en route via courier service

KLEMM, BLAIR,
STERLING & JOHNSON
A Professional Corporation
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

and only a facsimile reproduction of Ms. Latifi's Declaration is presently available. (Martinez 4-16-03 Decl. ¶4.)

The original Latifi Declaration is en route to Guam. The facsimile reproduction of the Latifi Declaration is a true and correct rendition of the original Latifi Declaration (Martinez 4-16-03 Decl. ¶5.)

In an effort to present the appropriate facts which would justify the relief sought in Chrome Hearts' ex parte application, Chrome Hearts respectfully requests that the facsimile copies of Ms. Latifi be accepted, and that the original copy of that facsimile reproduction be permitted to be filed in the reproduction stead once it has arrived on island. This will permit the parties to continue with their ex parte application in the hope that seizures could take place on Saturday, April 19, 2003 while Robert Tucker is on island, and the appropriate law enforcement and private investigator services are available for mobilization.

**RESPECTFULLY SUBMITTED** this 16th day of April, 2003.

KLEMM, BLAIR, STERLING & JOHNSON,
A PROFESSIONAL CORPORATION

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff Chrome Hearts, Inc.*

A62\09810-01
\\PNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\107-APP FOR PERMISSION TO FILE FAX COPY RE CHROME HEARTS.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857