KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Attorneys for   *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
APR 1 8 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | [PROPOSED] ORDER FOR LEAVE TO FILE FACSIMILE REPRODUCTION OF AFSCHINEH LATIFI DECLARATION |
| Defendants. | |

//

ORIGINAL

Plaintiff, **CHROME HEARTS, INC.** (hereinafter "Plaintiff") having filed its Application for Permission to File Facsimile Copy of Declaration of Afschineh Latifi in Support of Ex Parte Application for Seizure, *et seq.*, and good cause having been shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Plaintiff's application is granted, permitting it to file the facsimile reproduction of the Declaration of Afschineh Latifi;

**IT IS FURTHER ORDERED**, that Plaintiff will submit the original Declaration of Afschineh Latifi to the Court once it has been received by Plaintiff's counsel.

**APPROVED AND SO ORDERED** APR 18 2003.

**HONORABLE JOHN S. UNPINGCO**
CHIEF JUDGE, DISTRICT COURT OF GUAM

*SUBMITTED BY:*

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Plaintiff Chrome Hearts, Inc.*

RECEIVED APR 16 2003 DISTRICT COURT OF GUAM HAGATNA, GUAM

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\110-PROPOSED ORDER FOR LEAVE TO FILE FACSIMILE REPRO OF AL DECL RE CHROMEHEARTS INC.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857