| | |
|---|---|
| 1 | **KLEMM, BLAIR, STERLING & JOHNSON**<br>A PROFESSIONAL CORPORATION<br>1008 PACIFIC NEWS BUILDING<br>238 ARCHBISHOP F.C. FLORES STREET<br>HAGÅTÑA, GUAM 96910<br>TELEPHONE 477-7857 |



FILED
DISTRICT COURT OF GUAM
APR 2 9 2003
MARY L. M. MORAN
CLERK OF COURT
14

Attorneys for    *Plaintiff Chrome Hearts, Inc.*

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **APPLICATION TO HOLD COURT PROCEEDING IN ABEYANCE RE CERTAIN DEFENDANTS** |
| Defendants. | |

//

ORIGINAL

COMES NOW, Plaintiff CHROME HEARTS, INC. (hereinafter "Chrome Hearts"), by and through its counsel of record, Klemm, Blair, Sterling & Johnson, P.C. and Jehan'Ad G. Martinez, and respectfully seeks that all Court proceedings regarding certain Defendants be held in abeyance pending the outcome of settlement negotiations. Those Defendants are **KUEN KYUNG NO DBA THE BEAD LOVER'S, KYOUNG OK PARK DBA I COLLECTION, JUNG WOO NAM DBA ALMA SHOP, BONG SUN AHN DBA HAPPY HAPPY GIFT SHOP, SPAIN CORPORATION DBA DISCOUNT SHOP, HYUG CHANG KWON, MI OK PARK AND MI EUN PARK.** Chrome Hearts seeks the requested abeyance until such time that resolutions are entered, or request for recommencement of action against these Defendants made to the Court.

**RESPECTFULLY SUBMITTED** this 29th day of April, 2003.

KLEMM, BLAIR, STERLING & JOHNSON,
A PROFESSIONAL CORPORATION

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff Chrome Hearts, Inc.*

A62\09810-01
\\PNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\115-APP TO HOLD CT ORDER IN ABEYANCE RE CHROME HEARTS.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857