FILED
DISTRICT COURT OF GUAM
APR 29 2003
MARY L. M. MORAN
CLERK OF COURT

15

# United States District Court

DISTRICT OF GUAM

CHROME HEARTS, INC.

Plaintiff,

v.

OLD TOWN, INC., *et al.*,

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-00012

TO: (Name and address of defendant)

OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ORIGINAL

Mary L. M. Moran
CLERK

APR 16 2003
DATE

[signature]
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE April 19. 03 |
|---|---|
| NAME OF SERVER (PRINT) Jovita Jackson (PSA) | TITLE Pacific Security Alarm |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Mi Seon Choi, Sales Mngr, Black Box, M. Mall E. Harmon Industrial Park Rd., Harmon, Guam BM Bld #26

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other *(specify)*: ______

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April-19-03
*Date*

Jovita Jackson [signature] (PSA)
*Signature of Server*

PSA ID# 207016
*Address of Server*
1406 N. Marine Dr. Suite 201
Tamuning Guam 96913

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.