# United States District Court

DISTRICT OF ___GUAM___

FILED
DISTRICT COURT OF GUAM
APR 2 9 2003
MARY L. M. MORAN
CLERK OF COURT

(17)

CHROME HEARTS, INC.

                    Plaintiff,

V.

OLD TOWN, INC., *et al.*,

                    Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **03-00012**

TO: (Name and address of defendant)

YEO HOE KOO

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

*(signature)*

(BY) DEPUTY CLERK

APR 1 6 2003

DATE

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 19 03 |
| NAME OF SERVER (PRINT) Jovitta Jackson | TITLE Pacific Security Alarm |

Check one box below to indicate appropriate method of service

[✓] Served personally upon the defendant. Place where served: Mi SEON CHOi  SALES MNGR
E. HARmon INDUSTRial PARk RD, HARmon, Guam   BLACK BOX
M. MALL
BLACK BOX

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 19 03
                    Date

Signature of Server

PSA ID# 207016
Address of Server
1406 N. MARINE DR.
Suite 201
Tamuning Guam 96913

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.