# United States District Court

### DISTRICT OF _GUAM_

FILED
DISTRICT COURT OF GUAM

APR 29 2003

MARY L. M. MORAN
CLERK OF COURT

CHROME HEARTS, INC.

               Plaintiff,

V.

OLD TOWN, INC., *et al.*,

               Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **03-00012**

TO: (Name and address of defendant)

GUAM PALM CORPORATION dba
HAWAIIAN SILVER

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

ORIGINAL

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

APR 16 2003

CLERK

DATE

*Marilyn B. Alcon*

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4·19·03 |
|---|---|
| NAME OF SERVER (PRINT) Erwin Aquino | TITLE P.S.A. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Hawaiian Silver to salesman *Seok C. Ohn.* representative Seok Chan Ahn.

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: to Seok Chan AHN who is a salesman at Hawaiin Silver.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4·19·03___   _Erwin Aquino / Erwin Aquino___
            Date                Signature of Server

                    1406 N Marine Dr. Suite 201
                    Address of Server Tamuning, Guam 96931

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.