# United States District Court

DISTRICT OF ___Guam___

FILED
DISTRICT COURT OF GUAM
APR 29 2003
MARY L. M. MORAN
CLERK OF COURT

CHROME HEARTS, INC.

                    Plaintiff,

V.

OLD TOWN, INC., *et al.*,

                    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **03-00012**

23

TO: (Name and address of defendant)

JOYEN RHEE

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam  96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

*(signature)*
(BY) DEPUTY CLERK

APR 16 2003

DATE

ORIGINAL

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4·19·03 |
| NAME OF SERVER (PRINT) Erwin Aquino | TITLE P.S.A. |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: at Hawaiin Silver. To Joyen Rhee. × Joyen Rhee / Toyen Rhee
Mailing: P.O. Box 315823 Tam. GU. 96931 Hong: Beverly Palm Condo. B4 / Tpo Road.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4·19·03
Date

Signature of Server

Address of Server: 1406 N. Marine Dr. 201 Tamuning, Guam 96931

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.