# United States District Court

DISTRICT OF _Guam_

FILED
DISTRICT COURT OF GUAM
APR 29 2003
MARY L. M. MORAN
CLERK OF COURT

CHROME HEARTS, INC.

      Plaintiff,

V.

OLD TOWN, INC., et al.,

      Defendants.

**SUMMONS IN A CIVIL CASE** 26

CASE NUMBER: **03-00012**

TO: (Name and address of defendant)

P & J CORPORATION dba ALOHA JEWELRY 3

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

APR 16 2003

CLERK

/s/ Marilyn B. Alcon

(BY) DEPUTY CLERK

DATE

ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE APRIL 19, 2003 |
| NAME OF SERVER (PRINT) Anthony P. Quichocho ~~Johanna Taimanglo~~ | TITLE P.S.A |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: DAE HEE KANG, SS# 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 ALOHA JEWELRY #3, THE PLAZA MALL. × ~~Dept.~~ 11:00 A.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): MI, KYONG PAK SS# 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, owner (wife) 11:30 A. ALOHA JEWELRY #3 THE PLAZA MALL. 888-8811 (Husband) 888-8922 (wife) 649-2345 (Business)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on APRIL 19 2003
           Date

Signature of Server: Anthony P. Quichocho ~~Johanna Taimanglo~~

Address of Server: PSA # 201819

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.