AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Guam__

FILED
DISTRICT COURT OF GUAM
APR 29 2003

CHROME HEARTS, INC.

        Plaintiff,

V.

OLD TOWN, INC., et al.,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-00012

TO: (Name and address of defendant)

SON SIM dba SILVER DECO

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

_signature_
(BY) DEPUTY CLERK

APR 16 2003

DATE

ORIGINAL

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 4/19/03 |
| NAME OF SERVER (PRINT) Joe Santos | TITLE P.S.A. |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Silver Deco 6N

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Kyung Seoh Lee
pub 851 1270 N. Marine Dr. Ste. 101 Tamuning Gu. 96913
(Young S. Lee)

☐ Returned unexecuted: _____

☐ Other (specify): _____ Joung Soo Soh of: _____
_____ PMB 851, 1270 N. Marine Dr. Ste 101
Tamuning Guam 96913

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/19/03__
Date

Signature of Server: Joe Santos

Address of Server: 1406 N. Marine Dr. Suite 201
Tamuning GU 96913

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.