# United States District Court

DISTRICT OF __Guam__

FILED
DISTRICT COURT OF GUAM
APR 29 2003
MARY L. M. MORAN
CLERK OF COURT

CHROME HEARTS, INC.

                                Plaintiff,

V.

OLD TOWN, INC., et al.,

                                Defendants.

**SUMMONS IN A CIVIL CASE** 30

CASE NUMBER: **03-00012**

TO: (Name and address of defendant)

KUEN KYUNG NO dba THE BEAD LOVER'S

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

APR 16 2003

ORIGINAL

CLERK

_Marilyn B Alcon_
(BY) DEPUTY CLERK

DATE

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]  DATE April 19, 2003

NAME OF SERVER (PRINT) BERNARDO R. BAUTISTA  TITLE P.S.A.

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: JEFF HWAJONG NO (CO-OWNER W/ KEUN KYUNG NO, WIFE)
AT: 1088 W. MARINE DR. #118 MICRONESIA MALL
HM: 101A SABANA CONDO, HARMON, GUAM

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☑ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 19, 2003
Signature of Server: Bernardo R. Bautista
Address of Server: NORTH MARINE SUITE 201 TAM. 96913
1406 PACIFIC SECURITY ALARM INC.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.