# United States District Court

### DISTRICT OF Guam

FILED
DISTRICT COURT OF GUAM

APR 29 2003

MARY L. M. MORAN
CLERK OF COURT

CHROME HEARTS, INC.

Plaintiff,

V.

OLD TOWN, INC., *et al.*,

Defendants.

## SUMMONS IN A CIVIL CASE (32)

CASE NUMBER: 03-00012

TO: (Name and address of defendant)

JUNG WOO NAM dba ALMA SHOP

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is herewith served upon you, within _____ twenty (20) _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

APR 16 2003

ORIGINAL

CLERK

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | April 19, 2003 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Johan'An G. Martinez | Attorney - a t - law |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: At place of business via Employer
The Kun Mr. Nam shwed up and took delivery of documents - Guam DL # 1228067786

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____ Mr. Nam contacted by telephone isn't cooperating Mr. Nam enroute.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___April 19, 2003___
*Date*

_____
*Signature of Server*

PO Box AB  Agana, Guam
*Address of Server*