AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _Guam_

CHROME HEARTS, INC.

        Plaintiff,

v.

OLD TOWN, INC., et al.,

        Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-00012

TO: (Name and address of defendant)

BONG SUN AHN dba HAPPY HAPPY GIFT SHOP

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK                                               DATE

_Marilyn B. Alcon_
(BY) DEPUTY CLERK

APR 16 2003

FILED
DISTRICT COURT OF GUAM
APR 29 2003
MARY L. M. MORAN
CLERK OF COURT

ORIGINAL

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 4-19-03 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jessica M. Gaan | Sergeant IPSA |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Happy Happy G,It Shop
 ID# 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  AHN Bert Sun Lim- Exp: 2-15-03 X
☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
 Name of person with whom the summons and complaint were left: X Bong Soh.
 PO Box 10876 Tam fm 96931

☐ Returned unexecuted:
_____
_____

☐ Other (specify):
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-19-03
              Date     Signature of Server

              406 ITC Building, Tamuning
              Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.