# United States District Court

DISTRICT OF ___Guam___

FILED
DISTRICT COURT OF GUAM

APR 2 9 2003

MARY L. M. MORAN
CLERK OF COURT

CHROME HEARTS, INC.

Plaintiff,

V.

OLD TOWN, INC., *et al.*,

Defendants.

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-00012

34

TO: (Name and address of defendant)

MI JA KIM dba ACCESSORY WORLD

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran                    APR 1 6 2003

CLERK                                      DATE

_Marilyn B. Alcon_

(BY) DEPUTY CLERK

ORIGINAL

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 4/19/03 |
|---|---|
| NAME OF SERVER (PRINT) JACQUELINE NEDEDOG / JOHANNA MAIMANGLO | TITLE DISPATCH ASST. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ACCESORY WORLD    ERIC JIN WON KIM
    DL# 1228040338    DOB 3/17/68                              P.O. BOX 9345
                                                              TAM. GU 96931
    Eric J. Km 4/19 (

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
    _____
    _____

☒ Other (specify): JEONG SOON KIM        DL# 1228 030 472        KIM EDWARDS
    ( MOTHER)    P.O. BOX 9345            DOB 8/19/36            A.O. BOX 9345
                 TAM. GU 96931                                  TAM. GU 96931
                                                                DL# 1584-98-2190
                                                                SON-IN-LAW

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/19/03___
                Date

Signature of Server

1406 N. MARINE DR. SUITE 201
Address of Server
TAM. GU 96913

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:03-cv-00012    Document 34    Filed 04/29/2003    Page 2 of 2