AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF ___GUAM___

FILED
DISTRICT COURT OF GUAM
APR 2 9 2003
MARY L. M. MORAN
CLERK OF COURT

CHROME HEARTS, INC.

                Plaintiff,

V.

OLD TOWN, INC., *et al.*,

                Defendants.

**SUMMONS IN A CIVIL CASE** 35

CASE NUMBER: 03-00012

TO: (Name and address of defendant)

SPAIN CORPORATION dba DISCOUNT SHOP

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jehan'Ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
A Professional Corporation
1008 Pacific News Building
238 Archbishop F.C. Flores Street
Hagåtña, Guam 96910

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Mary L. M. Moran

CLERK

*/s/ Marilyn B. Alcon*

(BY) DEPUTY CLERK

APR 16 2003

DATE

ORIGINAL

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE April 19, 2003 |
| NAME OF SERVER (PRINT) Mark Hernandez | TITLE Pacific Security Alarm |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Discount shop ✓ — Part owner
Mr kwon Hyug chang P.O. BOX 26342 Barrigada GU 96921
Sunrise Apartment B-50 Tamuning GU

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 19, 2003
Date

Signature of Server

1406 N. Marine Dr. suite 201 Tumon Guam 96911
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.