KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Attorneys for   *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY - 1 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br><br><br><br><br> **STIPULATION AND ORDER TO CONTINUE ANSWERING AND ORDER TO SHOW CAUSE HEARING** |

//

ORIGINAL

STIPULATION AND ORDER TO
CONTINUE ANSWERING AND
ORDER TO SHOW CAUSE HEARING
CIVIL CASE NO. CV03-00012

IT IS HEREBY STIPULATED by Plaintiff CHROME HEARTS, INC. (hereinafter "Chrome Hearts") and Defendants WOOHYUN CORPORATION dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK, and P & J CORPORATION dba ALOHA JEWELRY 3, through their respective attorneys of record, for the named parties only, that the April 29, 2003 answering deadline be vacated and such answering be rescheduled to May 20, 2003 at 1:00 p.m.

IT IS HEREBY FURTHER STIPULATED that, for these named parties only, the May 2, 2003 Order to Show Cause hearing to confirm the seizures be rescheduled to a date and time three (3) weeks hence, or as soon thereafter as the Court's schedule permits.

THE VAN DE VELD LAW OFFICES, PC

DATE: APRIL 29, 2003

BY: _____
CURTIS VAN DE VELD
Attorneys for Defendants Woohyun Corporation dba Maui Divers Jewelry Center of Guam; David K. Pak; Kyong Mi Pak; Won Ki Pak, and P & J Corporation dba Aloha Jewelry 3

//
//
//

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

STIPULATION AND ORDER TO
CONTINUE ANSWERING AND
ORDER TO SHOW CAUSE HEARING
CIVIL CASE NO. CV03-00012

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATE: APRIL 29, 2003    BY: _____
                        JEHAN'AD G. MARTINEZ
                        Attorneys for Plaintiff Chrome Hearts, Inc.

APPROVED AND SO ORDERED that the following parties, WOOHYUN CORPORATION dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK, and P & J CORPORATION dba ALOHA JEWELRY 3, must answer the Complaint by May 20, 2003 at 1:00 o'clock p.m., and an Order to Show Cause hearing on the seizures is rescheduled from May 2, 2003 to May 23, 2003 at 10:00 o'clock a.m.

_____
HONORABLE STEVEN S. UNPINGCO
DESIGNATED DISTRICT COURT JUDGE

RECEIVED
APR 29 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

A22:62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\112-STIP & ORDER TO CONTINUE ANSWERING RE CHROME HEARTS.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910