KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Attorneys for   *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY - 1 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

CHROME HEARTS, INC.,

    Plaintiff,

vs.

OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30,

    Defendants.

CIVIL CASE NO. CV03-00012

**STIPULATION AND ORDER TO CONTINUE ANSWERING AND ORDER TO SHOW CAUSE HEARING**

//

ORIGINAL

STIPULATION AND ORDER TO
CONTINUE ANSWERING AND
ORDER TO SHOW CAUSE HEARING
CIVIL CASE NO. CV03-00012

IT IS HEREBY STIPULATED by Plaintiff **CHROME HEARTS, INC.** (hereinafter "Chrome Hearts") and Defendant **SUN HUI PAK dba NEW YORK COLLECTION** ("Defendant"), through its attorneys of record, for Defendant only, that the April 29, 2003 answering deadline be vacated and such answering be rescheduled to May 29, 2003 at 1:00 p.m.

**IT IS HEREBY FURTHER STIPULATED** that, for Defendant only, the May 2, 2003 Order to Show Cause hearing to confirm the seizures be rescheduled to a date and time four (4) weeks hence, or as soon thereafter as the Court's schedule permits.

**IT IS HEREBY FURTHER STIPULATED** that, for Defendant only, the May 8, 2003 deadline to serve and file answers to the Complaint be rescheduled to June 8, 2003.

LAW OFFICES OF CESAR C. CABOT

DATE: APRIL 30th, 2003      BY: /s/ David M. Hopkins
                                **DAVID W. HOPKINS**
                                *Attorneys for Defendants Sun Hui Pak dba New York Collection*

//

//

//

STIPULATION AND ORDER TO
CONTINUE ANSWERING AND
ORDER TO SHOW CAUSE HEARING
CIVIL CASE NO. CV03-00012

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATE: APRIL 30, 2003   BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff Chrome Hearts, Inc.*

**APPROVED AND SO ORDERED** that the following Defendant, SUN HUI PAK dba NEW YORK COLLECTION, must answer the temporary restraining order by May 29, 2003 at 1:00 o'clock p.m., an Order to Show Cause hearing on the seizures is rescheduled from May 2, 2003 to June 13, 2003 at 10:00 o'clock a.m.; and must serve and file her answer to the Complaint by June 8, 2003.

_____
HONORABLE STEVEN S. UNPINGCO
DESIGNATED DISTRICT COURT JUDGE

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\116-STIP & ORDER TO CONTINUE ANSWERING (NEW YORK COLLECTION) RE CHROME HEARTS.doc

RECEIVED
APR 30 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

- 3 -

Case 1:03-cv-00012   Document 40   Filed 05/01/2003   Page 3 of 3