KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Attorneys for    *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY - 1 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **ORDER RE APPLICATION OF PLAINTIFF TO HOLD COURT PROCEEDINGS IN ABEYANCE AS TO CERTAIN DEFENDANTS** |
| Defendants. | |

//

ORIGINAL

ORDER RE APPLICATION OF PLAINTIFF TO
HOLD COURT PROCEEDINGS IN ABEYANCE
AS TO CERTAIN DEFENDANTS
CIVIL CASE NO. CV03-00012

Plaintiff, **CHROME HEARTS, INC.** (hereinafter "Chrome Hearts"), having sought to hold Court proceedings regarding certain Defendants in abeyance pending settlement negotiations, and good cause having been shown,

**IT IS HEREBY ORDERED AND APPROVED** that Court proceedings regarding **KUEN KYUNG NO DBA THE BEAD LOVER'S, KYOUNG OK PARK DBA I COLLECTION, JUNG WOO NAM DBA ALMA SHOP, BONG SUN AHN DBA HAPPY HAPPY GIFT SHOP, SPAIN CORPORATION DBA DISCOUNT SHOP, HYUG CHANG KWON, MI OK PARK AND MI EUN PARK** shall be held in abeyance while settlement negotiations are pursued, and until such time that Chrome Hearts files settlement documents, or a request for recommencement of Court proceedings against such Defendants.

APPROVED AND SO ORDERED    MAY 0 1 2003       .

HONORABLE STEVEN S. UNPINGCO
DESIGNATED JUDGE, DISTRICT COURT OF GUAM

SUBMITTED BY:

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff Chrome Hearts, Inc.*

RECEIVED
APR 29 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

A62\09810-01\\\\PNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\115-ORDER RE APP TO HOLD COURT PROCEEDINGS IN ABEYANCE RE CHROMEHEARTS INC.doc