DAVID W. HOPKINS, ESQ.
CESAR C. CABOT, ESQ.
LAW OFFICES OF CESAR C. CABOT, P.C.
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 646-0777



FILED
DISTRICT COURT OF GUAM
MAY - 1 2003
MARY L. M. MORAN
CLERK OF COURT
42

Attorneys for Sun Hui Pak (nka Sun Hui P. Duenas)
 dba New York Collection

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| v. | **ENTRY OF APPEARANCE** |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | |
| Defendants. | |

Page 1 of 3

ORIGINAL

COMES NOW the Law Offices of Cesar C. Cabot, P.C., by David W. Hopkins, Esq., and hereby enters appearance as counsel for SUN HUI PAK (nka SUN HUI P. DUENAS) dba NEW YORK COLLECTION and hereby requests that any and all Papers previously and hereafter filed in the above-entitled matter be served upon the Law Offices of Cesar C. Cabot, P.C.

Respectfully submitted this 1st day of May, 2003.

          LAW OFFICES OF CESAR C. CABOT, P.C.
          Attorneys for Sun Hui Pak (nka Sun Hui P. Duenas)
          dba New York Collection

By: _____
     DAVID W. HOPKINS

## CERTIFICATE OF SERVICE

I, DAVID W. HOPKINS, certify that on the 1st day of May, 2003, I caused the foregoing Entry of Appearance to be served via hand delivery to the following individuals:

Jehan'ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910

_____
DAVID W. HOPKINS

DWH:lq
P032945

LAW OFFICES OF
CESAR C. CABOT, P.C.
Attorneys at Law
BankPacific Building, Second Floor • 825 South Marine Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777