KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY - 2 2003
MARY L. M. MORAN
CLERK OF COURT
43

**DISTRICT COURT OF GUAM**

CHROME HEARTS, INC.,

Plaintiff,

vs.

OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30,

Defendants.

CIVIL CASE NO. CV03-00012

**PRELIMINARY INJUNCTION ORDER; ORDER CONFIRMING SEIZURE AND ORDER UNSEALING CASES**

//

ORIGINAL

This matter having come on for an order to show cause why preliminary injunction should not issue against Defendants from engaging in, committing and continuing to commit acts in violation of Plaintiff's trade and service marks, and copyrighted materials, and Defendants having filed no opposition, and it appearing to the Court after due deliberation that Defendants are actually engaging in, committing and will continue to commit acts set forth below to irreparably injure the Plaintiff;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants **GUAM PALM CORPORATION DBA HAWAIIAN SILVER**, **JOYEN RHEE**, **TAK KUN RHEE**, **YOUNG MI HWANG**, **JOUNG SOO SOH** and **SON SIM DBA SILVER DECO**, and **MI JA KIM DBA ACCESSORY WORLD**, and their agents, servants and employees, and all persons in active concert on in participation with them, be and they hereby are restrained and enjoined, pending the determination of this action, from any of the following acts.

(1) From using the CHROME HEARTS, CHROME HEARTS plus Scroll Design, CHROME HEARTS plus Horseshoe Design and CHROME HEARTS plus Dagger Design trademarks, or any marks similar thereto in connection with the sale of any unauthorized goods or the rendering of any unauthorized services;

(2) From displaying, possessing, receiving, manufacturing, assembling, distributing, advertising, promoting, returning, offering for



KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

sale or otherwise disposing of in any manner, holding for sale or selling any goods, labels, tags, logos, decals, heat transfers, silk screens, emblems, signs, and other forms of markings, any packaging, tissue paper, wrappers, pouches, containers and receptacles, and any catalogs, price lists, promotional materials and the like bearing a copy or colorable imitation of Plaintiff's CHROME HEARTS Marks;

(3) From using any logo, trade name, or trademark which may be calculated to falsely represent or which has the effect of falsely representing that the services or products of Defendants are sponsored by, authorized by, or in any way associated with the Plaintiff;

(4) From infringing Plaintiff's registered trademarks;

(5) From otherwise unfairly competing with Plaintiff;

(6) From falsely representing themselves as being connected with Plaintiff or sponsored by or associated with Plaintiff;

(7) From using any reproduction, counterfeit, copy, or colorable imitation of the CHROME HEARTS Marks or any of Plaintiff's trademarks in connection with the publicity, promotion, sale, or advertising of

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP F.C. FLORES ST.
HAGÅTÑA, GUAM 96910



Case 1:03-cv-00012 Document 43 Filed 05/02/2003 Page 3 of 5

goods sold by Defendants including, without limitation, jewelry, accessories and apparel bearing a copy or colorable imitation of Plaintiff's CHROME HEARTS Marks;

(8) From affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent such goods as being those of Plaintiff and from offering such goods in commerce;

(9) From using any trademark or trade name in connection with the sale of any goods which may be calculated to falsely represent such goods as being connected with, approved by or sponsored by Plaintiff;

(10) From destroying, altering, disposing of, moving, removing, concealing, tampering with or in any manner secreting any and all business records, including electronic computing devices, invoices, correspondence, books of account, receipts or other documentation relating or referring in any manner to the manufacture, advertising, receiving, acquisition, importation, purchase, sale or offer

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

for sale, or distribution of any merchandise bearing the CHROME HEARTS Marks; and

(11) From assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (10) above; and

**IT IS FURTHER ORDERED** that the seizure of items pursuant to this Court's April 18, 2003 Order is hereby confirmed; and

**IT IS FURTHER ORDERED** that the seal of this matter is lifted and that all Defendants served with process who wish to contest the merits of the case shall file their answer to the Complaint within twenty (20) days from when they were served with the Summons and Complaint, unless otherwise extended by written stipulation with Plaintiff.

**APPROVED AND SO ORDERED** MAY 0 2 2003.

HONORABLE STEVEN S. UNPINGCO
DESIGNATED JUDGE, DISTRICT COURT OF GUAM

*SUBMITTED BY:*

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: ______________________
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff Chrome Hearts, Inc.*

A62\09810-01\\G:\Word97\OFFICE\WORDDOC\PLD\JGM\118-PRELIMINARY INJUNC ORDER ETC RE CHROMEHEARTS INC.doc

RECEIVED
MAY -1 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP F.C. FLORES ST.
HAGÅTÑA, GUAM 96910