**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Attorneys for   *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY - 2 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br><br><br> **STIPULATION AND ORDER TO CONTINUE ANSWERING AND ORDER TO SHOW CAUSE HEARING** |

//

**STIPULATION AND ORDER TO
CONTINUE ANSWERING AND
ORDER TO SHOW CAUSE HEARING
CIVIL CASE NO. CV03-00012**

IT IS HEREBY STIPULATED by Plaintiff **CHROME HEARTS, INC.** and Defendants **OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX** and **HIDY; EUN SOON AN; MYONG KI AN;** and **YEO HOE KOO** (hereinafter collectively "Defendants"), through their respective attorneys of record, for Defendants only, that the April 29, 2003 answering deadline be vacated and such answering be rescheduled to May 22, 2003 at 1:00 p.m.

IT IS HEREBY FURTHER STIPULATED that, for Defendants only, the May 2, 2003 Order to Show Cause hearing to confirm the seizures be rescheduled to a date and time three (3) weeks hence, or as soon thereafter as the Court's schedule permits.

IT IS HEREBY FURTHER STIPULATED that, for Defendants only, the May 8, 2003 deadline to serve and file answers to the Complaint be rescheduled to May 29, 2003.

LUJAN & PEREZ, LLP

DATE: MAY ___, 2003    BY: _____
DAVID J. LUJAN
*Attorneys for Defendants Old Town, Inc. dba Gallop USA Indian Art & Jewelry, The Black Box and Hidy; Eun Soon An; Myong Ki An; and Yeo Hoe Koo*

//
//
//
//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

STIPULATION AND ORDER TO
CONTINUE ANSWERING AND
ORDER TO SHOW CAUSE HEARING
CIVIL CASE NO. CV03-00012

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATE: MAY __1__, 2003      BY: _____
                               JEHAN'AD G. MARTINEZ
                               *Attorneys for Plaintiff Chrome Hearts, Inc.*

**APPROVED AND SO ORDERED** that the following Defendants, **OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX** and **HIDY; EUN SOON AN; MYONG KI AN;** and **YEO HOE KOO**, must answer the temporary restraining order by May 22, 2003 at 1:00 o'clock p.m., an Order to Show Cause hearing on the seizures is rescheduled from May 2, 2003 to __June 13__, 2003 at __10:00__ o'clock __a__.m.; and must serve and file their answer to the Complaint by May 29, 2003.

STEVEN S. UNPINGCO
Designated District Judge

_____
HONORABLE STEVEN S. UNPINGCO
DESIGNATED DISTRICT COURT JUDGE

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\117-STIP & ORDER TO CONTINUE ANSWERING (OLD TOWN INC) RE CHROME HEARTS.doc

RECEIVED
MAY -1 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910

- 3 -