KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY 23 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **AFFIDAVIT OF KYONG OK PARK DBA I COLLECTION** |
| Defendants. | |

//

ISLAND OF GUAM     )
                   ) SS:
CITY OF HAGÅTÑA    )

**KYONG OK PARK**, being duly sworn upon oath, deposes and says:

1. I am an individual over the age of eighteen years and am authorized to make this affidavit. I am competent to testify to the facts contained herein based on personal knowledge except where noted to e upon information and belief.

2. I am a sole proprietor doing business as I Collection in the Micronesia Mall, located in Dededo, Guam.

3. My date of birth, social security number, home address and telephone numbers are: DOB March 10, 1968; SSN 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; A203 Saban Condo, Harmon, Guam 96929, telephone 649-7001.

4. The landlord for the Micronesia Mall is Goodwind Development Corp. located at the Micronesia Mall. Goodwind Development Corporation's telephone number is 632-8881. Under the lease for I Collection, I am required to pay the landlord ten percent (10%) of gross sales when my sales reach $30,000 in gross sales. During the history of I Collection, I have never reached the threshold level needed to pay the ten percent (10%) of gross sales as part of my rent.

5. I have been selling Chrome Hearts-branded jewelry since December of 2001.

6. I have purchased Chrome Hearts counterfeit products from Sora Silver, 3F 7 Woojoo Bldg., 4-3 Nam Chang-Dong Chung-Ku,

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

South Korea. I purchased these items in May 2002 because they were a lot cheaper than the genuine products.

7. I have purchased about 40-50 designs from Sora Silver in Seoul, Korea. My purchases were with cash, so I do not have any receipts regarding these products, nor do I have any cancelled checks evidencing purchase of these products.

8. I have sold approximately $1,500 in counterfeit Chrome Hearts-branded products.

9. All of I Collection's inventory have Chrome Hearts-branded items was voluntarily surrendered to Chrome Hearts on April 19, 2003. I do have any additional infringing items since they were turned over at the time of the service of the Complaint.

Further affiant sayeth naught.

DATED: MAY. 12, 2003

**KYONG OK PARK**

SUBSCRIBED AND SWORN to before me this 12th day of May, 2003, by **KYONG OK PARK.**

*(official signature and seal of notary)*

BARBARA MARIE Q. CRUZ
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: Jan. 05, 2006
1008 Pacific News Building, 238 Archbishop
F.C. Flores St., Hagatna, Guam 96910



A62\09810-01
\\PNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\119B-AFFIDAVIT RE SETTLEMENT (I COLLECTION) RE C

- 3 -

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857