KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
MAY 23 2003
MARY L. M. MORAN
CLERK OF COURT

47

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br><br><br> AFFIDAVIT OF JUNG WOO NAM DBA ALMA SHOP |

//

ISLAND OF GUAM      )
                    ) SS:
CITY OF HAGÅTÑA     )

**JUNG WOO NAM**, being duly sworn upon oath, deposes and says:

1. I am an individual over the age of eighteen years and am authorized to make this affidavit. I am competent to testify to the facts contained herein based on personal knowledge except where noted to be upon information and belief.

2. I am a sole proprietor doing business as Alma Shop at the Tumon Market Place, San Vitores Road in Tumon, Guam.

3. My date of birth, social security number, home address and telephone numbers are: DOB April 20, 1955; SSN 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, Harmon Villa Garden 2A, Harmon, Guam, telephone 647-6231.

4. The landlord for the Alma Shop is Bayview I, LLC. Bayview I, LLC's address is 667 N. Marine Drive, Suite 201, Upper Tumon, Guam 96913, telephone number is 646-1385. Under the lease for Alma Shop, I am not required to pay percentage rent based upon gross sales.

5. I have been selling Chrome Hearts-branded jewelry since April of 2001 which I have purchased from Chrome Hearts in Los Angeles, California.

6. I have purchased Chrome Hearts counterfeit products from Narayama Phand Bldg. in Bangkok, Thailand.

7. I have purchased approximately $1,500 worth of counterfeits from Bangkok, Thailand. My purchases were with cash, so I do not have any receipts regarding these products, nor

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 2 -

do I have any cancelled checks evidencing purchase of these products.

8. I have sold approximately $6,000 in counterfeit Chrome Hearts-branded products.

9. All of Alma Shop's inventory of Chrome Hearts-branded items were seized by Chrome Hearts on April 19, 2003. I do have any additional infringing items since they were seized at the time of the service of the Complaint.

10. I do not know which of my other products may be design infringing products so I am unable to say how much silver product which may be design infringing that I have purchased or sold. I purchased my silver products from Thailand because they are cheaper than silver products sold in Korea.

11. The Chrome Hearts stickers and lighted signs used to advertise Chrome Hearts products at Alma Shop were manufactured by Express Signs and Graphics (Pick-A-Nail Road, Tamuning; 649-9669/646-4817) on Guam. The designs were provided by me from magazine advertisements I found for Chrome Hearts products.

Further affiant sayeth naught.

DATED: May. 13, 2003

_____
**JUNG WOO NAM**

**SUBSCRIBED AND SWORN** to before me this 13th day of May, 2003, by **JUNG WOO NAM**.

_(official signature and seal of notary)_

CRISTIEROSE C. GRANIEL
NOTARY PUBLIC
In and for Guam U.S.A.
My Commission Expires: April 11, 2004
1008 Pacific News Building, 238 Archbishop
F.C. Flores St., Hagåtña, Guam 96910

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

LD\JGM\119C-AFFIDAVIT RE SETTLEMENT (ALMA SHOP) RE CHROME HEARTS.doc

- 3 -

Case 1:03-cv-00012    Document 47    Filed 05/23/2003    Page 3 of 3