KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for Plaintiff Chrome Hearts, Inc.

FILED
DISTRICT COURT OF GUAM
MAY 23 2003
MARY L. M. MORAN
CLERK OF COURT

48

## DISTRICT COURT OF GUAM

CHROME HEARTS, INC., ) CIVIL CASE NO. CV03-00012
) 
Plaintiff, )
)
vs. )
)
OLD TOWN, INC., dba GALLOP USA INDIAN )
ART & JEWELRY, THE BLACK BOX, and )
HIDY; EUN SOON AN; MYONG KI AN; YEO )
HOE KOO; WOOHYUN CORPORATION, dba )
MAUI DIVERS JEWELRY CENTER OF )
GUAM; DAVID K. PAK; KYONG MI PAK; )
WON KI PAK; GUAM PALM CORPORATION, ) **AFFIDAVIT OF KEUN KYUNG NO**
dba HAWAIIAN SILVER; JOYEN RHEE; TAK ) **DBA THE BEAD LOVER'S**
KUN RHEE; YOUNG MI HWANG; P & J )
CORPORATION, dba ALOHA JEWELRY 3; )
JOUNG SOO SOH and SON SIM dba SILVER )
DECO; SUN HUI PAK dba NEW YORK )
COLLECTION; KUEN KYUNG NO dba THE )
BEAD LOVER'S; KYOUNG OK PARK dba )
I COLLECTION; JUNG WOO NAM dba ALMA )
SHOP; BONG SUN AHN dba HAPPY HAPPY )
GIFT SHOP; AESTHETIC APPAREL )
CORPORATION; WAI WAH CHAN; MAN )
LAM YAM; MAN YIN YAM; MI JA KIM )
dba ACCESSORY WORLD; SPAIN )
CORPORATION, dba DISCOUNT SHOP; )
HYUG CHANG KWON; MI OK PARK; MI EUN )
PARK; and, JOHN DOES 1 THROUGH 30, )
)
Defendants. )

//

**ORIGINAL**

ISLAND OF GUAM    )
                  ) SS:
CITY OF HAGÅTÑA   )

KEUN KYUNG NO, being duly sworn upon oath, deposes and says:

1. I am an individual over the age of eighteen years and am authorized to make this affidavit. I am competent to testify to the facts contained herein based on personal knowledge except where noted to e upon information and belief.

2. I am a sole proprietor doing business as The Bead Lover's in the Micronesia Mall, located in Dededo, Guam.

3. My date of birth, social security number, home address and phone numbers are: DOB October 3, 1964; SSN 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; A101 Sabana Condo, Harmon, Guam 96929, telephone 649-5971.

4. The landlord for the Micronesia Mall is Goodwind Development Corp. located at the Micronesia Mall. Goodwind Development Corporation's telephone number is 632-8881. Under the lease for The Bead Lover's, I am required to pay the landlord ten percent (10%) of gross sales when my sales reach a certain level. During the history of The Bead Lover's, I have reached the threshold level needed to pay the ten percent (10%) of gross sales as part of my rent only one or two times. I am not making sales sufficient at this time to be required to pay the ten percent (10%) of gross sales to Goodwind Development Corp.

5. I have been selling Chrome Hearts-branded jewelry since July or August of 2002, which I purchased directly from the

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

Chrome Hearts store in Los Angeles, California. I sell jewelry as part of an accessories store in the Micronesia Mall.

6. I have purchased Chrome Hearts counterfeit and design infringing products from the Nam Dae Moon Marketplace in Seoul, Korea. I purchased these items because I was ignorant about Chrome Hearts products and was unaware of the trademark and copyright issues relating to the Chrome Hearts products.

7. I have purchased over 600 designs in the Nam Dae Moon Marketplace and I am not sure which of them are counterfeit or design infringing products so I am unable to give additional information regarding how much was purchased of each type of item or how much profit was obtained as a result of sales of each type of item. I go to the Nam Dae Moon Marketplace and buy in bulk.

8. Since I purchased at the Nam Dae Moon Marketplace in Seoul, Korea with cash, I do not have any receipts regarding these products, nor do I have any cancelled checks evidencing purchase of these products.

9. All of The Bead Lover's inventory have Chrome Hearts-branded items was voluntarily surrendered to Chrome Hearts on April 19, 2003. I do not believe that I have any additional

//
//
//
//
//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

infringing items since they were turned over at the time of the service of the Complaint.

Further affiant sayeth naught.

DATED: 08. 05. , 2003

_____
KEUN KYUNG NO

**SUBSCRIBED AND SWORN** to before me this 8th day of May, 2003, by **KEUN KYUNG NO**.

_____
(official signature and seal of notary)

BARBARA MARIE Q. CRUZ
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: Jan. 05, 2005
1008 Pacific News Building, 238 Archbishop
F.C. Flores St., Hagatna, Guam 96910

A62\09810-01
G:\WORD97\OFFICE\WORDDOC\PLD\JGM\119-AFFIDAVIT RE SETTLEMENT (BEAD LOVER'S) RE CHROME HEARTS.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857