**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA. GUAM 96910
TELEPHONE 477-7857

Attorneys for *Plaintiff Chrome Hearts, Inc.*

```
                              FILED
               DISTRICT COURT OF GUAM

                   MAY 2 3 2003

               MARY L. M. MORAN
               CLERK OF COURT
```

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | ) CIVIL CASE NO. CV03-00012 |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| OLD TOWN, INC., dba GALLOP USA INDIAN | ) |
| ART & JEWELRY, THE BLACK BOX, and | ) |
| HIDY; EUN SOON AN; MYONG KI AN; YEO | ) |
| HOE KOO; WOOHYUN CORPORATION, dba | ) |
| MAUI DIVERS JEWELRY CENTER OF | ) |
| GUAM; DAVID K. PAK; KYONG MI PAK; | ) |
| WON KI PAK; GUAM PALM CORPORATION, | ) **ORDER RE APPLICATION OF** |
| dba HAWAIIAN SILVER; JOYEN RHEE; TAK | ) **PLAINTIFF TO HOLD COURT** |
| KUN RHEE; YOUNG MI HWANG; P & J | ) **PROCEEDINGS IN ABEYANCE AS** |
| CORPORATION, dba ALOHA JEWELRY 3; | ) **TO WOOHYUN CORPORATION** |
| JOUNG SOO SOH and SON SIM dba SILVER | ) **dba MAUI DIVERS JEWELRY** |
| DECO; SUN HUI PAK dba NEW YORK | ) **CENTER OF GUAM, DAVID K.** |
| COLLECTION; KUEN KYUNG NO dba THE | ) **PAK, KYONG MI PAK, WON KI** |
| BEAD LOVER'S; KYOUNG OK PARK dba | ) **PAK, AND P&J CORPORATION** |
| I COLLECTION; JUNG WOO NAM dba ALMA | ) **dba ALOHA JEWELRY 3** |
| SHOP; BONG SUN AHN dba HAPPY HAPPY | ) |
| GIFT SHOP; AESTHETIC APPAREL | ) |
| CORPORATION; WAI WAH CHAN; MAN | ) |
| LAM YAM; MAN YIN YAM; MI JA KIM | ) |
| dba ACCESSORY WORLD; SPAIN | ) |
| CORPORATION, dba DISCOUNT SHOP; | ) |
| HYUG CHANG KWON; MI OK PARK; MI EUN | ) |
| PARK; and, JOHN DOES 1 THROUGH 30, | ) |
| | ) |
| Defendants. | ) |

//

ORIGINAL

**ORDER RE APPLICATION OF PLAINTIFF TO HOLD COURT PROCEEDINGS IN ABEYANCE AS TO WOOHYUN CORPORATION dba MAUI DIVERS JEWELRY CENTER OF GUAM, DAVID K. PAK, KYONG MI PAK, WON KI PAK, AND P&J CORPORATION dba ALOHA JEWELRY 3**
**CIVIL CASE NO. CV03-00012**

Plaintiff, **CHROME HEARTS, INC.** (hereinafter "Chrome Hearts"), having sought to hold Court proceedings regarding certain Defendants in abeyance pending settlement negotiations, and good cause having been shown,

IT IS HEREBY ORDERED AND APPROVED that Court proceedings regarding **WOOHYUN CORPORATION dba MAUI DIVERS JEWELRY CENTER OF GUAM, DAVID K. PAK, KYONG MI PAK, WON KI PAK**, and **P&J CORPORATION, dba ALOHA JEWELRY 3** shall be held in abeyance ∧*until June 27, 2003 at 10:00am* while settlement negotiations are pursued, and until such time that Chrome Hearts files settlement documents, or a request for recommencement of Court proceedings against such Defendants.

APPROVED AND SO ORDERED ___*5/23/03*___.

_____
**HONORABLE JOHN S. UNPINGCO**
CHIEF JUDGE, DISTRICT COURT OF GUAM

*SUBMITTED BY:*

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Plaintiff Chrome Hearts, Inc.*

A62\09810-01\\G:\Word97\OFFICE\WORDDOC\PLD\JGM\120-ORDER RE APP TO HOLD COURT PROCEEDINGS IN ABEYANCE RE CHROMEHEARTS INC.doc

RECEIVED
MAY 23 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

2