DAVID W. HOPKINS, ESQ.
CESAR C. CABOT, ESQ.
LAW OFFICES OF CESAR C. CABOT, P.C.
825 South Marine Drive
Tamuning, Guam 96913
Telephone No.: (671) 646-2001
Facsimile No.: (671) 646-0777



Attorneys for Sun Hui Pak (nka Sun Hui P. Duenas)
dba New York Collection

## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| CHROME HEARTS, INC., | ) | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | ) | |
| v. | ) | **WAIVER OF RIGHT TO SHOW CAUSE** |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | ) | |
| Defendants. | ) | |

Page 1 of 6

ORIGINAL

COMES NOW Defendant Sun Hui Pak (nka Sun Hui Pak Duenas) dba New York Collection ("Mrs. Duenas"), through the Law Offices of Cesar C. Cabot, P.C., by David W. Hopkins, and waives her right to show cause why a preliminary injunction, pursuant to Rule 65, Fed.R.Civ.P., should not issue enjoining Mrs. Duenas, her agents, servants, employees, officers, and all persons in active concert and participation with her, pending the final hearing and determination of this action:

(1)  From using the CHROME HEARTS, CHROME HEARTS plus Scroll Design, CHROME HEARTS plus Horseshoe Design and CHROME HEARTS plus Dagger Design trademarks as shown on Chrome Hearts' U.S. Trademark Registrations including, among others: U.S. Registration No. 1,665,791 for the CHROME HEARTS® mark in International Classes 14, 18, 25 and 26; U.S. Registration No. 2,216,570 for the CHROME HEARTS plus the Scroll Design® mark in International Class 14; U.S. Registration No. 2,216,575 for the CHROME HEARTS plus the Horseshoe Design® mark in International Class 25; U.S. Registration No. 2,118,026 for the CHROME HEARTS plus the Scroll Design ® mark in International Classes 18 and 25; U.S. Registration No. 2,214,642 for the CHROME HEARTS plus the Dagger Design® mark in International Class 18 and U.S. Registration No. 2,214,641 for the CHROME HEARTS plus the Dagger Design® mark in International Class 25 (hereinafter collectively referred to as the "CHROME HEARTS Registrations") (photocopies of the CHROME HEARTS Registrations are annexed to and identified as exhibits to the Complaint, or any marks similar thereto in connection with the sale of any unauthorized goods or the rendering of any unauthorized services;

(2)  From displaying, possessing, receiving, manufacturing, assembling, distributing,

LAW OFFICES OF
CESAR C. CABOT, P.C.
Attorneys at Law
BankPacific Building, Second Floor • 825 South Marine Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777

Case 1:03-cv-00012    Document 51    Filed 05/29/2003    Page 2 of 6

LAW OFFICES OF
CESAR C. CABOT, P.C.
BankPacific Building, Second Floor • 825 South Marine Drive • Tamuning, Guam 96913
Telephone: (671) 646-2001 • Facsimile: (671) 646-0777
Attorneys at Law

advertising, promoting, returning, offering for sale or otherwise disposing of in any manner, holding for sale or selling any goods, labels, tags, logos, decals, heat transfers, silk screens, emblems, signs, and other forms of markings, any packaging, tissue paper, wrappers, pouches, containers and receptacles, and any catalogs, price lists, promotional materials and the like bearing a copy or colorable imitation of Plaintiff's CHROME HEARTS Marks;

(3)  From using any logo, trade name, or trademark which may be calculated to falsely represent or which has the effect of falsely representing that their services or products of Defendants are sponsored by, authorized by, or in any way associated with the Plaintiff;

(4)  From infringing Plaintiff's registered trademarks;

(5)  From otherwise unfairly competing with Plaintiff;

(6)  From falsely representing themselves as being connected with Plaintiff or sponsored by or associated with Plaintiff;

(7)  From using any reproduction, counterfeit, copy, or colorable imitation of the CHROME HEARTS Marks or any of Plaintiff's trademarks in connection with the publicity, promotion, sale, or advertising of goods sold by Defendants including, without limitation, jewelry, accessories and apparel bearing a copy or colorable imitation of Plaintiff's CHROME HEARTS Marks;

(8)  From affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent such goods as being those of Plaintiff and from offering such goods in commerce;

(9)  From using any trademark or trade name in connection with the sale of any goods

Page 3 of 6

which may be calculated to falsely represent such goods as being connected with, approved by or sponsored by Plaintiff;

(10) From destroying, altering, disposing of, moving, removing, concealing, tampering with or in any manner secreting any and all business records, including electronic computing devices, invoices, correspondence, books of account, receipts or other documentation relating or referring in any manner to the manufacture, advertising, receiving, acquisition, importation, purchase, sale or offer for sale, or distribution of any merchandise bearing the CHROME HEARTS Marks; and,

(11) From assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (1) through (10) above.

Because Mrs. Duenas was not a Defendant subject to the seizure authorized by the Seizure Order filed herein on April 18, 2003, Mrs. Duenas takes no position as to whether an order should be entered, pursuant to 15 U.S.C. § 1116(d)(10)(A) confirming the seizure authorized therein.

Respectfully submitted this 29st day of May, 2003.

LAW OFFICES OF CESAR C. CABOT, P.C.
Attorneys for Sun Hui Pak (nka Sun Hui P. Duenas)
dba New York Collection

By: _____
DAVID W. HOPKINS

//
//
//

**ACKNOWLEDGMENT**

I, SUN HUI PAK (nka Sun Hui Pak Duenas), have read the foregoing Waiver of Right to Show Cause, have knowledge of its contents, and executed the same this 29th day of May, 2003, as my free and voluntary act and deed for the use and purposes therein set forth.

_____
SUN HUI PAK nka SUN HUI PAK DUENAS

By: ADRIANO B. DUENAS, Attorney-In-Fact

GUAM            )
                (ss.:
CITY OF TAMUNING)

SUBSCRIBED AND SWORN to before me this 29th day of May, 2003.

_____
NOTARY PUBLIC            )SEAL(



WILLIAM N. CRUZ
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires Jan. 28, 2004
131 Salisbury St. Dededo, Guam 96912

Page 5 of 6

# CERTIFICATE OF SERVICE

I, DAVID W. HOPKINS, certify that on the 29th day of May, 2003, I caused the foregoing Waiver of Right to Show Cause to be served via hand delivery to the following individuals:

Jehan'ad G. Martinez, Esq.
KLEMM, BLAIR, STERLING & JOHNSON
Suite 1008, Pacific News Building
238 Archbishop Flores Street
Hagatna, Guam 96910

*[signature]*
DAVID W. HOPKINS

DWH:lq
P032969