**LUJAN & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

Attorneys for *Defendants Old Town, Inc. dba*
*Gallop USA Indian Art & Jewelry, The Black Box,*
*and Hidy; Eun Soon An; Myong Ki An; and Yeo*
*Hoe Koo*

FILED
DISTRICT COURT OF GUAM

MAY 2 9 2003 nbc

MARY L. M. MORAN
CLERK OF COURT

52

## DISTRICT COURT OF GUAM

CHROME HEARTS, INC.,

          Plaintiff,

-vs-

OLD TOWN, INC. dba GALLOP USA
INDIAN ART & JEWELRY, THE BLACK
BOX, and Hidy; EUN SOON AN;
MYONG KI AN; YEO HOE KOO;
WOOHYUN CORPORATION, dba MAUI
DIVERS JEWELRY CENTER OF GUAM;
DAVID K. PAK; KYON MI PAK; WON
KI PAK; GUAM PALM CORPORATION,
dba HAWAIIAN SILVER; JOYEN RHEE;
TAK KUN RHEE; YOUNG MI HWANG;
P & J CORPORATION, dba ALOHA
JEWELRY 3; JOUNG SOO SOH and SON
SIM dba SILVER DECO; SUN HUI PAK
dba NEW YORK COLLECTION; KUEN
KYUNG NO dba THE BEAD LOVER'S;
KYOUNG OK PARK dba I
COLLECTION; JUNG WOO NAM dba
ALMA GIFT SHOP; AESTHETIC
APPAREL CORPORATION; WAI WAH
CHAN; MAN LAM YAM; MAN YIN
YAM; MI JA KIM dba ACCESSORY
WORLD; SPAIN CORPORATION, dba
DISCOUNT SHOP; HYUG CHANG
KWON; MI OK PARK; MI EUN PARK;
and, JOHN DOES 1 THROUGH 30,

          Defendants.

CIVIL CASE NO. CV03-00012

**ANSWER OF OLD TOWN, INC. DBA
GALLOP USA INDIAN ART & JEWELRY,
THE BLACK BOX, AND HIDY; EUN SOON
AN; MYONG KI AN; AND YEO HOE KOO
TO COMPLAINT**

**JURY TRIAL DEMANDED**

**ORIGINAL**

1  Defendants Old Town, Inc. dba Gallop USA Indian Art & Jewelry, The Black Box, and

2  Hidy; Eun Soon An; Myong Ki An; and Yeo Hoe Koo (referred to together below as "the Old

3  Town Defendants") hereby respond to the Complaint as follows:

4      1.    The Old Town Defendants lack sufficient knowledge or information and belief to

5  admit or deny the allegations of Paragraph 1 of the Complaint and on that basis deny the

6  allegations.

7      2(a).    The Old Town Defendants admit that Old Town, Inc. is a corporation organized

8  and existing under the laws of Guam; that Old Town, Inc. is doing business as Gallop USA Indian

9  Art & Jewelry, The Black Box, and Hidy, having offices and places of business at the Micronesia

10  Mall, Dededo, Guam; and that Old Town, Inc. is subject to the jurisdiction of this Court. The Old

11  Town Defendants deny the remaining allegations of Paragraph 2(a) of the Complaint.

12      2(b).    The Old Town Defendants admit that Eun Soon An is an individual having offices

13  and places of business at the Micronesia Mall, Dededo, Guam, and a residence address of 138 N.

14  Hasmin Ct., Dededo, Guam; and that Eun Soon An is subject to the jurisdiction of this Court.

15  The Old Town Defendants deny the remaining allegations of Paragraph 2(b) of the Complaint.

16      2(c).    The Old Town Defendants admit that Myong Ki An is an individual having offices

17  and places of business at the Micronesia Mall, Dededo, Guam, and a residence address of 138 N.

18  Hasmin Ct., Dededo, Guam; and that Myong Ki An is subject to the jurisdiction of this Court.

19  The Old Town Defendants deny the remaining allegations of Paragraph 2(c) of the Complaint.

20      2(d).    The Old Town Defendants admit that Yeo Hoe Koo is an individual having offices

21  and places of business at the Micronesia Mall, Dededo, Guam, and a residence address of F-31

22  Guahan Condo, Toto, Guam; and that Yeo Hoe Koo is subject to the jurisdiction of this Court.

23  The Old Town Defendants deny the remaining allegations of Paragraph 2(d) of the Complaint.

24      3(a).    The Old Town Defendants lack sufficient knowledge or information and belief to

25  admit or deny the allegations of Paragraph 3(a) of the Complaint and on that basis deny the

26  allegations.

27

28

2

1       3(b).     The Old Town Defendants lack sufficient knowledge or information and belief to

2 admit or deny the allegations of Paragraph 3(b) of the Complaint and on that basis deny the

3 allegations.

4       3(c).     The Old Town Defendants lack sufficient knowledge or information and belief to

5 admit or deny the allegations of Paragraph 3(c) of the Complaint and on that basis deny the

6 allegations.

7       3(d).     The Old Town Defendants lack sufficient knowledge or information and belief to

8 admit or deny the allegations of Paragraph 3(d) of the Complaint and on that basis deny the

9 allegations.

10       4(a).     The Old Town Defendants lack sufficient knowledge or information and belief to

11 admit or deny the allegations of Paragraph 4(a) of the Complaint and on that basis deny the

12 allegations.

13       4(b).     The Old Town Defendants lack sufficient knowledge or information and belief to

14 admit or deny the allegations of Paragraph 4(b) of the Complaint and on that basis deny the

15 allegations.

16       4(c).     The Old Town Defendants lack sufficient knowledge or information and belief to

17 admit or deny the allegations of Paragraph 4(c) of the Complaint and on that basis deny the

18 allegations.

19       4(d).     The Old Town Defendants lack sufficient knowledge or information and belief to

20 admit or deny the allegations of Paragraph 4(d) of the Complaint and on that basis deny the

21 allegations.

22       5(a).     The Old Town Defendants lack sufficient knowledge or information and belief to

23 admit or deny the allegations of Paragraph 5(a) of the Complaint and on that basis deny the

24 allegations.

25       5(b).     The Old Town Defendants lack sufficient knowledge or information and belief to

26 admit or deny the allegations of Paragraph 5(b) of the Complaint and on that basis deny the

27 allegations.

28

3

1    5(c).    The Old Town Defendants lack sufficient knowledge or information and belief to

2    admit or deny the allegations of Paragraph 5(c) of the Complaint and on that basis deny the

3    allegations.

4    5(d).    The Old Town Defendants lack sufficient knowledge or information and belief to

5    admit or deny the allegations of Paragraph 5(d) of the Complaint and on that basis deny the

6    allegations.

7    6.    The Old Town Defendants lack sufficient knowledge or information and belief to

8    admit or deny the allegations of Paragraph 6 of the Complaint and on that basis deny the

9    allegations.

10    7.    The Old Town Defendants lack sufficient knowledge or information and belief to

11    admit or deny the allegations of Paragraph 7 of the Complaint and on that basis deny the

12    allegations.

13    8.    The Old Town Defendants lack sufficient knowledge or information and belief to

14    admit or deny the allegations of Paragraph 8 of the Complaint and on that basis deny the

15    allegations.

16    9.    The Old Town Defendants lack sufficient knowledge or information and belief to

17    admit or deny the allegations of Paragraph 9 of the Complaint and on that basis deny the

18    allegations.

19    10.    The Old Town Defendants lack sufficient knowledge or information and belief to

20    admit or deny the allegations of Paragraph 10 of the Complaint and on that basis deny the

21    allegations.

22    11.    The Old Town Defendants lack sufficient knowledge or information and belief to

23    admit or deny the allegations of Paragraph 11 of the Complaint and on that basis deny the

24    allegations.

25    12(a).    The Old Town Defendants lack sufficient knowledge or information and belief to

26    admit or deny the allegations of Paragraph 12(a) of the Complaint and on that basis deny the

27    allegations.

28

4

1    12(b). The Old Town Defendants lack sufficient knowledge or information and belief to
2    admit or deny the allegations of Paragraph 12(b) of the Complaint and on that basis deny the
3    allegations.

4    12(c). The Old Town Defendants lack sufficient knowledge or information and belief to
5    admit or deny the allegations of Paragraph 12(c) of the Complaint and on that basis deny the
6    allegations.

7    12(d). The Old Town Defendants lack sufficient knowledge or information and belief to
8    admit or deny the allegations of Paragraph 12(d) of the Complaint and on that basis deny the
9    allegations.

10    13.    The Old Town Defendants lack sufficient knowledge or information and belief to
11    admit or deny the allegations of Paragraph 13 of the Complaint and on that basis deny the
12    allegations.

13    14(a). The Old Town Defendants lack sufficient knowledge or information and belief to
14    admit or deny the allegations of Paragraph 14(a) of the Complaint and on that basis deny the
15    allegations.

16    14(b). The Old Town Defendants lack sufficient knowledge or information and belief to
17    admit or deny the allegations of Paragraph 14(b) of the Complaint and on that basis deny the
18    allegations.

19    14(c). The Old Town Defendants lack sufficient knowledge or information and belief to
20    admit or deny the allegations of Paragraph 14(c) of the Complaint and on that basis deny the
21    allegations.

22    14(d). The Old Town Defendants lack sufficient knowledge or information and belief to
23    admit or deny the allegations of Paragraph 14(d) of the Complaint and on that basis deny the
24    allegations.

25    15.    The Old Town Defendants lack sufficient knowledge or information and belief to
26    admit or deny the allegations of Paragraph 15 of the Complaint and on that basis deny the
27    allegations.

28

5

16.     The Old Town Defendants admit that the Plaintiff's claims arise under the Copyright Laws of the United States, the Federal Trademark Act of 1946, and the Lanham Act. The Old Town Defendants deny the remaining allegations of Paragraph 16 of the Complaint.

17.     The Old Town Defendants deny the allegations of Paragraph 17 of the Complaint.

18.     The Old Town Defendants admit that venue is proper in this district. The Old Town Defendants deny the remaining allegations of Paragraph 18 of the Complaint.

19.     The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 19 of the Complaint and on that basis deny the allegations.

20.     The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 20 of the Complaint and on that basis deny the allegations.

21.     The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 21 of the Complaint and on that basis deny the allegations.

22.     The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 22 of the Complaint and on that basis deny the allegations.

23.     The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 23 of the Complaint and on that basis deny the allegations.

24.     The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 24 of the Complaint and on that basis deny the allegations.

25.     The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 25 of the Complaint and on that basis deny the allegations.

26. The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 26 of the Complaint and on that basis deny the allegations.

27. The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 27 of the Complaint and on that basis deny the allegations.

28. The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 28 of the Complaint and on that basis deny the allegations.

29. The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 29 of the Complaint and on that basis deny the allegations.

30. The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 30 of the Complaint and on that basis deny the allegations.

31. The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations of Paragraph 31 of the Complaint and on that basis deny the allegations.

32. The Old Town Defendants repeat and hereby incorporate their responses to Paragraphs 1 through 31 above.

33. The Old Town Defendants lack sufficient knowledge or information and belief to admit or deny the allegations that Plaintiff is the owner of the "Copyrighted Works," identified as such in the Complaint, and is entitled to exclusively use these designs without the unauthorized use by third parties, and on that basis they deny the allegations. The Old Town Defendants deny the remaining allegations of Paragraph 33 of the Complaint.

34. The Old Town Defendants deny the allegations of Paragraph 34 of the Complaint.

35. The Old Town Defendants deny the allegations of Paragraph 35 of the Complaint.

36. The Old Town Defendants deny the allegations of Paragraph 36 of the Complaint.

7

1     37.    The Old Town Defendants deny the allegations of Paragraph 37 of the Complaint.

2     38.    The Old Town Defendants lack sufficient information and belief to admit or deny

3    the allegations of Paragraph 38of the Complaint and on that basis deny the allegations.

4     39.    The Old Town Defendants repeat and hereby incorporate their responses to

5    Paragraphs 1 through 31 and 33 through 37 above.

6     40.    The Old Town Defendants admit that Plaintiff's claim arises under the Trademark

7    Act of 1946. The Old Town Defendants deny the remaining allegations of Paragraph 40 of the

8    Complaint.

9     41.    The Old Town Defendants deny the allegations of Paragraph 41 of the Complaint.

10     42.    The Old Town Defendants deny the allegations of Paragraph 42 of the Complaint.

11     43.    The Old Town Defendants deny the allegations of Paragraph 43 of the Complaint.

12     44.    The Old Town Defendants lack sufficient knowledge or information and belief to

13    admit or deny the allegations of Paragraph 44 of the Complaint and on that basis deny the

14    allegations.

15     45.    The Old Town Defendants deny the allegations of Paragraph 45 of the Complaint.

16     46.    The Old Town Defendants deny the allegations of Paragraph 46 of the Complaint.

17     47.    The Old Town Defendants lack sufficient knowledge or information and belief to

18    admit or deny the allegations of Paragraph 47 of the Complaint and on that basis deny the

19    allegations.

20     48.    The Old Town Defendants repeat and hereby incorporate their responses to

21    Paragraphs 1 through 31, 33 through 37, and 34 through 45 above.

22     49.    The Old Town Defendants admit that Plaintiff's claim arises under the Trademark

23    Act of 1946. The Old Town Defendants deny the remaining allegations of Paragraph 49 of the

24    Complaint.

25     50.    The Old Town Defendants lack sufficient knowledge or information and belief to

26    admit or deny the allegations of Paragraph 50 of the Complaint and on that basis deny the

27    allegations.

28

8

1      51.    The Old Town Defendants lack sufficient knowledge or information and belief to

2 admit or deny the allegations of Paragraph 51 of the Complaint and on that basis deny the

3 allegations.

4      52.    The Old Town Defendants lack sufficient knowledge or information and belief to

5 admit or deny the allegations of Paragraph 52 of the Complaint and on that basis deny the

6 allegations.

7      53.    The Old Town Defendants deny the allegations of Paragraph 53 of the Complaint.

8      54.    The Old Town Defendants deny the allegations of Paragraph 54 of the Complaint.

9      55.    The Old Town Defendants deny the allegations of Paragraph 55 of the Complaint.

10      56.    The Old Town Defendants lack sufficient knowledge or information and belief to

11 admit or deny the allegations of Paragraph 56 of the Complaint and on that basis deny the

12 allegations.

13      57.    The Old Town Defendants deny Plaintiff's charges of dilution. The Old Town

14 Defendants repeat and hereby incorporate their responses to Paragraphs 1 through 31, 33 through

15 37, 34 through 45, 47 through 54, and 56 above.

16      58.    The Old Town Defendants deny that their alleged infringing activities have been

17 and are being committed willfully. The Old Town Defendants lack sufficient knowledge or

18 information and belief to admit or deny the remaining allegations of Paragraph 58 of the

19 Complaint and on that basis deny the allegations.

20      59.    The Old Town Defendants deny Plaintiff's charges of common law unfair

21 competition under the laws of Guam. The Old Town Defendants repeat and hereby incorporate

22 their responses to Paragraphs 1 through 36, 39 through 45, and 48 above.

23      60.    The Old Town Defendants deny the allegations of Paragraph 60 of the Complaint.

24      61.    The Old Town Defendants deny the allegations of Paragraph 61 of the Complaint.

25      62.    The Old Town Defendants deny the allegations of Paragraph 62 of the Complaint.

26      63.    The Old Town Defendants lack sufficient knowledge or information and belief to

27 admit or deny the allegations of Paragraph 63 of the Complaint and on that basis deny the

28 allegations.

9

**<u>AFFIRMATIVE DEFENSES</u>**

FIRST AFFIRMATIVE DEFENSE

1.    The Complaint fails to state a claim upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

2.    Plaintiff has failed to join indispensable parties.

THIRD AFFIRMATIVE DEFENSE

3.    Plaintiff's claims are barred by the doctrine of unclean hands

FOURTH AFFIRMATIVE DEFENSE

4.    Plaintiff's claims are barred because it cannot establish that Defendants' products are incapable of substantial non-infringing uses.

FIFTH AFFIRMATIVE DEFENSE

5.    Plaintiff's claims are barred by license, consent, acquiescence, waiver, and estoppel.

SIXTH AFFIRMATIVE DEFENSE

6.    Plaintiff's claims are barred by the doctrine of the privilege of competition.

SEVENTH AFFIRMATIVE DEFENSE

7.    Plaintiff's claims are barred by the doctrine of fair use.

EIGHTH AFFIRMATIVE DEFENSE

8.    Plaintiff's claims are barred for lack of subject matter jurisdiction to the extent Plaintiff lacks valid registrations of copyrights and trademarks in the Complaint.

NINTH AFFIRMATIVE DEFENSE

9.    Plaintiff's claims are barred to the extent they have caused fraud upon the United States Copyright Office and United States Patent and Trademark Office.

TENTH AFFIRMATIVE DEFENSE

10.    Plaintiff's claims are barred to the extent they have forfeited or abandoned copyright and trademark.

ELEVENTH AFFIRMATIVE DEFENSE

11.     Plaintiff's claims are barred because of deceptive and misleading advertising in connection with distribution of the copyrighted works.

TWELFTH AFFIRMATIVE DEFENSE

12.     Plaintiff's claims are barred to the extent any persons, based on whose behavior Plaintiff seeks to hold Defendants liable, are innocent infringers.

THIRTEENTH AFFIRMATIVE DEFENSE

13.     Plaintiff's claims are barred because they are preempted by patent law.

FOURTEENTH AFFIRMATIVE DEFENSE

14.     Plaintiff's claims are barred to the extent it lacks standing to assert claims for each claimed copyright and trademark.

FIFTEENTH AFFIRMATIVE DEFENSE

15.     Plaintiff's claims are barred by the applicable statutes of limitation.

SIXTEENTH AFFIRMATIVE DEFENSE

16.     Factors other than Defendants' alleged wrongful conduct caused some or all of Plaintiff's alleged damages.

SEVENTEENTH AFFIRMATIVE DEFENSE

17.     Plaintiff's claims are barred by the doctrine of laches.

EIGHTEENTH AFFIRMATIVE DEFENSE

18.     Plaintiff did not exercise due care and did not act reasonably to protect itself or to mitigate any damages that it may have sustained by reason of Defendants' alleged wrongful conduct.

**PRAYER FOR RELIEF**

WHEREFORE, the Old Town Defendants pray for judgment as follows:

A.      That the Complaint be dismissed with prejudice;

B.      That Plaintiff take nothing in this action;

C.      That the Old Town Defendants be awarded their costs and attorneys' fees with respect to this action; and

11

D.     For other relief as the Court may deem to be just and proper.

Respectfully submitted this 29th day of May, 2003.

LUJAN & PEREZ LLP

By: _____
        DAVID J. LUJAN, ESQ.

Attorneys for Defendants Old Town, Inc. dba Gallop
USA Indian Art & Jewelry, The Black Box, and
Hidy; Eun Soon An; Myong Ki An; and Yeo Hoe
Koo

12