KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
JUN - 9 2003
MARY L. M. MORAN
CLERK OF COURT

56

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br><br><br> **AFFIDAVIT OF AHN BONG SUN LIM DBA HAPPY HAPPY GIFT SHOP** |

//

ISLAND OF GUAM    )
                  ) SS:
CITY OF HAGÅTÑA   )

AHN BONG SUN LIM, being duly sworn upon oath, deposes and says:

1. I am an individual over the age of eighteen years and am authorized to make this affidavit. I am competent to testify to the facts contained herein based on personal knowledge, except where noted upon information and belief.

2. My date of birth is July 15, 1962. My social security number is 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. I live in Tamuning, Guam. My mailing address is P.O. Box 10876, Tamuning, Guam 96931.

3. I am the sole proprietor of Happy Happy Gift Shop, located in the JDK Building, Tumon, Guam.

4. My landlord for Happy Happy Gift Shop is JDK Corporation, also known as Aloha Development Corporation. My lease is not a percentage lease. I do not pay as rent any percentage of my sales.

5. I started selling Chrome Hearts-branded jewelry in about April of 2002. I added the jewelry to my product line when I learned of its popularity with Japanese tourists.

6. I bought my Chrome Hearts branded items from several different vendors in the Nam Dae Moon section of Seoul, Korea. I assumed the items were manufactured in Korea; I did not think there was anything necessarily wrong with their having been made in Korea. I estimate I spent approximately $9,000, all in cash,

- 2 -

buying the Chrome Hearts branded items. I estimate that my sales of Chrome Hearts-branded items amounted to about $20,000. All of my Chrome Hearts branded items were ordered off my store shelves on April 19, 2003, and I have since turned them over to my attorney. I have no such Chrome Hearts-branded inventory remaining.

Further affiant sayeth naught.

DATED: MAY 22, 2003

_____
AHN BONG SUN LIM

**SUBSCRIBED AND SWORN** to before me this 22nd day of May, 2003, by **AHN BONG SUN LIM**.

_____
(official signature and seal of notary)

WILLIAM C. BISCHOFF
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Sept. 25, 2006
414 W. Soledad Ave., G.C.I.C Bldg. Ste. 501C
Hagatna, Guam 96910

A62\09810-01
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\PLD\JGM\119D-AFFIDAVIT RE SETTLEMENT (HAPPY HAPPY GIF SHOP) RE CHROME HEARTS.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857