**LUJAN & PEREZ LLP**
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Old Town, Inc.*

FILED
DISTRICT COURT OF GUAM
JUN 13 2003
MARY L. M. MORAN
CLERK OF COURT

57

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> -vs- <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA HEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAM; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORL; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br> **STIPULATION AND ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING** |

//

IT IS HEREBY STIPULATED that the June 13, 2003 Order to Show Cause hearing be rescheduled to a date and time three (3) weeks hence, or as soon thereafter as the Court's schedule permits.

IT IS HEREBY FURTHER STIPULATED that the temporary orders remain in effect until the next Order to Show Cause hearing.

**LUJAN & PEREZ LLP**

Date: June 12, 2003

By: _____
ANTHONY C. PEREZ

Attorneys for Defendant

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

Date: June 12, 2003

By: _____
JEHAN'AD G. MARTINEZ

Attorneys for Plaintiff

The Order to Show Cause hearing is hereby moved to July 8, 2003 at 2:00 p.m.

SO ORDERED this ___13th___ day of June, 2003.

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

RECEIVED
JUN 1 3 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM