KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
JUN 19 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **JOINT DECLARATION REGARDING IDENTITY** |
| Defendants. | |

//

COME NOW the parties hereto through their respective attorneys of record and herein file this Joint Declaration regarding the identity of Ahn Bong Sun Lim, dba Happy Happy Gift Shop.

Bong Sun Ahn, dba Happy Happy Gift Shop, is the identity under which Ms. Ahn was sued, based upon records at the Department of Revenue & Taxation, General Licensing Branch, Tiyan, Guam. Ahn Bong Sun Lim, dba Happy Happy Gift Shop filed her Affidavit in Support of the settlement agreement in this matter. Ms. Ahn and Ms. Lim are the same people. The confusion arises out of the fact that Korean characters are translated into English by phonetics. Consequently, the names are often times spelled differently depending upon who it is that is translating it. Furthermore, there is sometimes confusion in the U.S. system as to which name is the first, and which name is the last.

The parties here, however, declare that Bong Sun Ahn and Ahn Bong Sun Lim, dba Happy Happy Gift Shop are one in the same.

Further affiant sayeth naught.

We declare under penalty of perjury that the foregoing is true and correct.

_____
JEHAN'AD G. MARTINEZ
DATED: JUNE 19, 2003

_____
WILLIAM C. BISCHOFF
DATED: JUNE 19, 2003

A62\09810-01
J:\Word97\OFFICE\WORDDOC\PLD\JGM\124-JOINT DECLARATION RE IDENTITY RE CHROME HEARTS.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857