1    **KLEMM, BLAIR, STERLING & JOHNSON**
     A PROFESSIONAL CORPORATION
2    1008 PACIFIC NEWS BUILDING
     238 ARCHBISHOP F.C. FLORES STREET
3    HAGÅTÑA, GUAM 96910
     TELEPHONE 477-7857
4

5    Attorneys for    *Plaintiff Chrome Hearts, Inc.*

**FILED**
DISTRICT COURT OF GUAM

JUN 3 0 2003

MARY L. M. MORAN
CLERK OF COURT

6

7

8                        **DISTRICT COURT OF GUAM**

9

10   CHROME HEARTS, INC.,                     )    CIVIL CASE NO. CV03-00012
                                              )
11                      Plaintiff,            )
                                              )
12             vs.                            )
                                              )
13   OLD TOWN, INC., dba GALLOP USA INDIAN    )
     ART & JEWELRY, THE BLACK BOX, and        )
14   HIDY; EUN SOON AN; MYONG KI AN; YEO      )
     HOE KOO; WOOHYUN CORPORATION, dba        )
15   MAUI DIVERS JEWELRY CENTER OF GUAM;      )
     DAVID K. PAK; KYONG MI PAK; WON KI       )
16   PAK; GUAM PALM CORPORATION, dba          )
     HAWAIIAN SILVER; JOYEN RHEE; TAK KUN     )
17   RHEE; YOUNG MI HWANG; P & J              )
     CORPORATION, dba ALOHA JEWELRY 3;        )    **STIPULATION AND ORDER TO**
18   JOUNG SOO SOH and SON SIM dba SILVER     )    **CONTINUE ORDER TO SHOW**
     DECO; SUN HUI PAK dba NEW YORK           )    **CAUSE HEARING**
19   COLLECTION; KUEN KYUNG NO dba THE        )
     BEAD LOVER'S; KYOUNG OK PARK dba         )
20   I COLLECTION; JUNG WOO NAM dba ALMA      )
     SHOP; BONG SUN AHN dba HAPPY HAPPY       )
21   GIFT SHOP; AESTHETIC APPAREL             )
     CORPORATION; WAI WAH CHAN; MAN LAM       )
22   YAM; MAN YIN YAM; MI JA KIM              )
     dba ACCESSORY WORLD; SPAIN               )
23   CORPORATION, dba DISCOUNT SHOP;  HYUG    )
     CHANG KWON; MI OK PARK; MI EUN PARK;     )
24   and, JOHN DOES 1 THROUGH 30,             )
                                              )
25                      Defendants.           )
26   ─────────────────────────────────────────

27

28   //

**ORIGINAL**

IT IS HEREBY STIPULATED by Plaintiff CHROME HEARTS, INC. (hereinafter "Chrome Hearts") and Defendants WOOHYUN CORPORATION dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK, and P & J CORPORATION dba ALOHA JEWELRY 3, through their respective attorneys of record, for the named parties only, that the June 27, 2003 Order to Show Cause hearing to confirm the seizures be rescheduled to a date and time three (3) weeks hence, or as soon thereafter as the Court's schedule permits.

THE VAN DE VELD LAW OFFICES, PC

DATE: JUNE 26 , 2003          BY:

CURTIS VAN DE VELD
*Attorneys for Defendants Woohyun Corporation dba Maui Divers Jewelry Center of Guam; David K. Pak; Kyong Mi Pak; Won Ki Pak, and P & J Corporation dba Aloha Jewelry 3*

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATE: JUNE 26 , 2003          BY:

JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff Chrome Hearts, Inc.*

# ORDER

APPROVED AND SO ORDERED that an Order to Show Cause hearing on the seizures is rescheduled from June 27, 2003 to July 18 , 2003 at 10:00 o'clock a .m.

RECEIVED
JUN 27 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

A62\03810-01
\\PNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\126-STIP & ORDER TO CONTINUE OSC HRG RE WOOHYUN ET AL.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 2 -
Case 1:03-cv-00012     Document 60     Filed 06/30/2003     Page 2 of 2