KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

FILED
DISTRICT COURT OF GUAM
JUL 11 2003
MARY L. M. MORAN
CLERK OF COURT



Attorneys for   *Plaintiff Chrome Hearts, Inc.*

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **NOTICE OF FILING** |
| Defendants. | |

//

ORIGINAL

**COMES NOW**, Plaintiff **CHROME HEARTS, INC.** and submits hereto a true and correct copy of an Affidavit executed by David K. Pak, President of Woohyun Corporation dba Maui Divers Jewelry Center of Guam.

**DATED** this 11th day of July, 2003.

                                      **KLEMM, BLAIR, STERLING & JOHNSON**
                                      A PROFESSIONAL CORPORATION

                             BY: _____
                                    **JEHAN'AD G. MARTINEZ**
                                  *Attorneys for Plaintiff Chrome Hearts, Inc.*

**ATTACHMENT**

A62\09810-01
J:\WORD97\OFFICE\WORDDOC\PLD\JGM\128-NTC OF FILING OF AFFIDAVIT RE CH V WOOHYUN CORP ET AL.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 2 -

GUAM, U.S.A.       )
                   ) ss:
HAGÅTÑA            )


       **DAVID PAK**, being duly sworn upon oath, deposes and says:

       1. I am an individual over the age of eighteen years and am authorized to make this affidavit. I am competent to testify to the facts contained herein based on personal knowledge except where noted to upon information and belief.

       2. I am the **President** of **Woohyun Corp.** which owns and operates the **Maui Diver's Jewelry Center of Guam** shop in the **Guam Premium Outlet**, located **at Tamuning**, Guam.

       3. My date of birth, social security number, home address and phone numbers are: DOB April 14, 1963; SSN 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; #306 Alupang Beach Tower, Tamuning, Guam (671) 646-6265.

       4. The landlord for **the Guam Premium Outlet** is **Pacific International Corporation**.

       5. **Woohyun Corporation** started selling Chrome Hearts-branded jewelry in its shop in **December, 1999**. I added jewelry to the product line **when I learned of its popularity with Japanese tourist**.

       6. I bought Chrome Hearts-branded items from **Guitar Arts & Silver Co., Ltd.** since **December, 1999.**

       7. I understood from **Guitar Hearts & Silver Co.** that they manufacture the Chrome Hearts branded items.

       8. I estimate the **Woohyun Corporation** bought approximately $30,000 of Chrome Hearts-branded items from **Guitar Hearts & Silver Co.** I have reviewed the records of **Woohyun Corp.** for invoices and receipts for Chrome Hearts-branded items bought from **Guitar Hearts & Silver Co.** and found the receipts attached as Exhibit 1.

       9. **Woohyun Corp.** used to pay cash for the items in Exhibit 1.

       10. I estimate the sales of Chrome Hearts-branded items the **Woohyun Corp.** purchased from **Guitar Arts & Silver Co., Ltd.** resulted in $60,000 of sales by **Woohyun Corp.**

       11. All of **Woohyun Corp.'s** inventory of Chrome Hearts-branded items was seized on **April 19, 2003**; there is no remaining inventory.

12. I also purchased jewelry from **Go Bangkok**, located on **Bangkok 10330 Thailand** some of which looked like Chrome Hearts items but did not have any Chrome Hearts trademarks. I have reviewed **Woohyun Corp.'s** records for invoices and receipts from **Go Bangkok** for those items of jewelry, and the only receipt I found that might be from **Go Bangkok** is attached as Exhibit 3. A few of the items on Exhibit 3 are items that were similar to Chrome Hearts items.

13. I estimate that **Wooyhun Corp.** bought approximately $10,000 of such Chrome Hearts look-a like items from **Go Bangkok** and sold them for approximately $20,000.

Further affiant sayeth naught.

DATED: 5/30/03 _____ 2003

**DAVID PAK**

**SUBSCRIBED AND SWORN** to before me this 30th day of May, 2003, by **DAVID PAK**.

_Victoria S. Quichocho_
(official signature and seal of notary)

VICTORIA S. QUICHOCHO
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Feb. 25, 2006
P.O. Box 23498 Barrigada, Guam 96921

CCV/gprr
DPAK/CV0011498