LUJAN & PEREZ L LP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Old Town, Inc.*

FILED
DISTRICT COURT OF GUAM
JUL 14 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| -vs- | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA HEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAM; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORL; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | |
| Defendants. | |

**ORIGINAL**

Chrome Hearts, Inc. v. Old Town, Inc. et al.
Civil Case No. CV03-00012
STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE
Page 2

**IT IS HEREBY STIPULATED** that the July 15, 2003 Scheduling Conference hearing be rescheduled to a date and time three (3) weeks hence, or as soon thereafter as the Court's schedule permits.

**IT IS HEREBY FURTHER STIPULATED** that the temporary orders remain in effect until the next Scheduling Conference hearing.

The Scheduling Conference will be held on _August 5, 2003 at 2:00 pm_

**LUJAN & PEREZ LLP**

By: _____
ANTHONY C. PEREZ
Attorneys for Defendant

Date: July 11, 2003

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

By: _____
JEHAN'AD G. MARTINEZ
Attorneys for Plaintiff

Date: July 11, 2003

SO ORDERED this _14th_ day of July, 2003.

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

RECEIVED
JUL 1 3 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM