KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
JUL 14 2003
MARY L. M. MORAN
CLERK OF COURT

64

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br> **AFFIDAVIT OF HYUG CHANG KWON AND MI OK PARK** |

//

ORIGINAL

ISLAND OF GUAM     )
                   ) SS:
CITY OF HAGÅTÑA    )

**HYUG CHANG KWON** and **MI OK PARK**, being duly sworn upon oath, depose and say:

1. We each are individuals over the age of eighteen years and authorized to make this affidavit. We each are competent to testify to the facts contained herein based on personal knowledge, except where noted upon information and belief.

2. Our address is P.O. Box 26342, GMF, Guam 96921. We live at 50-B Sunrise Apartments, Tamuning, Guam.

3. We are husband and wife. We own over 99% of the shares of Spain Corporation. Mi Eun Park owns less than 1% of the shares of Spain Corporation, and she had no personal involvement in the operation of the Discount Shop, and the Chrome Hearts-branded items that are the subject of this lawsuit.

4. Through Spain Corporation, we are the operators of the Discount Shop, located in the Carl Rose Tumon Plaza, Tumon, Guam, roughly across the street from the PIC Hotel.

5. Our landlord for the Discount Shop is Carl Rose, Inc., a Guam corporation. The lease for the premises is dated August 6, 2002, and is in the name of Spain Corporation. Spain Corporation's lease is not a percentage lease. Spain Corporation does not pay as rent any percentage of its sales.

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

6. Spain Corporation took over the store premises in August of 2002, from a woman named Lee Myoung Ok. The Chrome Hearts-branded items that are the subject of this lawsuit were part of the inventory that we acquired when Spain Corporation took over the store. We, neither personally nor as representatives of Spain Corporation, ever bought any of the Chrome Hearts-branded items ourselves. The jewelry was popular with Japanese tourists.

7. We have made approximately $3,500 worth of sales of counterfeit and design infringing Chrome Hearts products. We have no further Chrome Hearts-branded products in stock.

Further affiant sayeth naught.

DATED: MAY 30, 2003

_____
**HYUG CHANG KWON**

DATED: MAY 30, 2003

_____
**MI OK PARK**

SUBSCRIBED AND SWORN to before me this 30T day of May, 2003, by **HYUG CHANG KWON** and **MI OK PARK**.

_____
(official signature and seal of notary)

WILLIAM C. BISCHOFF
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Sept. 25, 2006
414 W. Soledad Ave., G.C.I.C Bldg. Ste. 501C
Hagatna, Guam 96910

A62\C9810-01
G:\WORD97\OFFICE\WORDDOC\PLD\JGM\119E-AFFIDAVIT RE SETTLEMENT (SPAIN CORP DBA DISCOUNT SHOP) RE CHROME HEARTS.DOC

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 3 -

Case 1:03-cv-00012   Document 64   Filed 07/14/2003   Page 3 of 3