KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
Telephone 477-7857

By **JEHAN'AD G. MARTINEZ**

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
JUL 14 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **AFFIDAVIT OF SUN HUI PAK DBA NEW YORK COLLECTION** |

//

ORIGINAL

ISLAND OF GUAM    )
                  ) SS:
CITY OF HAGÅTÑA   )

**SUN HUI PAK**, being duly sworn upon oath, deposes and says:

1. I am an individual over the age of eighteen years and am authorized to make this affidavit. I am competent to testify to the facts contained herein based on personal knowledge except where noted to be upon information and belief.

2. I was the former owner and sole proprietor doing business as New York Collection at Unit 101 Park Arcade, located in Tumon, Guam.

3. My date of date of birth, social security number, home address and phone numbers are: DOB July 16, 1960; SSN 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; 304R Taitano Street, Harmon, Guam, telephone 649-2102.

4. The landlord for New York Collection is Jin Dong Chung located at Star Gun Club, Park Arcade Building, Tumon. New York Collection's lease is not a percentage lease. New York Collection does not pay as rent any percentage of its sales.

3. I have not sold genuine Chrome Hearts jewelry. I began selling what I believed to be genuine Chrome Hearts jewelry in approximately March, 2003. I obtained the purported genuine Chrome Hearts jewelry from a person known to me only as Mr. Nam, a Korean man.

4. I have sold counterfeit Chrome Hearts jewelry. I began selling counterfeit Chrome Hearts jewelry in approximately March,

- 2 -

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

2002. I obtained counterfeit Chrome Hearts jewelry from a person known to me only as Mr. Nam, a Korean man. I started selling counterfeit Chrome Hearts jewelry because Mr. Nam stated that he was a wholesaler for Chrome Hearts. I was told that Chrome Hearts products would be popular in the Guam market.

5. I do not know where my supplier of counterfeit Chrome Hearts products obtains his products. Mr. Nam stated that he purchased the products in the United States.

6. I paid approximately $10,000 for an unknown number of counterfeit Chrome Hearts products from Mr. Nam. I do not have invoices and receipts for the counterfeit Chrome Hearts products from Mr. Nam. I do not have checks for my counterfeit Chrome Hearts products.

7. I estimate that my sales of counterfeit Chrome Hearts products were approximately $9,000.

8. I do not have counterfeit Chrome Hearts products in my current inventory. I have closed New York Collection.

//
//
//
//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

I have not sold design infringing Chrome Hearts jewelry.

Further affiant sayeth naught.

DATED: JUNE 9TH, 2003

_____
SUN HUI PAK

**SUBSCRIBED AND SWORN** to before me this 9TH day of June, 2003, by **SUN HUI PAK.**

_____
*(official signature and seal of notary)*

> WILLIAM N. CRUZ
> NOTARY PUBLIC
> In and for Guam, U.S.A.
> My Commission Expires: Jan. 28, 2004
> 131 Salisbury St. Dededo, Guam 96912

A22:62\09810-01
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\PLD\JGM\119J-AFFIDAVIT RE SETTLEMENT (NY COLLECTION) RE CHROME HEARTS.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857