KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
JUL 14 2003
MARY L. M. MORAN
CLERK OF COURT

(67)

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **FINAL JUDGMENT UPON CONSENT OF SUN HUI PAK DBA NEW YORK COLLECTION** |
| Defendants. | |

ORIGINAL

Plaintiff **CHROME HEARTS, INC.** ("Plaintiff") having filed a Complaint in this action charging, inter alia, Defendant **SUN HUI PAK dba NEW YORK COLLECTION** (hereinafter referred to as "Defendant") with copyright infringement, trademark infringement and unfair competition; and upon Plaintiff's Ex Parte Motion, the Court having granted a Temporary Restraining Order against all of the Defendants and having further granted Plaintiff a Seizure Order against certain Defendants permitting law enforcement personnel to seize all the counterfeits of Plaintiff's goods, as well as those genuine goods of Plaintiff's used to sell Defendants' counterfeits and any records relating thereto; and the parties having resolved their claims and desiring to settle the controversy between them, it is hereby

**ORDERED, ADJUDGED AND DECREED** as between **CHROME HEARTS** and **SUN HUI PAK dba NEW YORK COLLECTION** that:

1. This Court has jurisdiction over the parties to this action; and has jurisdiction over the subject matter hereof pursuant to 17 U.S.C. §501 et seq. and 15 U.S.C. §1121.

2. Plaintiff is the owner of, inter alia, the following trademarks and their respective U.S. Trademark Registrations:

//

//

//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

| Trademark | U.S. Registration | Registration Date | Class |
|---|---|---|---|
| CHROME HEARTS | 1,665,791 | November 26, 1991 | 14,18,25&26 |
| CHROME HEARTS Scroll Design | 2,216,570 | January 5, 1999 | 14 |
| CHROME HEARTS Horseshoe Design | 2,216,575 | January 5, 1999 | 25 |
| CHROME HEARTS Scroll Design | 2,118,026 | December 2, 1997 | 18&25 |
| CHROME HEARTS Dagger Design | 2,214,642 | December 29, 1998 | 18 |
| CHROME HEARTS Dagger Design | 2,214,641 | December 29, 1998 | 25 |

(hereinafter, collectively, the "Chrome Hearts Trademarks"), Plaintiff is further the owner of, inter alia, the following U.S. Copyright Registrations registered in the United States Copyright Office, and is entitled to the exclusive use thereof:

| Name of Design | Copyright Registration No. | Date |
|---|---|---|
| **Pendants & Necklaces** | | |
| Celtic Chain Necklace | VA 642-742 | 3/28/95 |
| Celtic Pendant | VA 642-743 | 3/28/95 |
| Fancy Chain Link | VA 642-746 | 3/28/95 |
| CH Cross | VA 705-193 | 3/28/95 |
| Filigree Cross | VA 705-194 | 3/28/95 |
| Star | VA 705-195 | 3/28/95 |
| CH Fleur | VA 705-196 | 3/28/95 |
| Dagger | VA 705-197 | 3/28/95 |
| Floral # 1 | VA 705-198 | 3/28/95 |
| Roller | VA 705-199 | 3/28/95 |
| Barrel | VA 705-231 | 3/28/95 |
| Cross Ball | VA 705-232 | 3/28/95 |
| Filigree Pull Pendant w/Bolo Tips | VA 912-283 | 3/13/98 |
| Filigree Pull Fancy Pendant w/Bolo | VA 912-284 | 3/13/98 |
| Star Charm | VA 946-986 | 11/6/98 |
| Cross Crimpt | VA 946-987 | 11/6/98 |
| Campana Pendant | VA 946-988 | 11/6/98 |
| Cross Band Pendant | VA 946-991 | 11/6/98 |
| Scroll Band Pendant | VA 946-992 | 11/6/98 |
| Campana Cross | VA 946-994 | 11/6/98 |
| Dagger Heart | VA 952-071 | 2/26/99 |
| Vulcan Cross | VA 954-730 | 11/6/98 |
| Cemetary, CH Cross & Dagger Tags | VA 967-376 | 5/25/99 |

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 3 -

Case 1:03-cv-00012    Document 67    Filed 07/14/2003    Page 3 of 10

| | | |
|---|---|---|
| Celtic Cross | VA 967-378 | 5/25/99 |
| Hairy Dagger | VA 967-384 | 5/25/99 |
| Framed Charms (BS Fleur Star, Claw) | VA 967-385 | 5/25/99 |
| Cross, Dagger Dog Tag Pendants | VA 1-045-308 | 7/7/00 |
| Fleur Dagger Dog Tag Pendant | VA 1-045-309 | 7/7/00 |
| X-Small Celtic Cross Pendant | VA 1-045-324 | 7/7/00 |
| Cemetery | VA 1-128-316 | 4/26/02 |

**Bracelets**

| | | |
|---|---|---|
| Three Cross Bracelet | VA 642-736 | 3/28/95 |
| Dagger Bracelet | VA 642-737 | 3/28/95 |
| Cuff Bracelet | VA 642-744 | 3/28/95 |
| Floral Cross Bracelet | VA 689-392 | 3/28/95 |
| Claw Link | VA 705-200 | 3/28/95 |
| Celtic ID Bracelet | VA 912-280 | 3/13/98 |
| Narrow V Band Celtic | VA 912-281 | 3/13/98 |
| Classic Keeper Bracelet | VA 912-282 | 3/13/98 |
| Floral Cross Cuff Bracelet | VA 912-285 | 3/13/98 |
| Filigree I Link Bracelet | VA 912-286 | 3/13/98 |
| Filigree ID Bracelet | VA 912-287 | 3/13/98 |
| Filigree Teardrop Cuff | VA 912-288 | 3/13/98 |
| Star Link Bracelet | VA 946-985 | 11/6/98 |
| Spider Link Bracelet | VA 946-990 | 11/6/98 |
| Keeper Link Bracelet | VA 946-993 | 11/6/98 |
| BS Fleur H Link Bracelet | VA 964-910 | 3/13/98 |
| BS Fleur Bracelet | VA 964-911 | 3/13/98 |
| H Link Cross Bracelet | VA 964-913 | 3/13/98 |
| I – Link Claw Bracelet | VA 967-379 | 5/25/99 |
| I – Link Cross Bracelet | VA 967-380 | 5/25/99 |
| I – Link Floral Bracelet | VA 967-381 | 5/25/99 |
| Narrow V Band Bracelet | VA 967-382 | 5/25/99 |
| #1 Celticball Bracelet | VA 1-045-306 | 7/7/00 |
| #1 Multi Ball Bracelet w/BS Fleur | VA 1-045-307 | 7/7/00 |

**Rings**

| | | |
|---|---|---|
| Floral Ring | VA 642-738 | 3/28/95 |
| K & T Ring | VA 642-745 | 3/28/95 |
| Dagger Ring | VA 642-747 | 3/28/95 |
| Floral Cross | VA 705-230 | 3/28/95 |
| SBT Band Ring | VA 946-989 | 11/6/98 |
| BS Fleur Wide V Band Ring | VA 964-912 | 3/13/98 |
| CH X-Narrow V Band Ring | VA 964-914 | 3/13/98 |
| Dog in Band Ring | VA 1-045-310 | 7/7/00 |
| Wide Spider Band | VA 1-128-314 | 4/26/02 |

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

| | | |
|---|---|---|
| Eternity Vine Band | VA 1-128-315 | 4/26/02 |
| Big Claw | VA 1-128-317 | 4/26/02 |
| Single Wide Vine Band | VA 1-128-318 | 4/26/02 |
| Double Narrow Vine Band | VA 1-128-320 | 4/26/02 |
| Spider In Band | VA 1-128-321 | 4/26/02 |

**Buttons**

| | | |
|---|---|---|
| Celtic Button | VA 705-191 | 3/28/95 |
| Cross #4 | VA 705-233 | 3/28/95 |
| Horseshoe Button | VA 967-377 | 5/25/99 |

**Key Rings**

| | | |
|---|---|---|
| Roller Key Ring | VA 705-201 | 3/28/95 |

**Buckles**

| | | |
|---|---|---|
| 1 ½ Celtic Belt | VA 642-739 | 3/28/95 |
| 1 ½ Celtic Roller | VA 642-740 | 3/28/95 |
| Celtic Center Bar | VA 642-741 | 3/28/95 |
| 1 Celtic Roller | VA 705-192 | 3/28/95 |
| 3 Roller Buckle | VA 705-202 | 3/28/95 |
| Classic Oval | VA 705-234 | 3/28/95 |
| Four Corner Claw | VA 705-235 | 3/28/95 |
| 2 ½ Classic | VA 705-236 | 3/28/95 |
| 1 ½ Classic Center Bar | VA 705-237 | 3/28/95 |
| 1 ½ Classic | VA 705-238 | 3/28/95 |
| 1 Classic | VA 705-239 | 3/28/95 |
| 1 Classic Center Bar | VA 705-240 | 3/28/95 |
| ¾ Classic | VA 705-241 | 3/28/95 |
| ¾ Classic Center Bar | VA 705-242 | 3/28/95 |
| 1 ½ Claw | VA 705-243 | 3/28/95 |
| 2 Roller | VA 705-244 | 3/28/95 |
| 1 ½ Roller | VA 705-245 | 3/28/95 |
| 2 Center Bar Talon | VA 705-246 | 3/28/95 |
| 3 Talon | VA 705-247 | 3/28/95 |
| 2 Talon | VA 705-248 | 3/28/95 |
| 1 ½ Talon | VA 705-249 | 3/28/95 |
| OTJ Buckle | VA 967-383 | 5/25/99 |

(hereinafter collectively referred to herein as the "Chrome Hearts Copyrighted Works").

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

3. Plaintiff has alleged that Defendant's distribution and sale of unauthorized products bearing and comprising copies of Plaintiff's the Chrome Hearts Trademarks and comprising piratical copies of the Chrome Hearts Copyrighted Works constitutes trademark infringement, copyright infringement and unfair competition.

4. Defendant hereby confirms the voluntary relinquishment of all of the goods pursuant to the Court's Ex parte Temporary Restraining Order and confirms that such goods should be delivered to Plaintiff for destruction and further that any records seized from Defendant relating to the trafficking of Defendant's counterfeit goods shall become the property of Plaintiff. Defendant acknowledges and agrees that the requirement of the posting of a Bond by Plaintiff in this action shall be vacated and Plaintiff shall have the right to receive the amount of its Bond back from the Clerk of the Court.

5. Defendant, her agents, servants, employees, and attorneys-in-fact and all persons in active concert and participation with her, is hereby permanently restrained and enjoined:

    a. from using any of the Chrome Hearts Trademarks in any manner and from using any mark confusingly similar thereto; and from manufacturing, promoting,

  advertising and selling any products bearing the Chrome Hearts Trademarks and any mark confusingly similar thereto; and from impliedly or expressly representing any of the products distributed and/or sold by Defendants to be a genuine product of the Plaintiff unless such is the case; and,

  b. from infringing upon and/or using the Chrome Hearts Copyrighted Works and from manufacturing, promoting, advertising and selling any product substantially similar to the Chrome Hearts Copyrighted Works or any other copyright owned by Plaintiff, or any work substantially similar to Chrome Hearts Copyrighted Works or substantially similar to any other copyright owned by Plaintiff.

  6. The parties having agreed that Defendant shall pay to Plaintiff an amount in settlement of Plaintiff's demand for damages, profits, costs, disbursements and attorneys' fees based upon Defendant's sales activities, Defendant's warranties and representations and obligations to make such payment are incorporated herein and no other award for damages, profits, costs, disbursements and attorneys' fees is made herein.

  7. The jurisdiction of this Court is retained for the purpose of making any further orders necessary or proper for the

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

FINAL JUDGMENT UPON CONSENT OF
SUN HUI PAK DBA NEW YORK COLLECTION
CIVIL CASE NO. CV03-00012

construction or modification of this Judgment, the enforcement thereof and the punishment of any violations thereof.

8. This Judgment shall be deemed to have been served upon Defendant at the time of its execution by the Court.

DATED: June _____, 2003

**APPROVED AND SO ORDERED** _____ JUL 1 4 2003 _____.

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

RECEIVED
JUL 11 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

## CONSENTS

The undersigned hereby consent to the entry of a Final Judgment Upon Consent in the foregoing form or in such other form as the Court may approve.

CHROME HEARTS, INC.

DATED: JUNE 24, 2003

BY: _____
NAME: RICHARD J. BOWMAN
TITLE: Vice Pres. / CFO

//
//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

SUN HUI PAK DBA NEW YORK COLLECTION

DATED: JUNE 6/9, 2003   BY: _____

NAME: Sun Hui Pak

TITLE: Owner

## ACKNOWLEDGEMENTS

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

ON THIS 24TH day of June, 2003, before me, a notary public in and for the State of New York, personally appeared **ROBERT BOWMAN**, known or identified to me to be the Vice President of **CHROME HEARTS, INC.**, a California corporation, whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same on behalf of said corporation, in such capacity, being fully authorized to do so, and for the uses and purposes therein contained.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
Notary Public. In and for the State of New York
My Commission Expires: 11-30-06

ROBERT L. TUCKER
Notary Public, State of New York
No. 31-4811777
Qualified in New York County
Commission Expires Nov. 30, 2006

//
//
//

- 9 -

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

FINAL JUDGMENT UPON CONSENT OF
SUN HUI PAK DBA NEW YORK COLLECTION
CIVIL CASE NO. CV03-00012

GUAM, U.S.A.         )
                     ) ss:
CITY OF HAGÅTÑA      )

ON THIS **9TH** day of June, 2003, before me, a notary public in and for Guam, personally appeared **SUN HUI PAK**, known or identified to me to be the owner of **NEW YORK COLLECTION**, a sole proprietorship, whose name is subscribed to the foregoing instrument, and acknowledged to me that she executed the same on behalf of said proprietorship, in such capacity, being fully authorized to do so, and for the uses and purposes therein contained.

**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed my official seal the day and year first above written.

_____
(official signature and seal of notary)

> WILLIAM N. CRUZ
> NOTARY PUBLIC
> In and for Guam, U.S.A.
> My Commission Expires: Jan. 28, 2004
> 131 Salisbury St. Dededo, Guam 96912



A22:62\09810-01
\\PNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\120J-FINAL JGMT UPON CONSENT (NEW YORK COLLECTION) RE CHROME HEARTS V OLD TOWN INC ET AL.doc

- 10 -