| | |
|---|---|
| 1 | **KLEMM, BLAIR, STERLING & JOHNSON** |
| | A PROFESSIONAL CORPORATION |
| 2 | 1008 PACIFIC NEWS BUILDING |
| | 238 ARCHBISHOP F.C. FLORES STREET |
| 3 | HAGÅTÑA, GUAM 96910 |
| | TELEPHONE 477-7857 |
| 4 | By **JEHAN'AD G. MARTINEZ** |
| 5 | Attorneys for *Plaintiff Chrome Hearts, Inc.* |

FILED
DISTRICT COURT OF GUAM
JUL 30 2003
MARY L. M. MORAN
CLERK OF COURT

68

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| CHROME HEARTS, INC., | ) | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | ) | |
| vs. | ) | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | ) | **STIPULATION AND ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING** |
| Defendants. | ) | |

//

**ORIGINAL**

STIPULATION AND ORDER TO CONTINUE
ORDER TO SHOW CAUSE HEARING
CIVIL CASE NO. CV03-00012

**IT IS HEREBY STIPULATED** by Plaintiff CHROME HEARTS, INC. and Defendants OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX and HIDY; EUN SOON AN; MYONG KI AN; and YEO HOE KOO (hereinafter collectively "Defendants"), through their respective attorneys of record, for the named parties only, that the July 29, 2003 Order to Show Cause hearing be rescheduled to a date and time three (3) weeks hence, or as soon thereafter as the Court's schedule permits.

**IT IS HEREBY FURTHER STIPULATED** that the temporary orders remain in effect until the next Order to Show Cause hearing.

LUJAN & PEREZ LLP

DATE: JULY 28, 2003          BY: _____
                                  ANTHONY C. PEREZ
                                  *Attorneys for Defendants*

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATE: JULY 28, 2003          BY: _____
                                  JEHAN'AD G. MARTINEZ
                                  *Attorneys for Plaintiff*

# O R D E R

The Order to Show Cause hearing will be continued to ~~August 19, 2003~~ SEP - 5 2003 at 10:00 o'clock a.m.

APPROVED AND SO ORDERED this JUL 30 2003 .

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\129-STIP & ORDER TO CONTINUE OSC HRG RE OLD TOWN INC ET AL.doc

RECEIVED
JUL 28 2003
DISTRICT COURT OF GUAM
HAGÅTÑA, GUAM

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857