FILED
DISTRICT COURT OF GUAM

AUG 1 2 2003

MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

CHROME HEARTS, INC.,

    Plaintiff,

       vs.

OLD TOWN, INC., *et al.*,

    Defendants.

Civil Case No. 03-00012

ORDER

A scheduling conference in the above-captioned case was scheduled for August 5, 2003. Based on the parties' representation that active settlement negotiations are ongoing, the Court hereby VACATES the scheduling conference and schedules this case for a status conference on Tuesday, September 23, 2003 at 2:30 p.m.

SO ORDERED this 12th day of August, 2003.

_____
JOHN S. UNPINGCO
District Judge

ORIGINAL