| | |
|---|---|
| KLEMM, BLAIR, STERLING & JOHNSON<br>A PROFESSIONAL CORPORATION<br>1008 PACIFIC NEWS BUILDING<br>238 ARCHBISHOP F.C. FLORES STREET<br>HAGÅTÑA, GUAM 96910<br>TELEPHONE 477-7857<br><br>By **JEHAN'AD G. MARTINEZ**<br><br>Attorneys for     *Plaintiff Chrome Hearts, Inc.* | **FILED**<br>DISTRICT COURT OF GUAM<br>AUG 21 2003<br>MARY L. M. MORAN<br>CLERK OF COURT<br><br>(70) |

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30,<br><br>         Defendants. | CIVIL CASE NO. CV03-00012<br><br><br><br><br><br><br><br>**EXPLANATION AS TO MISSING SIGNATURES IN CONSENT JUDGMENT OF WOOHYUN CORPORATION AND P&J CORPORATION** |

//

ORIGINAL

COME NOW Plaintiff CHROME HEARTS, INC. and Defendants WOOHYUN CORPORATION and its principals, P&J CORPORATION and its principals, by and through their respective attorneys of record and provide the following explanation as to the missing signatures on the Final Judgment and Consent filed in the Court.

Defendants Won Ki Pak and Joyen Rhee have not signed the Consent Judgment on behalf of either of the corporations. Won Ki Pak and Joyen Rhee are minority shareholders possessing less than 1% of the outstanding shares, and were unnecessary for the appropriate authorization of the Consent Judgment on behalf of Woohyun Corporation and P&J Corporation.

Due to the logistics of obtaining signatures from all principals of each entity, some of whom are on island and others not, it was decided by the settling parties that because Won Ki Pak and Joyen Rhee possessed rather minor ownership interests in the corporations, and it did not impact the validity of the settlement and Consent Judgment, that such signatures were not necessary.

RESPECTFULLY SUBMITTED this 21st day of August, 2003.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Plaintiff Chrome Hearts, Inc.*

DATED: AUGUST 21, 2003

THE VAN DE VELD LAW OFFICES, PC

BY: _____
**CURTIS VAN DE VELD**
*Attorneys for Defendants Woohyun Corporation dba Maui Divers Jewelry Center of Guam; David K. Pak; Kyong Mi Pak; Won Ki Pak, and P & J Corporation dba Aloha Jewelry 3*

DATE: AUGUST 21, 2003

A62\09810-01
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\PLD\JGM\130-EXPLANATION OF MISSING SIGNATURES RE CH V WOOHYUN CORP & P&J CORP.DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857