| | |
|---|---|
| 1 | **KLEMM, BLAIR, STERLING & JOHNSON** |
| 2 | A PROFESSIONAL CORPORATION<br>1008 PACIFIC NEWS BUILDING<br>238 ARCHBISHOP F.C. FLORES STREET |
| 3 | HAGÅTÑA, GUAM 96910<br>TELEPHONE 477-7857 |
| 4 | By **JEHAN'AD G. MARTINEZ** |
| 5 | Attorneys for *Plaintiff Chrome Hearts, Inc.* |



FILED
DISTRICT COURT OF GUAM
AUG 27 2003
MARY L. M. MORAN
CLERK OF COURT

71

# DISTRICT COURT OF GUAM

CHROME HEARTS, INC.,

   Plaintiff,

vs.

OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30,

   Defendants.

CIVIL CASE NO. CV03-00012

**NOTICE OF FILING**

**ORIGINAL**

COMES NOW, Plaintiff **CHROME HEARTS, INC.** and submits hereto a true and correct copy of an Affidavit executed by Joung Soo Soh, owner of Silver Deco, a sole proprietorship.

**DATED** this 27th day of August, 2003.

          **KLEMM, BLAIR, STERLING & JOHNSON**
          A PROFESSIONAL CORPORATION

BY: _____
      **JEHAN'AD G. MARTINEZ**
     *Attorneys for Plaintiff Chrome Hearts, Inc.*

**ATTACHMENT**

A62\09810-01
G:\WORD97\OFFICE\WORDDOC\PLD\JGM\119G-NTC OF
FILING OF AFFIDAVIT (SILVER DECO).DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

# AFFIDAVIT

I, **JOUNG SOO SOH,** do hereby depose and say:

1. I am the owner of SILVER DECO, a sole proprietorship, the Defendant in the District Court of Guam Civil Case No. CV03-00012. This Affidavit is based on my own personal knowledge, and I am prepared to testify to the following if called as a witness.

2. Another Co-defendant in the above-mentioned case, SON SIM, is my former wife and she is currently relocated in the State of Texas.

3. At the present time, SON SIM is not involved in the operation of SILVER DECO at all, and her name will be removed in the business license.

4. Currently, I am the only person in charge of the business operation of SILVER DECO.

## VERIFICATION

Guam, U.S.A.          )

I, **JOUNG SOO SOH,** being first duly sworn, hereby depose and state that I am the affiant in the foregoing affidavit; that I have read said affidavit, and know the contents thereof to be true and correct, except as to the matters which are therein stated upon my information and belief; and as to those matters, I believe them to be true.

Dated this 6th day of August 2003.

_____
JOUNG SOO SOH

SUBSCRIBED AND SWORN to before me this 6th day of August, 2003.

_____
NOTARY PUBLIC

MUN SU PARK
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: October 26, 2005
718 N. Marine Dr., Ste. 305
East West Bus. Center Tumon, GU 96911