KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP 05 2003
MARY L. M. MORAN
CLERK OF COURT

73

**DISTRICT COURT OF GUAM**

CHROME HEARTS, INC.,

Plaintiff,

vs.

OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30,

Defendants.

CIVIL CASE NO. CV03-00012

**STIPULATION AND ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING**

//

ORIGINAL

**IT IS HEREBY STIPULATED** by Plaintiff **CHROME HEARTS, INC.** and Defendants **OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY**, **THE BLACK BOX** and **HIDY**; **EUN SOON AN**; **MYONG KI AN**; and **YEO HOE KOO** (hereinafter collectively "Defendants"), through their respective attorneys of record, for the named parties only, that the September 5, 2003 Order to Show Cause hearing be rescheduled to a date and time three (3) weeks hence, or as soon thereafter as the Court's schedule permits. The reason for this stipulation is that the parties have reached an agreement to settle this matter, in principle, but are currently processing the settlement documents amongst the various signatories.

**IT IS HEREBY FURTHER STIPULATED** that the temporary orders remain in effect until the next Order to Show Cause hearing.

**LUJAN & PEREZ LLP**

BY: ______________________
**ANTHONY C. PEREZ**
*Attorneys for Defendants*

DATE: SEPTEMBER 4, 2003

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

BY: ______________________
**JEHAN'AD G. MARTINEZ**
*Attorneys for Plaintiff*

DATE: SEPTEMBER 4, 2003

**ORDER**

The Order to Show Cause hearing will be continued to September 26, 2003 at 10:00 o'clock a.m.

**APPROVED AND SO ORDERED** this ______________________.

______________________
**HONORABLE JOHN S. UNPINGCO**
**CHIEF JUDGE, DISTRICT COURT OF GUAM**

RECEIVED
SEP 04 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

A49\09810-01
\\PNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\133-STIP & ORDER TO CONTINUE OSC HRG RE OLD TOWN INC ET AL.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857