KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP 24 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **AFFIDAVIT OF TAK KUN RHEE AND JOYEN RHEE** |
| Defendants. | |

//

ORIGINAL

ISLAND OF GUAM )
) SS:
CITY OF HAGÅTÑA )

TAK KUN RHEE and JOYEN RHEE, being duly sworn upon oath, depose and say:

1. We each are individuals over the age of eighteen years and authorized to make this affidavit. We each are competent to testify to the facts contained herein based on personal knowledge, except where noted upon information and belief.

2. Our address Pag St., 282A, Tamuning, Guam 96931.

3. We are husband and wife. We own over 90% of the shares of Guam Palm Corporation doing business as Hawaiian Silver.

4. Through Guam Palm Corporation, we are the operators of Hawaiian Silver, located in The Plaza, San Vitores Road, Tumon, Guam.

5. The landlord for Hawaiian Silver is Tanota Partners, a Guam corporation. Hawaiian Silver's lease requires payment of 10% of gross sales to Tanota Partners.

6. We have sold genuine Chrome Hearts-branded products. We began selling Chrome Hearts-branded jewelry in 2001. We purchased them from New York and attach the receipts as Exhibit 1.

7. We have also sold counterfeit Chrome Hearts jewelry. We sold just silver products in 2001 and at that time, we were unaware that they were counterfeit Chrome Hearts jewelry.

8. We purchased silver Chrome Hearts products from the South Great Gate Market in Seoul, Korea. We purchased approximately $3,000 worth of counterfeit products. We do not have any invoices or receipts regarding these products, nor do we have any cancelled checks evidencing purchase of these products.

9. We estimate our sales of counterfeit Chrome Hearts products to be approximately $5,000.

10. We currently have no counterfeit Chrome Hearts products in our inventory.

11. We started selling design infringing Chrome Hearts products in 2001 at the South Great Gate Market in Seoul, Korea. We have no knowledge of where the supplier obtained their products.

12. We purchased approximately $7,000 worth of design infringing products. We do not have any invoices or receipts regarding these products, nor do we have any cancelled checks evidencing purchase of these products.

13. We estimate that sales of approximately $15,000 in design infringing products were made.

//
//
//
//
//

14. We do not have any design infringing Chrome Hearts products in our inventory.

Further affiant sayeth naught.

DATED: 09-22-03, 2003

_____
TAK KUN RHEE

DATED: 09-22-03, 2003

_____
JOYEN RHEE

SUBSCRIBED AND SWORN to before me this 22nd day of September, 2003, by **TAK KUN RHEE**.

_____
*(official signature and seal of notary)*

```
MUN SU PARK
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: October 26, 2005
718 N. Marine Dr., Ste. 305
East West Bus. Center Tumon, GU 96911
```

SUBSCRIBED AND SWORN to before me this 22nd day of September, 2003, by **JOYEN RHEE**.

_____
*(official signature and seal of notary)*

```
MUN SU PARK
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: October 26, 2005
718 N. Marine Dr., Ste. 305
East West Bus. Center Tumon, GU 96911
```

**ATTACHMENT: EXHIBIT 1**

A62\09810-01
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\PLD\JGM\119H-AFFIDAVIT
RE SETTLEMENT (GUAM PALM CORP DBA HAWAIIAN SILVER).DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 4 -



# CHROME HEARTS

159 East 64th Street - New York, NY 10021
Tel (212) 327-0707 - Fax (212) 327-0484

24877

RHEE, JOY   671/647-0222
Bayview Plaza Suite #142
Tumon  96931 Guam

| DATE | SOLD BY | PAYMENT | SHIP VIA |
|---|---|---|---|
| 02/06/01 | ADRIANA | V1 | |

| STYLE | QTY | PRICE | TOTAL |
|---|---|---|---|
| 109040-V3 | 1 | 750.00 | 750.00 |

All returns must be within 10 days of purchase for store credit only.
Returns and exchanges must be accompanied by sales receipt.
A $50.00 fee will be charged on all returned checks.

| | |
|---|---|
| SUB-TOTAL | 750.00 |
| TAX | |
| SHIPPING | |
| OTHER | 65.00 |
| TOTAL | 815.00 |

EXHIBIT 1



159 East 64th Street - New York, NY 10021
Tel (212) 327-0707 - Fax (212) 327-0484

24876

RHEE, JOY  671/647-0222

Bayview Plaza Suite #142

Tumon  96931 Guam

| DATE | SOLD BY | PAYMENT | SHIP VIA | | |
|---|---|---|---|---|---|
| 02/06/01 | ADRIANA | V1TC | | | |
| STYLE | | | QTY | PRICE | TOTAL |
| 102010-M  BRACELET DOUBLE ID  DAGGER & FLORAL CROSS | | | 1 | 1540.00 | 1,540.00 |
| 309000-ZZC9986  TEDDY BEAR - ORANGE  W/GRAY TIPS  RABBIT | | | 1 | 990.00 | 990.00 |
| 108010  FILIGREE PIPE | | | 1 | 935.00 | 935.00 |
| | | | | SUB-TOTAL | 17,285.00 |
| | | | | TAX | 1,399.20 |
| | | | | SHIPPING | |
| | | | | OTHER | |
| | | | | TOTAL | 18,684.20 |

All returns must be within 10 days of purchase for store credit only.
Returns and exchanges must be accompanied by sales receipt.
A $50.00 fee will be charged on all returned checks.



**CHROME HEARTS**

159 East 64th Street - New York, NY 10021
Tel (212) 327-0707 - Fax (212) 327-0484

24876

| RHEE, JOY | | | 671/647-0222 |
|---|---|---|---|
| Bayview Plaza Suite #142 | | | |
| Tumon  96931 Guam | | | |

| DATE 2/06/01 | SOLD BY ADRIANA | PAYMENT TC | SHIP VIA |
|---|---|---|---|

| STYLE | QTY | PRICE | TOTAL |
|---|---|---|---|
| 101005-W<br>  BRACELET -TINY E CH PLUS | 2 | 385.00 | 770.00 |
| 102900-PAF<br>  BRACELET - 3 BTN/2 SNAP<br>  PATENT LEATHER CROSS BTN | 1 | 220.00 | 220.00 |
| 101045-M0<br>  BRACELET - NARROW V<br>  BANDCH X MOTIF | 1 | 1925.00 | 1,925.00 |
| 191600<br>  RUBBERBAND<br>  CHROME HEARTS LOGO | 20 | 2.50 | 50.00 |
| 101003-M0V01<br>  BRACELET - ID - MINI<br>  FLORAL CROSS | 1 | 990.00 | 990.00 |
| 101002-M0V01<br>  BRACELET - SHORT<br>  ID-MINICH X CLASSIC CHAIN | 1 | 990.00 | 990.00 |
| 108330<br>  BARRETTE - FUCK YOU | 1 | 165.00 | 165.00 |
| 108300<br>  HAIR CLIP | 1 | 275.00 | 275.00 |
| 101702-W3 | 1 | 1375.00 | 1,375.00 |
| 102450-W<br>  BRACELET - DOUBLE ID<br>  FLRL CROSS/DAGGER HEART | 1 | 1540.00 | 1,540.00 |

Page 3

All returns must be within 10 days of purchase for store credit only.
Returns and exchanges must be accompanied by sales receipt.
A $50.00 fee will be charged on all returned checks.

| | |
|---|---|
| SUB-TOTAL | |
| TAX | |
| SHIPPING | |
| OTHER | |
| TOTAL | |

Case 1:03-cv-00012    Document 75    Filed 09/24/2003    Page 7 of 9



**CHROME HEARTS**

159 East 64th Street - New York, NY 10021
Tel (212) 327-0707 - Fax (212) 327-0484

24876

RHEE, JOY  671/647-0222

Bayview Plaza Suite #142
Tumon  96931 Guam

| DATE 2/06/01 | SOLD BY ADRIANA | PAYMENT TC | | SHIP VIA |
|---|---|---|---|---|
| **STYLE** | **QTY** | **PRICE** | **TOTAL** | |
| 20651XCHSC006<br>T-SHIRT - S/S<br>CH LOGO - SS V6 | 1 | 50.00 | 50.00 | |
| 342010-Z<br>SOAP LARGE CH CROSS<br>PASTEL | 1 | 65.00 | 65.00 | |
| 342020-Z<br>SOAP - CROSSBALL<br>PASTEL | 1 | 30.00 | 30.00 | |
| 342000-H<br>SOAP - SMALL CH CROSS<br>WHITE | 1 | 35.00 | 35.00 | |
| 342100-T<br>SOAP - DAGGER<br>ORANGE | 1 | 45.00 | 45.00 | |
| 20651XCAXC106<br>T-SHIRT - S/S V6 CH<br>LOGOSILVER PRINTING | 1 | 50.00 | 50.00 | |
| 100100<br>PENDANT<br>DAGGER HEART | 1 | 165.00 | 165.00 | |
| 100090<br>PENDANT<br>DAGGER | 1 | 165.00 | 165.00 | |
| 102905-PZFC9999<br>BRACELET - 3 BTN/2 SNAP<br>BS FLEUR/WOOD BROWN | 1 | 220.00 | 220.00 | |

Page 2

All returns must be within 10 days of purchase for store credit only.
Returns and exchanges must be accompanied by sales receipt.
A $50.00 fee will be charged on all returned checks.

SUB-TOTAL
TAX
SHIPPING
OTHER
TOTAL

Case 1:03-cv-00012   Document 75   Filed 09/24/2003   Page 8 of 9



159 East 64th Street - New York, NY 10021
Tel (212) 327-0707 - Fax (212) 327-0484       24876

| | RHEE, JOY | | 671/647-0222 | |
| | Bayview Plaza Suite #142 | | | |
| | Tumon  96931 Guam | | | |
| DATE | SOLD BY | PAYMENT | SHIP VIA | |
| 02/06/01 | ADRIANA | V1TC | | |

| STYLE | QTY | PRICE | TOTAL |
|---|---|---|---|
| 100120-4<br>  PENDANT - WHISTLE<br>  CELTIC MOTIF | 1 | 715.00 | 715.00 |
| 100375<br>  CHARM<br>  FRAMED CH PLUS | 2 | 165.00 | 330.00 |
| 100376<br>  CHARM<br>  FRAMED HEART | 2 | 165.00 | 330.00 |
| 100016<br>  PENDANT<br>  SMALL CH PLUS | 1 | 275.00 | 275.00 |
| 100026<br>  PENDANT<br>  FILIGREE PLUS - SMALL | 1 | 275.00 | 275.00 |
| 100025<br>  PENDANT<br>  FILIGREE PLUS - MEDIUM | 1 | 385.00 | 385.00 |
| 100060<br>  PENDANT<br>  BS FLEUR | 2 | 275.00 | 550.00 |
| 100011-C<br>  PENDANT<br>  CH CROSS - CRIMPT | 2 | 340.00 | 680.00 |
| 321400-LA30<br>  BELT - HEART<br>  1.5" LARGE HEART | 1 | 1155.00 | 1,155.00 |

Page 1

All returns must be within 10 days of purchase for store credit only.
Returns and exchanges must be accompanied by sales receipt.
A $50.00 fee will be charged on all returned checks.

| | |
|---|---|
| SUB-TOTAL | |
| TAX | |
| SHIPPING | |
| OTHER | |
| TOTAL | |

Case 1:03-cv-00012    Document 75    Filed 09/24/2003    Page 9 of 9