KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP 24 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | AFFIDAVIT OF JOUNG SOO SOH DBA SILVER DECO |
| Defendants. | |

//
//

ORIGINAL

| | |
|---|---|
| ISLAND OF GUAM | ) |
| | ) SS: |
| CITY OF HAGÅTÑA | ) |

JOUNG SOO SOH, being duly sworn upon oath, deposes and says:

1. I am an individual over the age of eighteen years and am authorized to make this affidavit. I am competent to testify to the facts contained herein based on personal knowledge except where noted to be upon information and belief.

2. I am a sole proprietor doing business as Silver Deco in the Grand Plaza Mall, located in Tumon, Guam.

3. My date of birth, social security number, home address and phone numbers are: DOB July 29, 1960; SSN 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; 3 C Enasia Condo, Tamuning, Guam, telephone 646-5577.

4. My landlord is the Grand Plaza Hotel through Eric Chen. Under the lease for Silver Deco, Silver Deco is not required to pay any percentage of gross sales to the landlord.

5. I have been selling Chrome Hearts-branded jewelry since 2001, which I obtained from New York.

6. I purchased counterfeit Chrome Hearts silver products from the South Great Gate Market in Seoul, Korea.

7. I purchased about $1,000 worth of counterfeit products, but was unaware of any violation. I do not have any invoices or receipts regarding these products, nor do I have any cancelled checks evidencing purchase of these products.

8. I estimate my sales to be approximately $2,500.

- 2 -

9. I currently have no counterfeit Chrome Hearts-branded items in my inventory.

10. I also purchased infringing Chrome Hearts items in 2001 from the South Great Gate Market in Seoul, Korea. I have no knowledge of where the supplier obtained their products.

11. I purchased approximately $1,500 worth of design infringing items. I do not have any invoices or receipts regarding these products, nor do I have any cancelled checks evidencing purchase of these products.

12. I estimate that a sale of approximately $2,500 in design infringing products was made.

Further affiant sayeth naught.

DATED: 09-22-03 , 2003

JOUNG SOO SOH

SUBSCRIBED AND SWORN to before me this 22nd day of September, 2003, by **JOUNG SOO SOH**.

_____
(official signature and seal of notary)

MUN SU PARK
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: October 26, 2005
718 N. Marine Dr., Ste. 305
East West Bus. Center Tumon, GU 96911



A62\09810-01
\\PNB1\CABINET\WORD97\OFFICE\WORDDOC\PLD\JGM\119G-
AFFIDAVIT RE SETTLEMENT (SILVER DECO) RE CHROME
HEARTS.DOC

- 3 -