KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for  *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
SEP 29 2003
MARY L. M. MORAN
CLERK OF COURT
78

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **STIPULATION AND ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING AND STATUS HEARING** |
| Defendants. | |

//

ORIGINAL

STIPULATION AND ORDER TO CONTINUE
ORDER TO SHOW CAUSE HEARING AND
STATUS HEARING
CIVIL CASE NO. CV03-00012

IT IS HEREBY STIPULATED by Plaintiff CHROME HEARTS, INC. and Defendants OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX and HIDY; EUN SOON AN; MYONG KI AN; and YEO HOE KOO (hereinafter collectively "Defendants"), through their respective attorneys of record, for the named parties only, that the Order to Show Cause Hearing presently scheduled for Friday, September 26, 2003 at 10:00 a.m. be rescheduled to a time 60 days hence, or as soon thereafter as the Court's schedule permits. The reason for this request is that the parties are in final settlement negotiations, settlements documents are being circulated, and the issue may become mooted by a Litigation Settlement Agreement and Consent Judgment. All temporary orders shall remain in effect until the next Order to Show Cause hearing date.

IT IS HEREBY FURTHER STIPULATED that the status hearing originally scheduled for Tuesday, September 23, 2003 at 2:30 p.m. also be rescheduled for a time 60 days hence or soon thereafter as the Court's schedule permits. The reason for this request is the same as articulated heretofore.

LUJAN & PEREZ LLP

DATE: SEPTEMBER ___, 2003        BY: _____
                                      ANTHONY C. PEREZ
                                      *Attorneys for Defendants*

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 2 -

STIPULATION AND ORDER TO CONTINUE
ORDER TO SHOW CAUSE HEARING AND
STATUS HEARING
CIVIL CASE NO. CV03-00012

**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION

DATE: SEPTEMBER 24, 2003        BY: _____
                                     JEHAN'AD G. MARTINEZ
                                     *Attorneys for Plaintiff*

# ORDER

The Order to Show Cause hearing will be continued to November 25, 2003 at 2:00 o'clock p.m.; and the Status hearing will be continued to November 25, 2003 at 2:00 o'clock p.m.

**APPROVED AND SO ORDERED** this SEP 29 2003.

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

A62\09810-01
J:\Word97\OFFICE\WORDDOC\PLD\JGM\135-STIP & ORDER TO
CONTINUE OSC HRG & STATUS HRG RE OLD TOWN INC ET AL.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

RECEIVED
SEP 25 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM