KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
OCT 09 2003
MARY L. M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br>Defendants. | CIVIL CASE NO. CV03-00012 <br><br>**REQUEST FOR ENTRY OF DEFAULT RE MI JA KIM DBA ACCESSORY WORLD** |

//

**ORIGINAL**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF GUAM:

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, you will please enter the default of Defendant **MI JA KIM DBA ACCESSORY WORLD**, for failure to plead or otherwise defend as required by the Defendant **MI JA KIM DBA ACCESSORY WORLD** and as supported by the records and files in this case and the Federal Rules of Civil Procedure, as appears more fully in the Declaration of Jehan'Ad G. Martinez, filed contemporaneously herewith.

**RESPECTFULLY SUBMITTED** this 7th day of October, 2003.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
**JEHAN'AD G. MARTINEZ**
*Attorneys for Plaintiff Chrome Hearts, Inc.*

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\136-REQ 4 ENTRY OF DEF
(ACCESSORY WORLD) RE CHROME HEARTS V OLD TOWN ETC.doc