KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **JEHAN'AD G. MARTINEZ**

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
OCT 09 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br><br><br><br><br> **DECLARATION OF JEHAN'AD G. MARTINEZ IN SUPPORT OF APPLICATION RE DEFENDANT MI JA KIM DBA ACCESSORY WORLD'S DEFAULT** |

//

ORIGINAL

I, **JEHAN'AD G. MARTINEZ**, declare:

1. I am an attorney in principal with the law firm of Klemm, Blair, Sterling & Johnson, a Professional Corporation, attorneys for Plaintiff **CHROME HEARTS, INC.** in this action, and have been assigned to handle this case since its inception.

2. Defendant **MI JA KIM DBA ACCESSORY WORLD** ("Defendant") was served with Summons and Complaint as evidenced by the return of Summons filed on April 29, 2003.

3. Upon information and belief, Defendant is not a member of the Armed Forces, in military service.

4. Served contemporaneously with the Complaint was the Temporary Restraining Order prohibiting Defendant from selling a counterfeit and trademark infringing Chrome Hearts merchandise.

5. Defendant has neither answered the Complaint pursuant to the Court's April 18, 2003 Temporary Restraining Order; Seizure Order; Expedited Discovery Order and Order to Show Cause bringing on Motion for Preliminary Injunction, has made no alternative arrangements with our office to continue the date to answer.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge.

DATED: OCTOBER 7, 2003

JEHAN'AD G. MARTINEZ

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\136-DECL OF JGM IN SUPP OF
EOD (ACCESSORY WORLD) RE CHROME HEARTS V OLD TOWN ETC.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857