KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for   *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
OCT 1 0 2003
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

CHROME HEARTS, INC.,

    Plaintiff,

vs.

OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30,

    Defendants.

CIVIL CASE NO. CV03-00012

**ENTRY OF DEFAULT RE MI JA KIM DBA ACCESSORY WORLD**

//

ORIGINAL

It appearing from the records on file in this case, and from the Declaration of Jehan'Ad G. Martinez that Defendant **MI JA KIM DBA ACCESSORY WORLD** has failed to plead or otherwise defend as provided by the rules of this Court, and the Court's April 18, 2003 Temporary Restraining Order; Seizure Order; Expedited Discovery Order; and Order to Show Cause bringing on Motion for Preliminary Injunction, the default of said Defendant is hereby entered and in favor of Plaintiff **CHROME HEARTS, INC.**

DATED OCT 10 2003 , 2003

_____
MARY L.M. MORAN
CLERK OF COURT
DISTRICT COURT OF GUAM

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\136-ENTRY OF DEF
(ACCESSORY WORLD) RE CHROME HEARTS V OLD TOWN ETC.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

RECEIVED
OCT 09 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM