KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for   *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
NOV 25 2003
MARY L. M. MORAN
CLERK OF COURT

82

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | **STIPULATION AND ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING** |
| Defendants. | |

//

**STIPULATION AND ORDER TO CONTINUE**
**ORDER TO SHOW CAUSE HEARING**
**CIVIL CASE NO. CV03-00012**

**IT IS HEREBY STIPULATED** by Plaintiff **CHROME HEARTS, INC.** and Defendants **OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX** and **HIDY; EUN SOON AN; MYONG KI AN;** and **YEO HOE KOO** (hereinafter collectively "Defendants"), through their respective attorneys of record, for the named parties only, that the Order to Show Cause Hearing presently scheduled for Tuesday, November 25, 2003 at 2:00 p.m. be rescheduled to a time six (6) weeks hence, or as soon thereafter as the Court's schedule permits. The reason for this request is that the Defendants are currently off-island, and there is reason to believe that a settlement agreement in principle has been reached.

**IT IS HEREBY FURTHER STIPULATED** that the temporary orders remain in effect until the next Order to Show Cause hearing.

LUJAN & PEREZ LLP

DATE: NOVEMBER 24, 2003

BY: _____
ANTHONY C. PEREZ
*Attorneys for Defendants*

//

//

//

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATE: ~~SEPTEMBER~~ NOVEMBER 24, 2003      BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff*

# ORDER

The Order to Show Cause hearing will be continued to January 15, 200~~3~~4 at 2:00 o'clock p.m.

**APPROVED AND SO ORDERED** this NOV 25 2003 _____.

_____
HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\138-STIP & ORDER TO
CONTINUE OSC HRG & STATUS HRG RE OLD TOWN INC ET AL.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

RECEIVED
NOV 25 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM