**LUJAN, AGUIGUI & PEREZ** LLP
Attorneys at Law
Pacific News Building, Suite 300
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone (671) 477-8064/5
Facsimile (671) 477-5297

*Attorneys for Defendant Old Town, Inc.*

FILED
DISTRICT COURT OF GUAM
JAN 1 6 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC.<br><br>Plaintiff,<br><br>-vs-<br><br>OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWIIAN SILVER; JOYEN RHEE; YOUNG MI HWANG; P & J CORPORATION dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAM; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUNG CHANG KWON; MI OK PARK; MI EUN PARK; and JOHN DOES 1 THROUGH 30,<br><br>Defendants. | CIVIL CASE NO. CV03-00012<br><br>**STIPULATION AND ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING** |

IT IS HEREBY STIPULATED by Plaintiff **CHROME HEARTS, INC.** and Defendants **OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX** and **HIDY; EUN SOON AN; MYONG KI AN;** and **YEO HOE KOO** (hereinafter collectively "Defendants"), through their respective attorneys of record, for the named parties only, that the Order to Show Cause Hearing presently scheduled for January 15, 2004 at 2:00 p.m. be rescheduled to a time four (4) weeks hence, or as soon thereafter as the Court's schedule permits. The reason for this request is that the Defendants are currently off-island, and there is reason to believe that a settlement agreement in principle has been reached.

**IT IS HEREBY FURTHER STIPULATED** that the temporary orders remain in effect until the next Order to Show Cause hearing.

**LUJAN, AGUIGUI & PEREZ LLP**

Date: January 13, 2004

By: _____
**ANTHONY C. PEREZ**

Attorneys for Defendant

**KLEMM, BLAIR, STERLING & JOHNSON**
**A PROFESSIONAL CORPORATION**

Date: January 14, 2004

By: _____
**JEHAN'AD G. MARTINEZ**

Attorneys for Plaintiff

Old Town Stip
CV03-00012

2

The hearing heretofore set for January 15, 2004, is hereby rescheduled to February 20, 2004, at 2:00 P.M.

1  SO ORDERED this _16th_ day of January, 2004

2

3

4  _____

5  **HONORABLE JOAQUIN V. MANIBUSAN**

6  **JUDGE, DISTRICT COURT OF GUAM**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**RECEIVED**
JAN 1 4 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Old Town Stip
CV03-00012

3