KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **JEHAN'AD G. MARTINEZ**

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
FEB 2 4 2004
MARY L. M. MORAN
CLERK OF COURT
84

## DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br><br><br><br><br><br><br><br> **STIPULATION AND ORDER TO CONTINUE ORDER TO SHOW CAUSE AND STATUS HEARING** |

//

**ORIGINAL**

**IT IS HEREBY STIPULATED** by Plaintiff CHROME HEARTS, INC. and Defendants OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX and HIDY; EUN SOON AN; MYONG KI AN; and YEO HOE KOO (hereinafter collectively "Defendants"), through their respective attorneys of record, that the Order to Show Cause and Status Hearing presently scheduled for Friday, February 20, 2004 at 2:00 p.m. be rescheduled to a time six (6) weeks hence, or as soon thereafter as the Court's schedule permits. The reason for this request is that the Defendants have executed settlement documents to dispose of the case, and the settlement documents are currently enroute to the Continental United States for execution by Chrome Hearts officials. Once the documents have been returned to the island, the appropriate documents will be filed with the Court.

**IT IS HEREBY FURTHER STIPULATED** that the temporary orders remain in effect until the next Order to Show Cause hearing.

//

STIPULATION AND ORDER TO CONTINUE
ORDER TO SHOW CAUSE HEARING
CIVIL CASE NO. CV03-00012

LUJAN & PEREZ LLP

DATE: FEBRUARY 20, 2004

BY: _____
ANTHONY C. PEREZ
*Attorneys for Defendants*

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

DATE: FEBRUARY 20, 2004

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff*

# ORDER

The Order to Show Cause and Status Hearing presently scheduled for 2:00 o'clock p.m. on February 20, 2004 is vacated. The Order to Show Cause hearing will be continued to April 2, 2004 at 2:00 o'clock p.m.

SO ORDERED this 2/23/2004.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM

A62:64\09810-01
J:\Word97\OFFICE\WORDDOC\PLD\JGM\141-STIP & ORDER TO
CONTINUE OSC HRG & STATUS HRG RE OLD TOWN INC ET AL.doc

RECEIVED
FEB 20 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÁTÑA, GUAM 96910
TELEPHONE 477-7857