KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for    *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM

APR - 2 2004

MARY L. M. MORAN
CLERK OF COURT

85

## DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| CHROME HEARTS, INC., | ) | CIVIL CASE NO. CV03-00012 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and  SON SIM dba SILVER DECO;  SUN HUI PAK dba NEW YORK COLLECTION;  KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION;  JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **AFFIDAVIT OF EUN SOON AN AND MYONG KI AN** |
| Defendants. | ) | |

//

ORIGINAL

ISLAND OF GUAM　　)
　　　　　　　　　　)　SS:
CITY OF HAGÅTÑA　)

　　　　EUN SOON AN and MYONG K. AN, being duly sworn upon oath, depose
　　aka EUNICE KIM AHN
and say:

　　　　1.　We are individuals over the age of eighteen years and are authorized to make this affidavit. We are competent to testify to the facts contained herein based on personal knowledge except where noted to be upon information and belief.

　　　　2.　Our address is 163 Isaban, Tumon, Guam. Our telephone number is 646-1962.

　　　　3.　We are husband and wife. We own 99% of the shares of Old Town, Inc. Yeo Hoe Koo ("Koo") owns less than 1% of the shares of Old Town, Inc., and Koo had no personal involvement in the operation of Gallop USA Indian Art & Jewelry, The Black Box, or HIDY, and the Chrome Hearts-branded items that are the subject of this lawsuit.

　　　　4.　Through Old Town, Inc., we are the operators of Gallop USA Indian Art & Jewelry, The Black Box and HIDY, located in the Micronesia Mall, Dededo, Guam.

　　　　5.　Our landlord for the Gallop USA Indian Art & Jewelry, The Black Box and HIDY is the Micronesia Mall, a Guam corporation. Old Town, Inc.'s lease is not a percentage lease. Old Town, Inc. pays approximately $16,000 for 3 stores and 6% GRT.

KLEMM, BLAIR,
STERLING & JOHNSON
A Professional Corporation
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
Telephone 477-7857

- 2 -

6. Old Town, Inc. started selling Chrome Hearts-branded jewelry in its shop in March of 1999. I bought Chrome Hearts-branded items around May of 2002, and did not know what it was, but other stores sold it, that is the reason why we sold it too. I understood from our supplier that he got the Chrome Hearts-branded items from a store in Thailand.

7. I cannot remember the amount of purchases made of Chrome Hearts-branded items. The purchases were made in cash only, because no checks were accepted. I did not keep any invoices of the purchases. I cannot estimate the purchase amount of Chrome Hearts look-a-like items that were purchased from a store in Thailand, and also in Etewon, Korea.

8. All of Old Town, Inc.'s inventory of Chrome Hearts-branded items was seized on April 19, 2003; there is no remaining inventory.

Further affiant sayeth naught.

February 19, 2004
DATED: ~~AUGUST~~ _____, ~~2003~~

**EUN SOON AN**
  aka EUNICE KIM AHN

DATED: AUGUST _____, 2003

**MYONG KI AN**

SUBSCRIBED AND SWORN to before me this ____ day of ~~August~~
~~2003~~ by EUN SOON AN ~~XXXX MYONG KI XXX~~ aka EUNICE KIM AHN

_____
(official signature and seal of notary)

CARLYN A. TORRES
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: Nov. 05, 2005
Post Office Box 300 Hagåtña, GU 96932

A62\09810-01
G:\WORD97\OFFICE\WORDDOC\PLD\JGM\119K-AFFIDAVIT RE SETTLEMENT RE (OLD TOWN INC).DOC

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

- 3 -