**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **JEHAN'AD G. MARTINEZ**

Attorneys for *Plaintiff Chrome Hearts, Inc.*

DISTRICT COURT FILED
APR 08 2004
MARY L. M. MORAN
CLERK OF COURT
86

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br> **EXPLANATION AS TO MISSING SIGNATURES IN CONSENT JUDGMENT OF OLD TOWN, INC. dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, HIDY, EUN SOON AN and MYONG KI AN** |

//

**ORIGINAL**

COMES NOW Plaintiff **CHROME HEARTS, INC.** and Defendants **OLD TOWN, INC. dba GALLUP USA INDIAN ART & JEWELRY, THE BLACK BOX and HIDY** and its principals, by and through their respective attorneys of record and provide the following explanation as to the missing signatures on the Final Judgment and Consent filed in the Court.

Defendant Myong Ki An has not signed the consent judgment on behalf of either the corporation or himself. Myong Ki An has been in the Republic of South Korea for an extended period of time and has been unable to execute the settlement document. He has, however, granted Eun Soon An the authority to execute on behalf of the corporate entity the consent judgment so that the appropriate authorization for finalization of the consent judgment and settlement documents has been provided.

Due to the logistics of obtaining Myung Ki An's signature, and because the appropriate authority was granted by Myong Ki An by his wife Eun Soon An to execute the settlement documents, and because it was believed not to impact the validity of the settlement and consent judgment, such signatures were not necessary.

**RESPECTFULLY SUBMITTED** this 8th day of April, 2004.

| KLEMM, BLAIR, STERLING & JOHNSON<br>A PROFESSIONAL CORPORATION | LUJAN, AGUIGUI & PEREZ, LLP |
|---|---|
| BY: _____<br>JEHAN'AD G. MARTINEZ<br>*Attorneys for Plaintiff Chrome Hearts, Inc.* | BY: _____<br>ANTHONY PEREZ<br>*Attorneys for Defendants, Old Town, Inc. dba Gallop USA Indian Art & Jewelry, The Black Box and Hidy* |

A64\09810-01
J:\Word97\OFFICE\WORDDOC\PLD\JGM\143-EXPLANATION AS TO MISSING SIGNATURES RE CHROME HEARTS.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857