FILED
DISTRICT COURT OF GUAM
AUG 20 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC. Dba GALLOP USA INDIAN, ART & JEWELRY, THE BLACK BOX, HIDY, EUN SOON AN, and MYONG KI AN. <br><br> Defendants. | Civil Case No. 03-00012 <br><br><br> ORDER |

On April 2, 2004, the parties submitted a Final Judgment Upon Consent (the "Consent Judgment") involving the above-named defendants. The consent Judgment, however, was missing the signature of Myong Ki An on behalf of himself and the corporation. The parties did file an Explanation as to Missing Signatures in Consent Judgment, wherein they explained that defendant Eun Soon An, the wife of Myong Ki An, had the authority to execute on behalf of Myong Ki An. The parties, however, never produced a power of attorney or an affidavit which authorized Eun Soon An to sign the Consent Judgment on behalf of Myong Ki An.

Accordingly, the Court hereby sets this matter for a Status Hearing before the Honorable Ronald S.W. Lew on Thursday, August 26, 2004 at 10:00 a.m.

SO ORDERED this 20th day of August, 2004.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge