FILED
DISTRICT COURT OF GUAM
AUG 27 2004
MARY L. M. MORAN
CLERK OF COURT



DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>OLD TOWN, INC., *et al.*,<br><br>    Defendants. | Civil Case No. 03-00012<br><br><br><br>ORDER |

On August 26, 2004, the parties came before this Court for a status hearing. Attorney Jehan'ad G. Martinez appeared on behalf of the plaintiff, Chrome Hearts, Inc. ("Chrome Hearts") and Attorney Anthony Perez appeared on behalf of the defendants, Old Town, Inc. dba Gallop Indian Art & Jewelry, The Black Box and Hidy, Eun Soon An and Myong Ki An (the "defendants"). Messrs. Martinez and Perez informed the Court that a Final Judgment Upon Consent ("Consent Judgment") had been entered between Chrome Hearts and the defendants and had been lodged with the Court. However, the Court noted that upon review of the Consent Judgment the signature lines for Mr. An on his own behalf and as the principal for Old Town had not been executed. Accordingly, the Consent Judgment that was lodged with the Court on April 2, 2004 was rejected and returned to counsel for failing to have all of the defendants execute the document.

Mr. Perez, Esq. stated that because the defendant Mr. An was in South Korea he was having difficulties directly contacting him. Therefore, Mr. Perez, Esq. stated that he would attempt to reach

Mr. An through Mr. An's employees working at Old Town. The Court informed counsel that he had two weeks within which to reach his client and either get a power of attorney authorizing someone in his stead to sign the Consent Judgment or have Mr. An sign and fax the Consent Judgment to Guam.

Additionally, counsel for Chrome Heart was instructed to proceed with this case as to the additional defendants. Specifically, the Court instructed counsel to either pursue a default judgment or dismiss the case. The Court instructed counsel that should he fail to take affirmative action in proceeding with this case, the Court would set this matter for a further Status Hearing.

SO ORDERED this 27th day of August, 2004.

*signature*

RONALD S.W. LEW
Designated District Judge

---

*The Honorable Ronald S.W. Lew, United States District Judge for the Central District of California, sitting by designation.

Page 2