KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **JEHAN'AD G. MARTINEZ**

Attorneys for *Plaintiff Chrome Hearts, Inc.*

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br><br><br> **NOTICE OF VOLUNTARY DISMISSAL OF VARIOUS DEFENDANTS** |

//

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857

NOTICE OF VOLUNTARY DISMISSAL
OF VARIOUS DEFENDANTS
CIVIL CASE NO. CV03-00012

**NOTICE IS HEREBY GIVEN** that pursuant to FED. R. CIV. P. 41(a), Plaintiff dismisses its action, without prejudice, against Mi Ja Kim dba Accessory World, Aesthetic Apparel Corporation, Wai Wah Chan, Man Lam Yam, Man Yin Yam and Myong Ki An.

**RESPECTFULLY SUBMITTED** this 30th day of September, 2004.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff Chrome Hearts, Inc.*

```
A62\09810-01
\\FNB1\CABINET\Word97\OFFICE\WORDDOC\PLD\JGM\144-
VOLUNTARY DISMISSAL RE CHROME HEARTS V OLD TOWN
ETC.doc
```