**KLEMM, BLAIR, STERLING & JOHNSON**
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **JEHAN'AD G. MARTINEZ**

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
OCT 07 2004
MARY L. M. MORAN
CLERK OF COURT

(91)

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, <br><br> Defendants. | CIVIL CASE NO. CV03-00012 <br><br><br><br><br><br><br><br><br> **NOTICE OF VOLUNTARY DISMISSAL OF VARIOUS DEFENDANTS** |

//

NOTICE OF VOLUNTARY DISMISSAL
OF VARIOUS DEFENDANTS
CIVIL CASE NO. CV03-00012

**NOTICE IS HEREBY GIVEN** that pursuant to FED. R. CIV. P. 41(a), Plaintiff dismisses its action, without prejudice, against Defendants Yeo Hoe Koo, and John Does 1 through 30.

**RESPECTFULLY SUBMITTED** this 7th day of October, 2004.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff Chrome Hearts, Inc.*

A62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\145-VOLUNTARY DISMISSAL
(Y H KOO & JOHN DOES) RE CHROME HEARTS V OLD TOWN ETC.doc

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910