ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 08 2004
MARY L. M. MORAN
CLERK OF COURT
92

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY, et al.,<br><br>Defendants. | Civil Case No. 03-00012<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the following:

1. Final Judgment Upon Consent of Kyong Ok Park filed May 30, 2003.

2. Final Judgment Upon Consent of Keun Kyung No filed May 30, 2003.

3. Final Judgment Upon Consent of Jung Woo Nam filed May 30, 2003.

4. Final Judgment Upon Consent of Ahn Bong Sun Lim dba Happy Happy Gift Shop filed June 20, 2003.

5. Final Judgment Upon Consent of Spain Corporation dba Discount Shop, Hyug Chang Kwon, Mi Ok Park, and Mi Eun Park filed July 14, 2003.

6. Final Judgment Upon Consent of Sun Hui Pak dba New York Collection filed July 14, 2004.

7. Final Judgment Upon Consent of Woohyun Corporation dba Maui Divers Jewelry Center of Guam, P & J Corporation dba Aloha Jewelry 3, David K. Pak, Kyong Mi Pak, Won Ki Pak, and Joyen Rhee filed September 2, 2003.

8. Final Judgment Upon Consent of Guam Palm Corporation dba Hawaiian Silver, Joyenn Rhee, Tak Kun Rhee & Young Mi Hwang.

9. Final Judgment Upon Consent of Joung Soo Soh and Son Sim dba Silver Deco filed September 25, 2003.

10. Notice of Voluntary Dismissal of Various Defendants filed October 1, 2004.

11. Final Judgment Upon Consent of Old Town, Inc. dba Gallop USA Indian Art & Jewelry, the Black Box, and Hidy; Eun Soon An; and Myong Ki An filed October 6, 2004.

12. Notice of Voluntary Dismissal of Various Defendants filed October 7, 2004.

Dated this 8th day of October, 2004, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on OCT 0 8 2004.
No separate notice of entry on the docket will be issued by this Court.

Mary L. M. Moran
Clerk, District Court of Guam

By: _____   OCT 0 8 2004
Deputy Clerk       Date