KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP F.C. FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By JEHAN'AD G. MARTINEZ

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
OCT 08 2004
MARY L. M. MORAN
CLERK OF COURT

93

# DISTRICT COURT OF GUAM

CHROME HEARTS, INC.,

        Plaintiff,

vs.

OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30,

        Defendants.

CIVIL CASE NO. CV03-00012

**APPLICATION FOR EXONERATION OF BOND**

//

**COMES NOW**, Plaintiff **CHROME HEARTS, INC.**, by and through its counsel of record, Klemm, Blair, Sterling & Johnson, by Jehan'Ad G. Martinez, and herein seeks to exonerate its $30,000 security bond posted with the Court pursuant to its April 18, 2003 Temporary Restraining Order; Seizure Order; Expedited Discovery Order and Order to Show Cause bringing on the motion for preliminary injunction. (Order April 18, 2003)

The original posting was to provide security "for the payment of such costs and damages as may be incurred or suffered by any party who was subsequently found to be wrongfully enjoined or restrained hereby, or as a result of wrongful seizure or wrongful attempted seizure and such undertaking. . ." (Id. at p.16, 11.6-11.) The $30,000 security for seizures on three entity Defendants; Old Town, Inc., dba Gallop USA Indian Art & Jewelry, The Black Box, and Hidy, Woohyun Corporation dba Maui Divers Jewelry Center of Guam, and Jung Woo Nam dba Alma Shop.

Pursuant to Final Judgments Upon Consent, the seizures were confirmed and judgment entered against Old Town, Inc. dba Gallop USA Indian Art & Jewelry, The Black Box and Hidy on October 6, 2004; Woohyun Corporation dba Maui Divers Jewelry Center of Guam on September 2, 2003; and Jung Woo Nam dba Alma Shop on May 30, 2003.

//

As a consequence of the Court's approval of the Judgments, these actions have been confirmed and are complete. The need for the bond is now extinguished and the party posting the bond, Plaintiff **CHROME HEARTS, INC.**, respectfully requests the exoneration of the bonds and the return of the posted funds.

**RESPECTFULLY SUBMITTED** this ____8th____ day of ____October____, 2004.

KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION

BY: _____
JEHAN'AD G. MARTINEZ
*Attorneys for Plaintiff Chrome Hearts, Inc.*

A56:62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\139-APPLICATION FOR
EXONERATION OF BOND RE CHROME HEARTS V OLD TOWN ETC.doc