KLEMM, BLAIR, STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BUILDING
238 ARCHBISHOP FC FLORES STREET
AGANA, GUAM 96910
TELEPHONE 477-7857

By **JEHAN'AD G. MARTINEZ**

Attorneys for *Plaintiff Chrome Hearts, Inc.*

FILED
DISTRICT COURT OF GUAM
OCT 12 2004
MARY L. M. MORAN
CLERK OF COURT

(94)

# DISTRICT COURT OF GUAM

| | |
|---|---|
| CHROME HEARTS, INC., | CIVIL CASE NO. CV03-00012 |
| Plaintiff, | |
| vs. | |
| OLD TOWN, INC., dba GALLOP USA INDIAN ART & JEWELRY, THE BLACK BOX, and HIDY; EUN SOON AN; MYONG KI AN; YEO HOE KOO; WOOHYUN CORPORATION, dba MAUI DIVERS JEWELRY CENTER OF GUAM; DAVID K. PAK; KYONG MI PAK; WON KI PAK; GUAM PALM CORPORATION, dba HAWAIIAN SILVER; JOYEN RHEE; TAK KUN RHEE; YOUNG MI HWANG; P & J CORPORATION, dba ALOHA JEWELRY 3; JOUNG SOO SOH and SON SIM dba SILVER DECO; SUN HUI PAK dba NEW YORK COLLECTION; KUEN KYUNG NO dba THE BEAD LOVER'S; KYOUNG OK PARK dba I COLLECTION; JUNG WOO NAM dba ALMA SHOP; BONG SUN AHN dba HAPPY HAPPY GIFT SHOP; AESTHETIC APPAREL CORPORATION; WAI WAH CHAN; MAN LAM YAM; MAN YIN YAM; MI JA KIM dba ACCESSORY WORLD; SPAIN CORPORATION, dba DISCOUNT SHOP; HYUG CHANG KWON; MI OK PARK; MI EUN PARK; and, JOHN DOES 1 THROUGH 30, | [PROPOSED] ORDER |
| Defendants. | |

//

This matter having come on for Plaintiff's application to exonerate its security bond, the application having been reviewed and considered, and good cause showing,

**IT IS HEREBY ORDERED** that the security bond posted by Plaintiff Chrome Hearts, Inc. is hereby exonerated,

**IT IS FURTHER ORDERED** that the Clerk of the Court of the United States District Court for the District of Guam shall release the deposit funds of $30,000 to Plaintiff Chrome Hearts, Inc. through its counsel of record, Klemm, Blair, Sterling & Johnson, P.C.

SO ORDERED AND APPROVED this _October 12, 2004_.

~~HONORABLE~~ Joaquin V.E. Manibusan, Jr.
~~Magistrate~~ JUDGE, DISTRICT COURT OF GUAM

A56:62\09810-01
G:\Word97\OFFICE\WORDDOC\PLD\JGM\139-ORDER RE CHROME HEARTS V OLD TOWN ETC.doc

RECEIVED
OCT 08 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

KLEMM, BLAIR,
STERLING & JOHNSON
A PROFESSIONAL CORPORATION
1008 PACIFIC NEWS BLDG
238 ARCHBISHOP
F.C. FLORES ST.
HAGÅTÑA, GUAM 96910
TELEPHONE 477-7857